# APPENDIX A – NON-EXHAUSTIVE LIST OF DEFENDANTS' LOCATIONS IN PRESUMPTIVELY UNLAWFUL HOME HEALTH MARKETS

**Alabama:** Albertville, Andalusia, Anniston, Ashland, Athens, Atmore, Auburn, Bay Minette, Brewton, Camden, Carrollton, Centre, Citronelle, Clanton, Cullman, Decatur, Demopolis, Dothan, Enterprise, Eufaula, Fairhope, Fayette, Florence, Foley, Fort Payne, Gadsden, Greenville, Gulf Shores, Hamilton, Huntsville, Jasper, Madison, Mobile, Monroeville, Montgomery, Moulton, Opelika, Opp, Red Bay, Roanoke, Selma, Sylacauga, Thomasville, Troy, Tuscumbia, Valley

**Arkansas:** Batesville, Bryant, Calico Rock, Conway, DeQueen, Eureka Springs, Fort Smith, Little Rock, Mena, Mountain Home, Mountain View, Nashville, Newport, Salem, Searcy, Springdale, Texarkana, Van Buren, White Hall

**District of Columbia:** Washington

**Delaware:** Dover, Georgetown, Lewes

**Florida:** Crestview, Pensacola, Tallahassee

**Georgia:** Adel, Athens, Atlanta, Augusta, Blairsville, Butler, Calhoun, Cartersville, Cedartown, Chatsworth, Cochran, College Park, Columbus, Conyers, Covington, Cumming, Dahlonega, Dallas, Dalton, Demorest, Douglas, Douglasville, Dublin, Duluth, Fayetteville, Gainesville, Gray, Griffin, Hawkinsville, Hinesville, Kennesaw, LaFayette, Lagrange, Lawrenceville, Macon, Martinez, Milledgeville, Monroe, Moultrie, Newnan, Rincon, Ringgold, Rome, Sandersville, Savannah, Smyrna, Stockbridge, Summerville, Thomaston, Tifton, Toccoa, Tucker, Valdosta, Vidalia, Warner Robins, Waycross, Waynesboro, Winder, Woodstock

**Illinois:** Breese, Effingham, Fairview Heights, Granite City, Mount Vernon, O'Fallon, Red Bud

**Indiana:** Fort Wayne, Jeffersonville, Marion, New Albany

**Kentucky:** Albany, Bardstown, Bowling Green, Burkesville, Cadiz, Campbellsville, Columbia, Crestview Hills, Danville, Elizabethtown, Fort Wright, Frankfort, Franklin, Georgetown, Glasgow, Greensburg, Hardinsburg, Hartford, Henderson, Hopkinsville, LaGrange, Leitchfield, Lexington, Liberty, Louisa, Louisville, Madisonville, Monticello, Mount Sterling, Mount Vernon, Munfordville, Nicholasville, Owensboro, Richmond, Russell Springs, Russellville, Shelbyville, Shepherdsville, Somerset, Tompkinsville, Whitley City, Winchester

**Louisiana:** Abbeville, Crowley, Eunice, Harahan, Jennings, Kaplan, LaPlace, Lafayette, Mansfield, Metairie, Morgan City, New Iberia, Opelousas, Raceland, Ville Platte

**Maryland:** Cambridge, Chestertown, Easton, Forest Hill, Frederick, Salisbury, Westminster

**Missouri:** Sikeston

**Mississippi:** Bay Saint Louis, Biloxi, Brookhaven, Byram, Carthage, Clinton, Collins, Columbia, Crystal Springs, Flowood, Gulfport, Hattiesburg, Jackson, Kosciusko, Laurel,

Lucedale, Madison, Magee, Meridian, Picayune, Richton, Vancleave, Vicksburg, Wiggins, Yazoo City

**North Carolina:** Durham, Fayetteville, Wilson

**New Jersey:** Bayonne, Clifton, Hackensack, Parsippany, Saddle Brook, Secaucus, Wayne

**New York:** Amherst, Niagara Falls

**Ohio:** Belpre, Gallipolis, Marietta, The Plains

**Oregon:** Portland, Roseburg, Salem

**South Carolina:** Aiken, Camden, Cheraw, Chester, Columbia, Florence, Hartsville, Kingstree, Lancaster, North Augusta, Rock Hill

**Tennessee:** Athens, Bolivar, Chattanooga, Clarksville, Cleveland, Cookeville, Cordova, Covington, Dayton, Dickson, Dyersburg, Elizabethton, Fayetteville, Gallatin, Goodlettsville, Greeneville, Harriman, Harrogate, Huntingdon, Jacksboro, Jackson, Jefferson City, Johnson City, Kingsport, Knoxville, Lebanon, Lenoir City, Livingston, Manchester, Maryville, McMinnville, Memphis, Milan, Morristown, Mt. Juliet, Murfreesboro, Newport, Oak Ridge, Ooltewah, Paris, Pulaski, Rogersville, Savannah, Selmer, Sevierville, Smithville, Smyrna, Sneedville, Spring Hill, Springfield, Tazewell, Union City, Winchester

**Texas:** Jourdanton, Paris, Texarkana

**Virginia:** Abingdon, Crewe, Danville, Emporia, Franklin, Martinsville, Warrenton, Wytheville

**Washington:** Moses Lake

**West Virginia:** Anmoore, Beckley, Bluefield, Buckhannon, Charleston, Danville, Fayetteville, Huntington, Kingwood, Lewisburg, Morgantown, New Martinsville, Parkersburg, Point Pleasant, Princeton, Ronceverte, Vienna, Wheeling