# APPENDIX B – NON-EXHAUSTIVE LIST OF DEFENDANTS' LOCATIONS IN PRESUMPTIVELY UNLAWFUL HOSPICE MARKETS

**Alabama:** Anniston, Hamilton, Jasper, Northport

**Indiana:** Evansville

**Louisiana:** Alexandria, Lake Charles, Opelousas

**North Carolina:** Fayetteville, Waynesville, Wilson

**Pennsylvania:** Berwick, Danville, Lewistown, Selinsgrove

**Tennessee:** Bartlett, Clarksville, Cordova, Elizabethton, Greeneville, Huntingdon, Jackson, Kingsport, Knoxville, McKenzie, Morristown, New Tazewell, Sweetwater, Union City

**Virginia:** Danville, Wytheville

**West Virginia:** Anmoore, Buckhannon, Morgantown, Parkersburg, Petersburg, Triadelphia, Vienna