# APPENDIX C – NON-EXHAUSTIVE LIST OF DEFENDANTS' LOCATIONS IN PRESUMPTIVELY UNLAWFUL LABOR MARKETS

**Alabama:** Albertville, Ashland, Athens, Atmore, Auburn, Bay Minette, Brent, Brewton, Camden, Centre, Citronelle, Clanton, Cullman, Decatur, Demopolis, Dothan, Enterprise, Eufaula, Fairhope, Fayette, Florence, Foley, Fort Payne, Gadsden, Greenville, Gulf Shores, Hamilton, Homewood, Huntsville, Jasper, Madison, Mobile, Monroeville, Montgomery, Moulton, Oneonta, Opelika, Opp, Red Bay, Roanoke, Scottsboro, Selma, Sylacauga, Thomasville, Troy, Trussville, Tuscumbia, Valley

**Arkansas:** Batesville, Bryant, Cabot, Calico Rock, Conway, DeQueen, Fort Smith, Little Rock, Marion, Mena, Mountain Home, Mountain View, Nashville, Newport, Salem, Searcy, Texarkana, Van Buren

**Florida:** Crestview, Pensacola, Sebring, Tallahassee

**Georgia:** Adel, Athens, Atlanta, Augusta, Blairsville, Brunswick, Butler, Calhoun, Canton, Carrollton, Cartersville, Cedartown, Chatsworth, Cochran, College Park, Columbus, Conyers, Covington, Cumming, Dahlonega, Dallas, Dalton, Demorest, Douglas, Douglasville, Dublin, Duluth, Fayetteville, Gainesville, Gray, Griffin, Hawkinsville, Jasper, Kennesaw, LaFayette, Lagrange, Lawrenceville, Macon, Martinez, Milledgeville, Monroe, Moultrie, Newnan, Rincon, Ringgold, Rome, Sandersville, Savannah, Smyrna, Stockbridge, Summerville, Thomaston, Tifton, Tucker, Valdosta, Vidalia, Warner Robins, Waycross, Waynesboro, Winder, Woodstock

**Illinois:** Breese, Effingham, Fairview Heights, Granite City, O'Fallon, Red Bud

**Indiana:** Fort Wayne, Jeffersonville, New Albany

**Kentucky:** Albany, Ashland, Bardstown, Bowling Green, Burkesville, Cadiz, Campbellsville, Columbia, Crestview Hills, Danville, Elizabethtown, Fort Wright, Frankfort, Franklin, Georgetown, Glasgow, Greensburg, Hardinsburg, Hartford, Henderson, Hopkinsville, LaGrange, Leitchfield, Lexington, Liberty, Louisville, Madisonville, Monticello, Mount Sterling, Mount Vernon, Munfordville, Nicholasville, Owensboro, Richmond, Russell Springs, Russellville, Shelbyville, Shepherdsville, Somerset, Tompkinsville, Whitley City, Winchester

**Louisiana:** Abbeville, Alexandria, Baton Rouge, Covington, Crowley, DeRidder, Eunice, Gonzales, Harahan, Houma, Jennings, Kaplan, LaPlace, Lafayette, Lake Charles, Mansfield, Metairie, Minden, Morgan City, New Iberia, Opelousas, Raceland, Shreveport, Slidell, Springhill, Ville Platte, Zachary

**Maryland:** Annapolis, Baltimore, Cambridge, Chestertown, Easton, Forest Hill, Frederick, Glen Burnie, Largo, Owings Mills, Rockville, Rosedale, Salisbury, Westminster

**Missouri:** Poplar Bluff, Sikeston

**Mississippi:** Bay Saint Louis, Biloxi, Brookhaven, Byram, Carthage, Clinton, Collins, Columbia, Crystal Springs, Flowood, Gulfport, Hattiesburg, Hernando, Jackson, Kosciusko,

Laurel, Lucedale, Madison, Magee, Meridian, Picayune, Richton, Southaven, Vancleave, Vicksburg, Wiggins, Yazoo City

**North Carolina:** Asheboro, Burlington, Chapel Hill, Durham, Fayetteville, Franklinton, Greensboro, Raleigh, Thomasville, Wilson, Winston-Salem

**New Hampshire:** Bedford, Epping, Portsmouth

**New Jersey:** Bayonne, Hackensack, Parsippany, Saddle Brook, Secaucus

**New York:** Amherst, Niagara Falls

**Ohio:** Belpre, Gallipolis, Marietta, Proctorville, The Plains

**Oregon:** Portland, Salem, Tualatin

**Pennsylvania:** Canonsburg, Danville, Hermitage, Lewistown, Selinsgrove

**South Carolina:** Aiken, Camden, Cheraw, Chester, Columbia, Florence, Hartsville, Kingstree, Lancaster, Lexington, North Augusta, Rock Hill

**Tennessee:** Athens, Bolivar, Brentwood, Chattanooga, Clarksville, Cleveland, Cookeville, Cordova, Covington, Dayton, Dickson, Dyersburg, Elizabethton, Fayetteville, Gallatin, Goodlettsville, Greeneville, Harriman, Harrogate, Huntingdon, Jacksboro, Jackson, Jefferson City, Johnson City, Kingsport, Knoxville, Lebanon, Lenoir City, Livingston, Manchester, Maryville, McMinnville, Memphis, Milan, Morristown, Mt. Juliet, Murfreesboro, Nashville, New Tazewell, Newport, Oak Ridge, Ooltewah, Paris, Pulaski, Rogersville, Savannah, Selmer, Sevierville, Smithville, Smyrna, Sneedville, Spring Hill, Springfield, Sweetwater, Tazewell, Union City, Winchester

**Texas:** Jourdanton, New Braunfels, Paris, San Antonio

**Virginia:** Abingdon, Chesapeake, Crewe, Danville, Emporia, Franklin, Gloucester, Hampton, Martinsville, Midlothian, Norfolk, Petersburg, Roanoke, Virginia Beach, Williamsburg, Wytheville

**Washington:** Moses Lake

**West Virginia:** Anmoore, Beckley, Bluefield, Buckhannon, Charleston, Danville, Fayetteville, Huntington, Kingwood, Lewisburg, Morgantown, New Martinsville, Parkersburg, Point Pleasant, Princeton, Ripley, Ronceverte, Vienna, Wheeling