**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Case No: 1:24-cv-3267 |
| UNITEDHEALTH GROUP INCORPORATED, et al. | * | |
| | * | |
| Defendants. | | |

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

## ENTRY OF APPEARANCE OF JAMES P. ULWICK ON BEHALF OF DEFENDANT AMEDISYS, INC.

Please enter the appearance of James P. Ulwick and Kramon & Graham, P.A. as counsel

for Defendant Amedisys, Inc. in the above-captioned matter.

Date: December 6, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　*/s/ James P. Ulwick*
　　　　　　　　　　　　　　　James P. Ulwick, Bar # 00536
　　　　　　　　　　　　　　　KRAMON & GRAHAM, P.A.
　　　　　　　　　　　　　　　750 East Pratt Street, Suite 1100
　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　T: (410) 752-6030
　　　　　　　　　　　　　　　julwick@kg-law.com

　　　　　　　　　　　　　　　*Counsel for Defendant Amedisys, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of December, 2024, a copy of the foregoing

was filed electronically via CM/ECF, and was served on all counsel of record.

　　　　　　　　　　　　　　　*/s/ James P. Ulwick*
　　　　　　　　　　　　　　　James P. Ulwick

4905-4405-6580, v. 1