UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, ET AL.,<br><br>*Defendants.* | Case No: 1:24-cv-3267<br><br>Judge James K. Bredar |

**JOINT REPORT AND MOTION FOR
A SCHEDULING AND CASE MANAGEMENT ORDER**

In accordance with Federal Rules of Civil Procedure 16(b) and 26(f) and Local Rule 103.9(b), Plaintiffs United States of America and the States of Maryland, Illinois, New Jersey, and New York and Defendants UnitedHealth Group Incorporated, and Amedisys, Inc., have met and conferred, and hereby submit this Joint Report and Motion for a Scheduling and Case Management Order ("CMO") to the Court.

Since the Complaint was filed on November 12, 2024 (ECF No. 1), the parties met and conferred numerous times, filing a stipulated protective order (ECF No. 26-1) that the Court entered on December 3, 2024 (ECF No. 40). The parties also met and conferred numerous times regarding the proposed CMO, reaching agreement on most of its provisions. The limited areas where the parties have differing positions are noted below, and each side has included a brief explanation of their respective positions in the joint letter filed simultaneously with this motion.

One key point of disagreement is the schedule, encompassing fact discovery and through post-trial briefing. In setting forth the parties' respective requested schedules, they respectfully

recognize that their proposed schedules do not account for the Court's existing schedule or other matters that the Court has before it and appreciate the Court's consideration of the parties' proposed timing. The parties will work cooperatively to minimize, to the fullest extent practicable, those circumstances in which the parties may require judicial intervention before trial and will endeavor to work through discovery or other disputes in good faith before bringing matters to the Court's attention.

As set forth in the proposed CMO and the parties' joint letter, the remaining disputes between the parties at this stage are as follows:

- The case schedule, *see* paragraph 1;

- The completion of the proposed transaction, *see* paragraph 5;

- Production of investigatory interview memoranda, *see* paragraph 10;

- Production of additional information on geographic and product markets within 14 days of the CMO entry, *see* paragraph 12;

- The location for depositions, *see* paragraph 18(A);

- Limitations on discovery from executive branch agencies, *see* paragraph 20; and

- Evidentiary limitations on changes to the divestiture package or divestiture buyer(s), *see* paragraph [31].

For the Court's convenience, Attachment A to this motion contains the proposed CMO with emphasized language and brackets indicating the parties' areas of disagreement.

The parties are available at the Court's convenience to appear either in person or remotely for a status hearing to discuss the proposed CMO as well as to answer any questions the Court may have about the parties' respective positions.

Respectfully submitted,

*/s/ Erin K. Murdock-Park*
Erin K. Murdock-Park
David M. Stoltzfus
Sonia M. Orfield
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: 202-445-8082
Fax: (202) 307-5802
Email: Erin.Murdock-Park@usdoj.gov
*Attorneys for Plaintiff United States of America*

*/s/ Schonette J. Walker*
Schonette J. Walker
USDC Md Bar No. 19490
Assistant Attorney General
Chief, Antitrust Division
swalker@oag.state.md.us

Byron Warren
USDC Md Bar No. 30169
Assistant Attorney General
bwarren@oag.state.md.us

Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6470
*Attorneys for Plaintiff State of Maryland*

*/s/ Richard S. Schultz*
Richard S. Schultz (*Pro hac vice*)
Assistant Attorney General
Richard.Schultz@ilag.gov

Jennifer Coronel (*Pro hac vice*)
Assistant Attorney General
Jennifer.Coronel@ilag.gov

John Milligan (*Pro hac vice*)
Assistant Attorney General
John.Milligan@ilag.gov

Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
(312) 814-3000
*Attorneys for Plaintiff State of Illinois*

*/s/ Yale A. Leber*
Yale A. Leber (*Pro hac vice* pending)
Deputy Attorney General
Antitrust Litigation and Competition Enforcement Section
Yale.Leber@law.njoag.gov

Isabella R. Pitt (*Pro hac vice* forthcoming)
Deputy Attorney General/Assistant Chief
Antitrust Litigation and Competition Enforcement Section
Isabella.Pitt@law.njoag.gov

New Jersey Office of Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
(862) 381-4150
*Attorneys for Plaintiff State of New Jersey*

*/s/ Saami Zain*
Saami Zain (*Pro hac vice* pending)
Assistant Attorney General
Saami.Zain@ag.ny.gov

Amy E. McFarlane (*Pro hac vice* forthcoming)
Deputy Chief, Antitrust Bureau
Amy.McFarlane@ag.ny.gov

Elinor R. Hoffmann (*Pro hac vice* forthcoming)
Chief, Antitrust Bureau
Elinor.Hoffmann@ag.ny.gov

Christopher D'Angelo (*Pro hac vice* forthcoming)
Chief Deputy Attorney General
Economic Justice Division
Christopher.D'Angelo@ag.ny.gov

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8262
*Attorneys for Plaintiff State of New York*


*/s/ Matt Reilly*
Matt Reilly (*Pro hac vice*)
Michael F. Williams (*Pro hac vice*)
Anna Rotman (*Pro Hac vice*)
K. Winn Allen (*Pro hac vice*)
Rich Cunningham (*Pro hac vice*)
Jeffrey Ayer (*Pro hac vice*)
Catie Ventura (Bar ID 19848)
T.J. McCarrick (*Pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Ave, N.W.,
Washington, D.C. 20004
matt.reilly@kirkland.com
michael.williams@kirkland.com
anna.rotman@kirkland.com
winn.allen@kirkland.com
rich.cunningham@kirkland.com
jeffrey.ayer@kirkland.com
catie.ventura@kirkland.com
tj.mccarrick@kirkland.com

Matthew Adler
Baker Botts L.L.P.
700 K Street, N.W.
Washington, DC  20001
Matthew.Adler@BakerBotts.com
*Attorneys for Defendant UnitedHealth Group Incorporated*

5

/s/ Katherine B. Forrest
Katherine B. Forrest (*Pro hac vice*)
Geoffrey Chepiga (*Pro hac vice*)
Andrew C. Finch (*Pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
kforrest@paulweiss.com
gchepiga@paulweiss.com
afinch@paulweiss.com

Joshua H. Soven (*Pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
jsoven@paulweiss.com

Sara Y. Razi (*Pro hac vice*)
Abram J. Ellis (*Pro hac vice*)
N. Preston Miller (*Pro hac vice*)
Simpson Thacher & Bartlett LLP
900 G Street, NW
Washington, DC 20001
sara.razi@stblaw.com
aellis@stblaw.com
preston.miller@stblaw.com

/s/ James P. Ulwick
James P. Ulwick (Bar # 00536)
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
julwick@kg-law.com
*Attorneys for Defendant Amedisys, Inc.*