UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITEDHEALTH GROUP INCORPORATED, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-03267-JKB <br><br> Judge James K. Bredar |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants UnitedHealth Group Incorporated and Amedisys, Inc. respectfully move to dismiss Count I of the Complaint filed on November 12, 2024 by Plaintiffs the United States of America, Illinois, Maryland, New Jersey, and New York for failure to adequately allege a geographic market. A memorandum of law accompanies this motion.

WHEREFORE, Defendants respectfully request that the Court grant their motion to dismiss Count I of the Complaint.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew Reilly* | */s/ Katherine B. Forrest* |
| Matthew Reilly (*pro hac vice*) | (signed by Matthew Reilly with permission of Katherine B. Forrest) |
| Michael F. Williams (*pro hac vice*) | Katherine B. Forrest (*pro hac vice*) |
| K. Winn Allen (*pro hac vice*) | Geoffrey Chepiga (*pro hac vice*) |
| Rich Cunningham (*pro hac vice*) | Andrew C. Finch (*pro hac vice*) |
| Jeffrey Ayer (*pro hac vice*) | Paul, Weiss, Rifkind, Wharton & Garrison |
| Catie Ventura (D. Md. # 19848) | 1285 Avenue of the Americas |
| T.J. McCarrick (*pro hac vice*) | New York, NY 10019 |
| Kirkland & Ellis LLP | kforrest@paulweiss.com |
| 1301 Pennsylvania Avenue, NW | gchepiga@paulweiss.com |
| Washington, DC 20004 | afinch@paulweiss.com |
| Telephone: (202) 389-5000 | |
| Facsimile: (202) 389-5200 | Joshua H. Soven (*pro hac vice*) |
| matt.reilly@kirkland.com | Paul Weiss, Rifkind, Wharton & Garrison |
| michael.williams@kirkland.com | 2001 K Street, NW |
| winn.allen@kirkland.com | Washington, DC 20006-1047 |
| rich.cunningham@kirkland.com | jsoven@paulweiss.com |
| jeffrey.ayer@kirkland.com | |
| catie.ventura@kirkland.com | Sara Y. Razi (*pro hac vice*) |
| tj.mccarrick@kirkland.com | Abram J. Ellis (*pro hac vice*) |
| | N. Preston Miller (*pro hac vice*) |
| Anna Rotman (*pro hac vice*) | Simpson Thacher & Bartlett LLP |
| Kirkland & Ellis LLP | 900 G Street, NW |
| 609 Main Street | Washington, DC 20001 |
| Houston, TX 77002 | sara.razi@stblaw.com |
| Telephone: (713) 836-3600 | aellis@stblaw.com |
| Facsimile: (713) 836-3601 | preston.miller@stblaw.com |
| anna.rotman@kirkland.com | |
| | |
| */s/ Joe Dugan* | */s/ James P. Ulwick* |
| (signed by Matthew Reilly with permission of Joe Dugan) | (signed by Matthew Reilly with permission of James P. Ulwick) |
| Joe Dugan (D. Md. # 19637) | James P. Ulwick (Bar # 00536) |
| Gallagher Evelius & Jones LLP | Kramon & Graham, P.A. |
| 218 N. Charles St., Ste. 400 | 750 East Pratt Street, Suite 1100 |
| Baltimore, MD 21201 | Baltimore, MD 21202 |
| jdugan@gejlaw.com | julwick@kg-law.com |
| 410-951-1421 | |
| | |
| *Attorneys for Defendant UnitedHealth Group Incorporated* | *Attorneys for Defendant Amedisys, Inc.* |

Date: January 8, 2025

2