

**Joe Dugan**
Direct Dial:  410.951.1421
jdugan@gejlaw.com

January 10, 2025

**By CM/ECF**

Honorable James K. Bredar
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Chambers 5A
Baltimore, Maryland 21201

    Re:    *United States of America, et al. v. UnitedHealth Group Incorporated, et al.*
              <u>Case Number 1:24-cv-03267-JKB</u>

Your Honor:

    We write on behalf of Defendants in the above-referenced matter to bring to the Court's attention Defendants' Motion for Expedited Briefing Schedule on Motion to Dismiss, which Defendants filed earlier today.  As discussed in the motion, Defendants respectfully request a modest adjustment to the briefing schedule that ordinarily would apply under the Local Rules, given time sensitivities in this litigation.

    As discussed in the parties' Joint Report and Motion for a Scheduling and Case Management Order [ECF No. 72] and accompanying Proposed Schedule and Case Management Order [ECF No. 72-1], the parties are seeking an accelerated case schedule, which is typical for prospective government merger challenges.  In particular, Plaintiffs have proposed a trial starting in October 2025, while Defendants have proposed a trial starting in August 2025.

    In the Motion to Dismiss, Defendants have raised an important pleading issue that we respectfully request be addressed early in the proceedings.  Especially because discovery is proceeding, an early decision will be beneficial particularly for third-party and expert discovery.

913730



Hon. James K. Bredar
January 10, 2025
Page 2

    Given the urgency of this matter, Defendants propose a modified briefing schedule that shortens by a modest amount of time the default deadlines for opposition and reply briefing.  As set forth in the Motion for Expedited Briefing Schedule, Defendants propose that Plaintiffs file their opposition to the Motion to Dismiss on or before January 21, 2025, and that Defendants file any reply in support of their motion within five business days thereafter.

    Defense counsel conferred with Plaintiffs' counsel on January 10, 2025 about the subject matter of this motion.  Plaintiffs' counsel stated that they oppose the requested scheduling adjustment.  However, the proposal would not prejudice Plaintiffs, particularly given that the parties have been in discussions for weeks about the pleading deficiency that is the subject of the Motion to Dismiss.

    Defendants are available at the Court's convenience to discuss this or any other matters that the Court may wish to address.

                                  Respectfully submitted,

                                  Joe Dugan

CC:    counsel of record (by ECF)

913730