# EXHIBIT 1

Case 1:24-cv-03267-JKB   Document 92-2   Filed 01/29/25   Page 1 of 4

| | |
|---|---|
| **From:** | Langenkamp, Travis J. |
| **To:** | Stoltzfus, David (ATR); Murdock-Park, Erin (ATR); Riblet, Sarah (ATR); Orfield, Sonia (ATR) |
| **Cc:** | Reilly, Matt; Ayer, Jeffrey; Cheung, Psalm; Taylor, Lauren; *jsoven@paulweiss.com; anthony.swisher@bakerbotts.com; Matthew.Adler@bakerbotts.com; Sara.Razi@stblaw.com; Preston.Miller@stblaw.com; Williams, Michael F.; Rotman, Anna G.; Allen, Winn; Forrest, Katherine B; Jonathan.Corsico@stblaw.com; Goodchild, Benjamin; Veeraraghavan, Krishna; Langenkamp, Travis J.; Kett, Andrew; Chepiga, Geoffrey; swalker@oag.state.md.us; Byron Warren; Richard.Schultz@ilag.gov; john.milligan@ilag.gov; jennifer.coronel@ilag.gov; Yale Leber; Isabella.Pitt@law.njoag.gov; Leslie Prentice; Saami.Zain@ag.ny.gov; Cunningham, Rich; McCarrick, T.J.; Prostko, Sarah J |
| **Subject:** | [EXTERNAL] United States, et al. v. UnitedHealth Group Inc., et al., No. 1:24-cv-03267-JKB (D. Md.) |
| **Date:** | Tuesday, January 21, 2025 10:19:46 PM |
| **Attachments:** | 2025.01.21 FINAL Letter from M. Williams to E. Murdock-Park re geographic markets.pdf |

Counsel-

Please see the attached correspondence.

Regards,
Travis

**Travis J. Langenkamp**
Case Manager
------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004
**T** +1 202 389 5329   **M** +1 202 352 2125   **F** +1 202 389 5200
------------------------------------------------------------
travis.langenkamp@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# KIRKLAND & ELLIS LLP

Michael F. Williams, P.C.
To Call Writer Directly:
+1 202 389 5123
michael.williams@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

January 21, 2025

**Via E-mail**

Erin K. Murdock-Park
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530

Re:   *United States, et al. v. UnitedHealth Group Inc., et al.*, No. 1:24-cv-03267-JKB (D. Md.)

Dear Erin:

I am writing on behalf of Defendants in the above-captioned matter with regard to our pending motion to dismiss. We remain willing to try to resolve the issues presented in our motion without requiring the intervention of the Court. Along those lines, we are writing to ask whether Plaintiffs would agree to identify by Monday, January 27, 2025:

1. The scope of geographic markets (e.g., the counties or other defined geographic areas) where Plaintiffs currently contend the transaction would result in a substantial lessening of competition for home-health services;

2. The scope of geographic markets (e.g., the counties or other defined geographic areas) where Plaintiffs currently contend the transaction would result in a substantial lessening of competition for hospice services; and

3. The scope of geographic markets (e.g., the counties or other defined geographic areas) where Plaintiffs currently contend the transaction would result in a substantial lessening of labor-market competition?

Based on our reading of the complaint, there is one geographic market that is referenced (Maryland Eastern Shore), but we do not have any identification of: (1) how that geographic market was defined; or (2) what other geographic markets are at issue, and how they are defined.

For purposes of our discussions, we are only seeking whether Plaintiffs will agree to disclose this information by January 27, 2025, and we are only seeking alleged geographic markets

## KIRKLAND & ELLIS LLP

Erin K. Murdock-Park
January 21, 2025
Page 2

known by Plaintiffs to be at issue as of the date of the filing of the Complaint. If Plaintiffs will not agree to disclose this information by January 27, 2025, we would be interested in learning whether there is any date certain by which Plaintiffs will commit to providing it.

    We look forward to your response. Thank you.

                                         Sincerely,

                                         */s/ Michael F. Williams, P.C.*
                                         Michael F. Williams, P.C.