# EXHIBIT 3

| | |
|---|---|
| **From:** | Langenkamp, Travis J. |
| **To:** | Murdock-Park, Erin (ATR); Stoltzfus, David (ATR); Riblet, Sarah (ATR); Orfield, Sonia (ATR) |
| **Cc:** | Reilly, Matt; Ayer, Jeffrey; Cheung, Psalm; Taylor, Lauren; *jsoven@paulweiss.com; anthony.swisher@bakerbotts.com; Matthew.Adler@bakerbotts.com; Sara.Razi@stblaw.com; Preston.Miller@stblaw.com; Williams, Michael F.; Rotman, Anna G.; Allen, Winn; Forrest, Katherine B; Jonathan.Corsico@stblaw.com; Goodchild, Benjamin; Veeraraghavan, Krishna; Kett, Andrew; Chepiga, Geoffrey; swalker@oag.state.md.us; Byron Warren; Richard.Schultz@ilag.gov; john.milligan@ilag.gov; jennifer.coronel@ilag.gov; Yale Leber; Isabella.Pitt@law.njoag.gov; Leslie Prentice; Saami.Zain@ag.ny.gov; Cunningham, Rich; McCarrick, T.J.; Prostko, Sarah J |
| **Subject:** | [EXTERNAL] RE: United States, et al. v. UnitedHealth Group Inc., et al., No. 1:24-cv-03267-JKB (D. Md.) |
| **Date:** | Tuesday, January 28, 2025 7:08:07 PM |
| **Attachments:** | 2025.01.28 Letter from M. Williams to E. Murdock-Park re Geographic Markets.pdf |

Counsel-

Please see the attached correspondence.

Regards,
Travis


**Travis J. Langenkamp**
Case Manager
-----------------------------------------------------------
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004
**T** +1 202 389 5329   **M** +1 202 352 2125   **F** +1 202 389 5200
-----------------------------------------------------------
travis.langenkamp@kirkland.com


**From:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>
**Sent:** Thursday, January 23, 2025 9:42 AM
**To:** Langenkamp, Travis J. <travis.langenkamp@kirkland.com>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Orfield, Sonia (ATR) <Sonia.Orfield@usdoj.gov>
**Cc:** Reilly, Matt <matt.reilly@kirkland.com>; Ayer, Jeffrey <jeffrey.ayer@kirkland.com>; Cheung, Psalm <psalm.cheung@kirkland.com>; Taylor, Lauren <lauren.taylor@kirkland.com>; *jsoven@paulweiss.com <jsoven@paulweiss.com>; anthony.swisher@bakerbotts.com; Matthew.Adler@bakerbotts.com; Sara.Razi@stblaw.com; Preston.Miller@stblaw.com; Williams, Michael F. <mwilliams@kirkland.com>; Rotman, Anna G. <anna.rotman@kirkland.com>; Allen, Winn <winn.allen@kirkland.com>; Forrest, Katherine B <kforrest@paulweiss.com>; Jonathan.Corsico@stblaw.com; Goodchild, Benjamin <bgoodchild@paulweiss.com>; Veeraraghavan, Krishna <kveeraraghavan@paulweiss.com>; Kett, Andrew <andrew.kett@kirkland.com>; Chepiga, Geoffrey <gchepiga@paulweiss.com>; swalker@oag.state.md.us; Byron Warren <bwarren@oag.state.md.us>; Richard.Schultz@ilag.gov; john.milligan@ilag.gov; jennifer.coronel@ilag.gov; Yale Leber <Yale.Leber@law.njoag.gov>; Isabella.Pitt@law.njoag.gov; Leslie Prentice <leslie.prentice@law.njoag.gov>; Saami.Zain@ag.ny.gov; Cunningham, Rich <rich.cunningham@kirkland.com>; McCarrick, T.J. <tj.mccarrick@kirkland.com>; Prostko, Sarah J <sprostko@paulweiss.com>

**Subject:** RE: United States, et al. v. UnitedHealth Group Inc., et al., No. 1:24-cv-03267-JKB (D. Md.)

Counsel,

Please see the attached.

Best,
Erin

Erin Murdock-Park (she/her/hers)
Tel. 202-445-8082

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

---

**From:** Langenkamp, Travis J. <travis.langenkamp@kirkland.com>
**Sent:** Tuesday, January 21, 2025 10:18 PM
**To:** Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Orfield, Sonia (ATR) <Sonia.Orfield@usdoj.gov>
**Cc:** Reilly, Matt <matt.reilly@kirkland.com>; Ayer, Jeffrey <jeffrey.ayer@kirkland.com>; Cheung, Psalm <psalm.cheung@kirkland.com>; Taylor, Lauren <lauren.taylor@kirkland.com>; *jsoven@paulweiss.com <jsoven@paulweiss.com>; anthony.swisher@bakerbotts.com; Matthew.Adler@bakerbotts.com; Sara.Razi@stblaw.com; Preston.Miller@stblaw.com; Williams, Michael F. <mwilliams@kirkland.com>; Rotman, Anna G. <anna.rotman@kirkland.com>; Allen, Winn <winn.allen@kirkland.com>; Forrest, Katherine B <kforrest@paulweiss.com>; Jonathan.Corsico@stblaw.com; Goodchild, Benjamin <bgoodchild@paulweiss.com>; Veeraraghavan, Krishna <kveeraraghavan@paulweiss.com>; Langenkamp, Travis J. <travis.langenkamp@kirkland.com>; Kett, Andrew <andrew.kett@kirkland.com>; Chepiga, Geoffrey <gchepiga@paulweiss.com>; swalker@oag.state.md.us; Byron Warren <bwarren@oag.state.md.us>; Richard.Schultz@ilag.gov; john.milligan@ilag.gov; jennifer.coronel@ilag.gov; Yale Leber <Yale.Leber@law.njoag.gov>; Isabella.Pitt@law.njoag.gov; Leslie Prentice <leslie.prentice@law.njoag.gov>; Saami.Zain@ag.ny.gov; Cunningham, Rich <rich.cunningham@kirkland.com>; McCarrick, T.J. <tj.mccarrick@kirkland.com>; Prostko, Sarah J <sprostko@paulweiss.com>
**Subject:** [EXTERNAL] United States, et al. v. UnitedHealth Group Inc., et al., No. 1:24-cv-03267-JKB (D. Md.)

Counsel-

Please see the attached correspondence.

Regards,
Travis

**Travis J. Langenkamp**
Case Manager
-----------------------------------------------------------
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004
**T** +1 202 389 5329   **M** +1 202 352 2125   **F** +1 202 389 5200
-----------------------------------------------------------
travis.langenkamp@kirkland.com


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# KIRKLAND & ELLIS LLP

Michael F. Williams, P.C.
To Call Writer Directly:
+1 202 389 5123
michael.williams@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

January 28, 2025

**Via E-mail**

Erin K. Murdock-Park
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530

Re:   *United States, et al. v. UnitedHealth Group Inc., et al.*, No. 1:24-cv-03267-JKB (D. Md.)

Dear Counsel:

  I am writing on behalf of Defendants in the above-captioned litigation in response to your letter dated January 23, 2025. As you know, from the very beginning of this litigation, Defendants have raised concerns regarding Plaintiffs' failure to plead, or otherwise disclose to Defendants, the geographic markets in which you contend a substantial lessening of competition likely will occur as a result of the transaction. Without defined geographic markets, Defendants cannot reasonably identify the competitors present in each alleged market, market shares in the alleged markets, relevant referral sources, and, in some cases, the facts, documents, or witnesses relating to competition in the alleged markets.

  In response, you have now twice offered a supposed compromise that does not address the problem. Your January 23, 2025 letter offers to provide "the branchID/agency IDs located in the presumptively unlawful markets alleged in the complaint as well as the 75% and 90% service areas around those branches/agencies." You make an equivalent offer for labor markets. This does not resolve Defendants' concern: it is information our clients already possess (home health and hospice providers serve patients in their homes, and therefore are aware of where patients reside). Simply identifying the branch and agency IDs and 75% and 90% service areas for those facilities does not answer the key question regarding whether one of those areas (or some other area) constitutes the market(s) in which Plaintiffs allege competition likely will be substantially lessened. Put simply, the issue here is one of pleading and what Plaintiffs contend in their allegations, not raw information about where various subsets of LHC's and Amedisys's patients are located. Accordingly, without more detail than you have agreed to offer, Defendants cannot agree to withdraw their pending motion to dismiss.

## KIRKLAND & ELLIS LLP

Erin K. Murdock-Park
January 28, 2025
Page 2

      To eliminate the need for the Court to adjudicate Defendants' motion to dismiss, Defendants remain willing to discuss this issue with you, including after Plaintiffs file their opposition brief tomorrow.

      Sincerely,

      /s/ *Michael F. Williams, P.C.*

      Michael F. Williams, P.C.