UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITEDHEALTH GROUP INCORPORATED, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-03267-JKB <br><br> Judge James K. Bredar |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS
IN LIGHT OF PLAINTIFFS' IDENTIFICATION OF SPECIFIC GEOGRAPHIC
MARKETS**

In their opposition to Defendants' motion to dismiss, Plaintiffs finally identified "the precise counties that would form" the specific geographic markets in which they contend competition likely will be substantially lessened after this proposed transaction. Dkt. No. 92 at 2.[1] That new information moots the basis on which Defendants filed their motion to dismiss. Defendants therefore withdraw their motion to dismiss, Dkt. No. 75, as well as Paragraph 12 of the Proposed Schedule and Case Management Order, Dkt. No. 72-1. Defendants will promptly Answer the Complaint and prepare for an expedient trial.

---

[1] Plaintiffs continue to allege two alternative market definitions—the 75% and 90% service areas of each party facility. But two alternatives is *far* greater specificity than Plaintiffs provided previously. In the interest of the Court's time and moving this time-sensitive case forward promptly, Defendants are willing to proceed and close the pleadings. Defendants' concerns about the ultimate propriety of both of Plaintiffs' now-identified approaches to geographic markets in this matter may be addressed with the benefit of discovery at later stages in the case.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew Reilly* | */s/ Katherine B. Forrest* |
| Matthew Reilly (*pro hac vice*) | (signed by Matthew Reilly with permission of Katherine B. Forrest) |
| Michael F. Williams (*pro hac vice*) | Katherine B. Forrest (*pro hac vice*) |
| K. Winn Allen (*pro hac vice*) | Geoffrey Chepiga (*pro hac vice*) |
| Rich Cunningham (*pro hac vice*) | Paul, Weiss, Rifkind, Wharton & Garrison |
| Jeffrey Ayer (*pro hac vice*) | 1285 Avenue of the Americas |
| Catie Ventura (D. Md. # 19848) | New York, NY 10019 |
| T.J. McCarrick (*pro hac vice*) | kforrest@paulweiss.com |
| Kirkland & Ellis LLP | gchepiga@paulweiss.com |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20004 | Joshua H. Soven (*pro hac vice*) |
| Telephone: (202) 389-5000 | Paul Weiss, Rifkind, Wharton & Garrison |
| Facsimile: (202) 389-5200 | 2001 K Street, NW |
| matt.reilly@kirkland.com | Washington, DC 20006-1047 |
| michael.williams@kirkland.com | jsoven@paulweiss.com |
| winn.allen@kirkland.com | |
| rich.cunningham@kirkland.com | Sara Y. Razi (*pro hac vice*) |
| jeffrey.ayer@kirkland.com | Abram J. Ellis (*pro hac vice*) |
| catie.ventura@kirkland.com | N. Preston Miller (*pro hac vice*) |
| tj.mccarrick@kirkland.com | Simpson Thacher & Bartlett LLP |
| | 900 G Street, NW |
| Anna Rotman (*pro hac vice*) | Washington, DC 20001 |
| Kirkland & Ellis LLP | sara.razi@stblaw.com |
| 609 Main Street | aellis@stblaw.com |
| Houston, TX 77002 | preston.miller@stblaw.com |
| Telephone: (713) 836-3600 | |
| Facsimile: (713) 836-3601 | |
| anna.rotman@kirkland.com | |
| | |
| */s/ Joe Dugan* | */s/ James P. Ulwick* |
| (signed by Matthew Reilly with permission of Joe Dugan) | (signed by Matthew Reilly with permission of James P. Ulwick) |
| Joe Dugan (D. Md. # 19637) | James P. Ulwick (Bar # 00536) |
| Gallagher Evelius & Jones LLP | Kramon & Graham, P.A. |
| 218 N. Charles St., Ste. 400 | 750 East Pratt Street, Suite 1100 |
| Baltimore, MD 21201 | Baltimore, MD 21202 |
| jdugan@gejlaw.com | julwick@kg-law.com |
| 410-951-1421 | |
| | |
| *Attorneys for Defendant UnitedHealth Group Incorporated* | *Attorneys for Defendant Amedisys, Inc.* |

Date:  February 5, 2025