UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-03267-JKB<br><br>Judge James K. Bredar |

## [PROPOSED] ORDER

Upon consideration of Defendants' Notice of Withdrawal of Defendants' Motion to Dismiss in Light of Plaintiffs' Identification of Specific Geographic Markets, and for good cause shown, it is **ORDERED** that Defendants' Motion to Dismiss, Dkt. No. 75, is withdrawn. Defendants shall Answer the Complaint by February 14, 2025.

Date: _____

_____
Hon. James K. Bredar
United States District Judge