IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, et al., *

    Plaintiffs, *

v. *     CIVIL NO. JKB-24-3267

UNITEDHEALTH GROUP *
INCORPORATED, et al.,
 *
    Defendants.
 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Pending before the Court is the Parties' Joint Report and Motion for a Scheduling and Case Management Order and related correspondence. (ECF Nos. 72, 73.) The Court will set in a Scheduling Conference at which lead counsel for Plaintiffs and for Defendants must be present. At a minimum, lead counsel for the United States, UnitedHealth Group Incorporated, and Amedisys, Inc. must be present. To the extent the other Plaintiffs choose not to send lead counsel to the conference, they must authorize counsel for the United States to speak on their behalf. The Court will provide an audio link for other attorneys of record[1] to attend the conference remotely. However, attorneys that attend the conference via the audio link will be permitted only to listen to the conference. To the extent an attorney wishes to participate in the conference, they must be present in Court.

Accordingly, it is ORDERED that an in-court Scheduling Conference is scheduled for February 20, 2025 at 1:30 p.m. in Courtroom 5A.

---

[1] The audio link will not be made public.

DATED this _10_ day of February, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge
