**Simpson Thacher & Bartlett LLP**

900 G STREET, NW
WASHINGTON, D.C. 20001

─────────

TELEPHONE: +1-202-636-5582
FACSIMILE: +1-202-636-5502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-202-636-5582 | sara.razi@stblaw.com |

<u>VIA ECF</u>                                    February 13, 2025

Re:  *United States of America, et al. v. United Health Group Incorporated, et al.*, Case No. 1:24-cv-03267-JKB – Scheduling Conference

The Honorable James K. Bredar
United States District Court for the District of Maryland
101 West Lombard Street
Chambers 5A
Baltimore, MD 21201

Dear Judge Bredar:

We write on behalf of Defendant Amedisys, Inc. ("Amedisys") to inform the Court of Amedisys' intent to move for a stay with respect to Count II (the "Section 7A Claim") in the above-referenced action. In the event the Court wishes to consider this issue at the upcoming case management conference on February 20, 2025, we provide the following background.

As you know, the United States of America and the states of Maryland, Illinois, New Jersey, and New York (together, "Plaintiffs"), brought suit against UnitedHealth Group Incorporated ("United") and Amedisys (together with United, "Defendants") on two Counts. All Plaintiffs join Count I of the complaint, which seeks to enjoin the proposed merger between Defendants on the basis that the merger would, allegedly, substantially lessen competition for home health services and hospice services across the United States, and in labor markets for those services. *See generally* Compl., ECF No. 1 ¶¶ 94-97. Given Count I's paramount importance in this litigation (and to United's and Amedisys' corporate futures), Defendants proposed an expedited litigation schedule in an effort to ensure that Count I be resolved prior to the end date in Defendants' merger agreement. This approach is consistent with most merger challenges litigated by government plaintiffs because merging parties seek the certainty of prompt and efficient resolution.[1]

---

[1] *See, e.g.*, *United States v. AT&T*, 310 F. Supp. 161 (D.D.C. 2018) (discussing expedited proceedings in merger litigation); *United States v. Booz Allen Hamilton Inc.*, 2022 U.S. Dist. LEXIS 190006 (D. Md. Oct. 11, 2022) (same); *United States v. US Airways Grp.*, Inc., 979 F. Supp. 2d 33, 35 (D.D.C. 2013) (same); *United States v. Anthem*, 236 F. Supp. 3d 171 (D.D.C. 2017) (same); *FTC v. IQVIA Holdings Inc.*, 710 F. Supp. 329, 341 (S.D.N.Y. 2023) (same); *see also, e.g.*, *United States v. UnitedHealth Grp. Inc.*, 630 F. Supp. 3d 118, 128-29 (D.D.C. 2022) (outlining truncated six-month litigation timeline);

The Hon. Judge James K. Bredar        -2-                    February 13, 2025

Separately, only the United States (the "DOJ") brings Count II—the Section 7A Claim—where it alleges that Amedisys is liable for monetary penalties for violations of Section 7A of the Clayton Act (the "HSR Act"), 15 U.S.C. § 18(a). *See generally* Compl., ECF No. 1 ¶¶ 98-101.

Amedisys intends to vigorously defend the Section 7A Claim. Nonetheless, as the parties begin discovery in this matter, it has become clear that the Section 7A Claim risks distracting the Court and parties from Count I. Accordingly, Amedisys believes that the present action would be greatly simplified if the Court were to bifurcate the proceedings such that the Plaintiffs' Count I claim progressed independently (and substantially ahead) of the DOJ's Section 7A Claim against Amedisys. This would allow the parties and Court to focus their resources on the more important and time-sensitive Count I. Amedisys expects to file its motion by February 18.[2] Because this motion has the potential to impact the Court's consideration of the proposed case schedule with respect to deadlines relevant to Count II, we wanted to provide the Court with our position now so that the parties can address it at the case management conference if the Court wishes to do so. DOJ has informed Amedisys that it intends to oppose the forthcoming motion.

We thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            /s/ Sara Y. Razi
                                            Sara Y. Razi (*pro hac vice*)

                                            Abram J. Ellis (*pro hac vice*)
                                            N. Preston Miller (*pro hac vice*)
                                            Avia Gridi (*pro hac vice*)
                                            SIMPSON THACHER & BARTLETT LLP
                                            900 G Street, N.W.
                                            Washington, DC 20001
                                            Telephone: (212) 636-5500
                                            sara.razi@stblaw.com

---

*FTC v. RAG-Stiftung*; 436 F. Supp. 3d 278 (D.C. Cir. 2020) (same); *FTC v. Sysco Corp.*, 113 F. Supp. 3d 1 (D.D.C. 2015) (same, four months).

[2] Although there are other mechanisms to address Amedisys' concerns, Amedisys respectfully submits that the one proposed here is the most efficient for case-management purposes. Other mechanisms include a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure ("FRCP") 12(c); a motion to formally sever the two claims pursuant to FRCP 21; and/or a future summary judgment motion consistent with the deadlines laid out in the parties' Proposed Case Management Order, ECF No. 72-1, and applicable federal and local rules. *See, e.g.*, *United States v. Baker Hughes, Inc.*, 731 F. Supp. 3 (D.D.C. 1990) (reflecting bifurcation of merger claim and Section 7A claim).

Simpson Thacher & Bartlett LLP

The Hon. Judge James K. Bredar -3- February 13, 2025

aellis@stblaw.com
preston.miller@stblaw.com
avia.gridi@stblaw.com

Daniel H. Owsley (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
daniel.owsley@stblaw.com

Katherine B. Forrest (*pro hac vice*)
Geoffrey Chepiga (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
kforrest@paulweiss.com
gchepiga@paulweiss.com

Joshua H. Soven (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
jsoven@paulweiss.com

James P. Ulwick (Bar # 00536)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
julwick@kg-law.com

*Counsel for Defendant Amedisys Inc.*

CC:
All counsel via ECF