**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MARYLAND, STATE OF ILLINOIS, STATE OF NEW JERSEY, and STATE OF NEW YORK,<br><br>   *Plaintiffs*,<br><br> v.<br><br>UNITEDHEALTH GROUP INCORPORATED, and AMEDISYS, INC.,<br><br>   *Defendants*. | Civil Case No. 1:24-cv-03267-JKB |

## DECLARATION OF N. PRESTON MILLER

I, N. PRESTON MILLER, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a partner at the law firm Simpson Thacher & Bartlett LLP and represent Defendant Amedisys, Inc. ("Amedisys") in the above-captioned action. I am licensed to practice law in the District of Columbia and New York and have been admitted to appear in this case *pro hac vice*. I am over 21 years of age, and I am competent to make this declaration. The statements in this declaration are true and are made of my personal knowledge.

2. I make this Declaration in support of Defendant Amedisys, Inc.'s Motion to Temporarily Stay Count II of Plaintiffs' Complaint (ECF No. 106).

3. On January 13, 2025, Plaintiffs served 57 requests for production ("RFPs") on Amedisys. *See* Plaintiffs' First Requests for Production of Documents from Defendant Amedisys, Inc. (Jan. 13, 2025). A true and correct copy of that document is attached as **Exhibit A**.

4.      Of the 57 RFPs served on Amedisys, RFP Nos. 43, 45, and 45 relate to the Department of Justice's Section 7A Claim against Amedisys. The remainder relate to the Plaintiffs' Count I claim against both Defendants. *See* **Exhibit A**.

5.      On January 30, 2025, Amedisys communicated to Plaintiffs that "not each custodian will be subjected to the TAR model trained to cover the full spectrum of Requests in the First RFP[s]." Specifically, the relevant files for the "individuals in the IT and Legal departments" – the Section 7A related custodians – "would be identified using narrow search terms relating to the small sub-set of Requests relevant to them." *See* Email from P. Miller to G. Ambrogio, et al. (Jan. 30, 2025). A true and correct copy of that email is included in **Exhibit B**.

6.      On January 31, 2025, Plaintiffs requested confirmation that "search terms will be used only for the Section 7A related issues, and only as to [the Section 7A] proposed custodians— to the extent they are subsequently agreed-upon — Jennifer Guckert-Griffin, Rachel Hogan, Monica Guidroz, Keith Blanchard, Todd Daigle, and Jon Eval." *See* Email from S. Ali to P. Miller, et al. (Jan. 31, 2025). A true and correct copy of that email is included in **Exhibit B**.

7.      On February 4, 2025, Amedisys confirmed that search terms would be used only for the Section 7A custodians, subject to further evaluation and confirmation following the completion of custodian discussions. *See* Email from P. Miller to S. Ali (Feb. 4, 2025). A true and correct copy of that email is attached as **Exhibit B**.

8.       On February 12, 2025, Amedisys objected to RFP Nos. 43, 44, and 45. *See* Letter from P. Miller to S. Ali (Feb. 12, 2025). A true and correct copy of that letter is attached as **Exhibit C**.

9.      On February 20, 2025, ahead of the scheduling conference, the parties met and conferred about remaining disputes as to the case schedule, including the parties' positions on the

anticipated length of trial. During this conferral, Plaintiffs conceded that a stay of the Section 7A claim would reduce the number of days required for trial.

10. On March 7, 2025, following the submission of Plaintiffs' opposition brief, the parties met and conferred regarding the remaining open issues between Plaintiffs and Amedisys in connection with Amedisys's document review. During this conferral, and for the first time during this litigation, the Plaintiffs proposed running the Section 7A related search terms over the materials of three additional custodians, beyond the three agreed-upon Section 7A custodians.

11. On March 10, 2025, Amedisys responded to Plaintiffs' request via email and declined to add the three additional custodians to the Section 7A searches. *See* Email from P. Miller to S. Ali (Mar. 10, 2025). A true and correct copy of that email is attached as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 18, 2025
      Washington, D.C.

_____
N. Preston Miller