# EXHIBIT B

| | |
|---|---|
| **From:** | Miller, Preston |
| **Sent:** | Tuesday, February 4, 2025 2:02 PM |
| **To:** | Ali, Serajul (ATR); Ambrogio, Giancarlo (ATR); Owsley, Daniel; kforrest@paulweiss.com; Chepiga, Geoffrey; jsoven@paulweiss.com; Razi, Sara Y.; Ellis, Abram J; julwick@kg-law.com |
| **Cc:** | Murdock-Park, Erin (ATR); Able, Benjamin (ATR); Stoltzfus, David (ATR); Riblet, Sarah (ATR); Wood, Abigail (ATR); swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam |
| **Subject:** | RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc |

Hi Serj – Please see below responses on a number of the open questions.

- Confirmation that the geographic areas associated with the proposed custodians in our January 22 list have not changed (e.g., the geographies associated with the custodians as identified in AMED-2R-00002163); There have been no changes to Amedisys' regional structure since 2023. For completeness, effective as of January 1, 2025, Amedisys moved Olyphant #2660 from the IN/WI POD to the MD/DE/Philly POD.

- Confirmation that there are no additional potential custodians relevant to divestiture related issues; Matthew Crapanzano remains the leader of Amedisys' management of due diligence and integration planning related to the proposed divestiture transaction. Other individuals have contributed to the divestiture effort in less significant ways, such as, e.g., providing documents for population of the Virtual Data Room reviewed by bidders, but these individuals generally work under the instruction of Mr. Crapanzano and have no involvement in negotiations or discussions regarding the potential divestiture buyers. Mr. Crapanzano is the workstream leader and manager he will hold the responsive non-privileged materials in his files. In addition to Mr. Crapanzano, members of the Amedisys executive team are apprised with developments on the divestiture workstream, including Richard Ashworth and Scott Ginn.

- Additional information on Kendall Hagood's current status as a "consultant" for the company, including whether she still has a company email account; Kendall Hagood still retains Amedisys emails and a company-issued computer. To the extent she is designated a custodian, through agreement or court order, we would be able to produce her emails and electronic files.

- Whether there are any replacement custodians for certain proposed custodians who have left their positions-- Andrew Galbierz, Cynthia Shook, Drake Jarman, and Laura Scripp (specifically, for her former Vice President of Operations role); We identified Nikki Davis, Tiffany Davis, Brian Eber, Andrew Galbierz, Sandy Safer, Cynthia Shook, and Amy Sutton-Feld as proposed custodians who have departed Amedisys without any successor being named. Generally speaking the roles still exist / are active in the system and remain open but simply have not been filled yet. Laura Scripp's former role has been filled by Brittany McLennan. Drake Jarman's role has been filled by Karen Lower.

- Confirmation that search terms will be used only for the Section 7A related issues, and only as to proposed custodians—to the extent they are subsequently agreed-upon— Jennifer Guckert-Griffin, Rachel Hogan, Monica Guidroz, Keith Blanchard, Todd Daigle, and Jon Eval; That is our current intend, subject to further evaluation and confirmation following completion of custodian discussions.

1

- Confirmation of Amy Sutton-Feld's current position and supervisor; Ms. Sutton-Feld is no longer with the company.  She is not an attorney, however, prior to her departure she did report up to the legal department.  However, because she is not an attorney and is not relevant to only the 7A claims (as described previously, was an M&A project manager), we do not propose Ms. Sutton-Feld's documents to be excluded from TAR.

There are a few more we are still working on.

Thanks,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>
**Sent:** Friday, January 31, 2025 9:41 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@usdoj.gov>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

Again, I wanted to thank you and the rest of Amedisys team for your engagement in these discussions about custodians, as well as the progress we have made in narrowing our differences.

While we intend to follow-up next week on additional points that you raised in your email below, I wanted to summarize the major points discussed in our call today so that we can continue to build on our progress.

Given the differences that remain in the positions of our respective sides, as detailed in emails, DOJ asked if Amedisys would be willing to consider a proposal of no more than 60 custodians.  Specifically, DOJ proposed making some substitutions to your list of 38 custodians and adding some additional custodians so long as the overall number of custodians does not exceed 60 custodians.  We appreciate that Amedisys is willing to consider the proposal that we are contemplating, and that Amedisys is willing to make productions on a rolling basis.  Furthermore, we understand that your concern is not solely the overall number of custodians, but also includes avoiding duplicative custodians and the variability of collection costs based on the level of data collection (e.g., time and costs associated with collecting texts and hard copy documents from Area Vice Presidents).  We will take into consideration your suggestion to vary the level of data collection requested when formulating our proposal.  In light of today's discussion, DOJ will aim to formulate a proposal and share it with you by Wednesday.

While DOJ formulates a proposal, we would appreciate it if Amedisys could provide us with the additional information we cited on today's call:

- Additional information on the TAR protocol Amedisys intends to use (we understand from our discussion and from your email to my colleague Ben Able that you can provide this by Tuesday);
- Confirmation that the geographic areas associated with the proposed custodians in our January 22 list have not changed (e.g., the geographies associated with the custodians as identified in AMED-2R-00002163);
- Confirmation that there are no additional potential custodians relevant to divestiture related issues;
- Additional information on Kendall Hagood's current status as a "consultant" for the company, including whether she still has a company email account);
- Whether there are any replacement custodians for certain proposed custodians who have left their positions-- Andrew Galbierz, Cynthia Shook, Drake Jarman, and Laura Scripp (specifically, for her former Vice President of Operations role);
- Confirmation that search terms will be used only for the Section 7A related issues, and only as to proposed custodians—to the extent they are subsequently agreed-upon— Jennifer Guckert-Griffin, Rachel Hogan, Monica Guidroz, Keith Blanchard, Todd Daigle, and Jon Eval;
- Confirmation of Amy Sutton-Feld's current position and supervisor;
- Additional information on Amedisys's remote work policies—including for the business development and operations teams; and
- Additional information on the sample "merger litigations" used as a benchmark for the custodian number comparison in your email below.

We look forward to continued discussions and hope to reach an agreement regarding custodians with you soon.

Best,

Serj

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Thursday, January 30, 2025 10:58 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo – We write in response to your custodian proposal of January 22. In particular, in your email on that date, you expressed a desire to engage with Defendant Amedisys to determine the custodians who are likely to have responsive information relevant to the allegations in Plaintiffs' complaint. We share that desire, and write to provide further information regarding various individuals and categories of individuals included in your proposal. Ultimately, our goal is to identify a narrower group of custodians that balances Plaintiffs' interest in obtaining responsive documents with Defendant Amedisys' protections under FRCP 26(d)(1), including the requirement that discovery be proportional to the needs of the case, considering, among other things, the parties' resources and the burden and expense of the proposed discovery.

Preliminarily, we note our view that Plaintiffs' initial proposal was dramatically overbroad; did not take into account the burden the proposal places on Amedisys; and appeared to us to be in complete disregard for Rule 26 principles of proportionality that restrain the party propounding discovery requests and prevent discovery from becoming a complete free-for-all. Rather, the proposal seems to be an exhaustive list of anyone and everyone that Plaintiffs believe could conceivably be in possession of relevant information. With a sample size of at least 8 merger litigations in the last decade, in many cases looking at custodian figures for both merging parties (i.e., over 10 individual custodian negotiation examples), Defendants are not aware of *any* merger case that involved even *half* the number of custodians Plaintiffs have proposed.

Furthermore, we want to address your comment that you believe the issues raised in Plaintiffs' complaint require greater discovery into the ordinary course documents connected with the local markets at issue, which are most likely to be found in the files of employees at or below the "Vice President" (VP) and "Area Vice President" (AVP) level. As you are aware, Plaintiffs' Complaint alleges harm to competition on quality and service (Section II.C); on price (Section II.D); and to hire and retain trained professionals (Section II.E). As Defendants have described in the past, quality and service levels are measured, evaluated, and strategically directed at the national level, not by individuals at the "local market" level. Price likewise is either set by CMS, or in the case of Medicare Advantage, negotiated nationally, again not by individuals at the "local market" level. Further, while recruitment efforts are aided by individuals at the "local market" level, recruitment strategy is evaluated and set nationally and regionally, and regional managers have supervisory authority over hiring at the "local market" level; those regional managers are well-familiar with the competitive conditions and strategies for recruitment in the local geographies within their purview. We do agree that some discussion of local competitive conditions in terms of competition for *referrals* (not listed as a harm to competition in Plaintiffs' complaint) will exist in the files of VPs and AVPs, but even then we note the following:

1. Such discussions will typically be prepared by the AVPs *for purposes of discussion with the VPs*, and therefore the relevant documents will often be found in the files of <u>both</u> the VPs <u>and</u> the AVPs. As a result, documents need only be produced from either VPs or AVPs, not both, to capture the relevant documents.

2. Given the above, by far the more efficient avenue to providing Plaintiffs with the documents you are seeking (setting aside their relevance to Plaintiffs' theories of harm) would be to produce documents from the files of VPs only, and not AVPs. This approach best follows the principles of Rule 26, alleviating undue burden on Amedisys and considering the proportionality of the burden of discovery with the likelihood of producing documents of material importance to the case.

3. In any event, both VPs and AVPs within the "Operations" function (as opposed to the Business Development function) are unlikely to possess responsive documents at all. AVPs of Operation are more involved in the administrative operation of the office and managing logistics, and do not have involvement in or knowledge of local competitive dynamics.

That all said, we are still hopeful we can close the gap and reach agreement on the custodians from whom Amedisys would agree to collect and produce documents. The below lists those individuals from your proposal from whom Defendant Amedisys would be willing to produce documents. Indeed, at 38 custodians, it is nearly three times larger than our initial proposal (for comparison: a list three times smaller than Plaintiffs' initial proposal would be only 33 custodians). Within each segment listed below, we also briefly discuss and explain the individuals included in your proposed list of custodians that we have excluded.

Finally, please note that just because an individual is listed below does not mean we are willing to collect any and all document types from them: we are willing to conduct manual collections (cell phones, hard copy, etc.) from a *small number of key custodians* most likely to have relevant documents outside the Office 365 environment (which includes Outlook, Teams, etc.), the selection of which we are glad to discuss with you. Further, as previewed already, not each custodian will be subjected to the TAR model trained to cover the full spectrum of Requests in the First RFP—for instance, we anticipate that relevant files for the individuals in the IT and Legal departments will be identified using narrow search terms relating to the small sub-set of Requests relevant to them.

4

## I. COMPANY LEADERSHIP

We agree to include both of Plaintiffs' proposed custodians:

| NAME | TITLE | STILL IN ROLE? |
|---|---|---|
| 1. Paul Kusserow | Amedisys Board Chairman | Yes |
| 2. Richard Ashworth | Chief Executive Officer | Yes |

## II. STRATEGY

We agree to include the following individuals:

| NAME | TITLE | STILL IN ROLE? |
|---|---|---|
| 3. Nicholas Muscato | Chief Strategy Officer | Yes |
| 4. Matthew Crapanzano | Director, Mergers & Acquisitions | Yes |
| 5. Carl Luther | Director of Corporate Development | Yes |
| 6. Kendall Hagood* | Senior Vice President, Operations - High Acuity Care | Yes* |

\* Now employed as a consultant rather than employee.

We have excluded the following custodians proposed by Plaintiffs:
- Sandra Schrauf, whose role in "Transformation" is to search for potential products and innovations that Amedisys might purchase, license, subscribe to, or otherwise acquire (e.g., "voice to text" technology); and
- Barbara "Nikki" Davis, whose role relates exclusively to palliative care, which is not at issue in this case.

## II. INFORMATION TECHNOLOGY

We agree to include both of Plaintiffs' proposed custodians:

| NAME | TITLE | STILL IN ROLE? |
|---|---|---|
| 7. Keith Blanchard | Chief Technology Officer | Yes |
| 8. Todd Daigle | Vice President, Enterprise Systems | Yes |

## III. LEGAL DEPARTMENT

We agree to include the following individuals:

| NAME | TITLE | STILL IN ROLE? |
|---|---|---|
| 9. Jennifer Guckert Griffin | General Counsel/Chief Legal Officer | Yes |
| 10. Rachel Hogan | Senior Counsel | Yes |

We have excluded the following custodians proposed by Plaintiffs:
- Amy Sutton-Feld, who effectively acts as a project manager for M&A activity and would not originate or possess strategic documents that are not in the possession of other custodians (e.g., within the Strategy segment, above); and
- Monica Guidroz, who implements legal holds and was not substantively involved in any issues relevant to this case.

## IV. HUMAN RESOURCES

We agree to include the following individuals:

5

| NAME | TITLE | STILL IN ROLE? |
|---|---|---|
| 11. Caitlin Franklin | Acting Chief People Officer | Yes |
| 12. Kim Ward | Talent Acquisition Manager - Hospice | Yes |
| 13. Heather Fowler | Talent Acquisition Manager - Hospice | Yes |
| 14. Kelly Difraia | Talent Acquisition Manager - Home Health | Yes |
| 15. Brandy Stark | Talent Acquisition Manager - Home Health | Yes |

We have excluded the following custodians proposed by Plaintiffs:

- Justin McLoryd and Zach Wilson, both Talent Acquisition Directors, who would typically only see information about recruiting on an aggregated regional basis and would not have incrementally additional documents discussing competition to recruit nurses and other skilled employees not in the possession of the relevant Talent Acquisition Managers listed above that report to them;
- Elizabeth Palermo-Hedberg, who is only involved in recruiting for corporate functions, not nurses and other skilled employees that deliver patient care; and
- The individual recruiters identified by Plaintiffs—Adam Frazier, Ashley Bankston, Tiffany Davis, Sonia Jones, and Jennifer Spruiell.  Talent Acquisition Managers, which we have included in our list above, are the best positioned employees within the HR organization to provide information on employment competition at a local level; incremental additional documents uniquely in the possession of recruiters will be administrative in nature and not accretive to the case.

**V. OPERATIONS**

We agree to include the following individuals:

| NAME | TITLE | STILL IN ROLE? |
|---|---|---|
| 16. Scott Ginn | Chief Financial Officer/Chief Operating Officer | Yes |
| **HOME HEALTH** | | |
| 17. Andrew Galbierz | Senior Vice President, Managed Care - Home Health | No—no replacement |
| 18. Kimberly Thevenot | Vice President, Payor Contracting | Yes |
| 19. Jon Eval | Procurement Executive | Yes |
| 20. Anessa Johnson | Senior Vice President, Growth - Home Health | Yes |
| 21. Loraine "Lori" Bryan | Vice President, Growth Solutions - Home Health | Yes |
| 22. Cynthia Shook | Senior Vice President, Clinical Operations - Home Health | No—no replacement |
| 23. Melissa Chase | Vice President, Business Development - Home Health, Northeast Homecare West | Yes |
| 24. Kerry Moorer | Vice President, Business Development - Home Health, Northeast Homecare East | Yes |
| 25. Elissa Shelton | Vice President, Business Development - Home Health, Southeast Homecare South | Yes |
| 26. Andrea Stevens | Vice President, Business Development - Home Health, Mid-Atlantic Homecare West | Yes |
| 27. Denise Hawsey | Senior Vice President, Operations - Home Health, Central Home Health | Yes |
| 28. Jason Sims | Vice President, Clinical Practice - Home Health | Yes |
| 29. Eboni Carmicle | Vice President, Business Development - Home Health, Central Homecare East and West | Yes |
| **HOSPICE** | | |
| 30. Geoffery Abraskin | President, Hospice | Yes |

| 31. Amy Moss | Senior Vice President, Clinical Operations, Hospice and Palliative Care | Yes |
| 32. Thomas (Drake) Jarman | Senior Vice President, Growth – Hospice | No—no replacement |
| 33. Deana Wilson | Senior Vice President, Operations - Hospice, North | Yes |
| 34. Jennifer McCormick | Vice President, Business Development – Hospice, North Hospice-2 | Yes |
| 35. Justin Eades | Vice President, Business Development – Hospice, North Hospice-1 | Yes |
| 36. Regarner Thompson | Senior Vice President, Operations - Hospice, South | No—now Laura Scripp |
| 37. Jennifer Brewer | Vice President, Business Development – Hospice, South Hospice-East | No—now Ignacio Quinones |
| 38. Marjaree "Jan" Moore | Vice President, Business Development – Hospice, South Hospice-West | No—now Kimberly Sledd |

We have excluded the following custodians proposed by Plaintiffs:

- Brian Eber and Sandy Safer, who are both Directors of Payor Contracting, would not possess strategic documents that are not in the possession of Kimberly Thevenot, the VP of Payor Contracting.
- Lisa Kirker (Parker), who would not possess strategic documents that are not in the possession of Amy Moss, the Senior VP of Clinical Operations.
- For the reasons discussed above, Home Health AVPs in Business Development: Ginger Dearth, Amanda Devey, Darrell Egle, Rochelle Plummer-Prince, Johnna Kanwisher, Wendy Weber, Kay Lawrence, Brenda Jahn, Kristi Dooley, Rebecca Burnett, Billie Mashburn, Lawrence Sims, Gerald Ramey, and Lafonda Morris, who would generally not possess strategic documents that are not also in the possession of Home Health VPs of Business Development.
- For the reasons discussed above, Home Health VPs and AVPs in Operations: Christopher Worm, Jemia Gregory, Ann Racculia, Cami Oravetz, Nyda Kidd, Laura Prince, Kristin Paulk, Andrew Amruso, Todd Edgecomb, Melissa Leake, Kristi Spires, Robin Daywalt, Travis Daga, and Amie Jones-Moray, who are generally more involved in the administrative operation of the office, and generally will not have knowledge or involvement in local competitive dynamics.
- For the reasons discussed above, Home Health AVP in Clinical Practice: William Skinner.
- For the reasons discussed above, Hospice AVPs in Business Development: Greg Goss, Keena DeAngelo, and Miguel Colon, who would generally not possess strategic documents that are not also in the possession of Hospice VPs of Business Development.
- For the reasons discussed above, Hospice VPs and AVPs in Operations: Heather Prince, Mindy Kmiec, Laura Scripp, Elaine Hayes, Scott Nason, Danielle Yardley, Sarah Hoosier, Donnie Castleberry, Shannon Becher, Sharon Germany, Amy Jones, Stephanie Nebelski, and Josh Lasater, who are generally more involved in the administrative operation of the office, and generally will not have knowledge or involvement in local competitive dynamics.

To be very clear, Amedisys' position is that there is no scenario where both VPs and AVPs for the same territories should both serve as custodians. We believe VPs will provide Plaintiffs with the documents relevant to the case while observing the limitations on burden and need for proportionality required by Rule 26.

Finally, please find attached an updated version of the list of 99 custodians you sent on Jan 22, indicating which of these custodians remain in the role you identified as associated with them in your proposal, and, for those custodians no longer in the relevant role, who the current individual filling that role is (if anyone).

We look forward to discussing the above tomorrow.

Best,
Preston

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 30, 2025 11:33 AM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.

<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us;
bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov;
yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy
<amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-
LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

**\*\*\* External Email \*\*\***

Preston and Dan,

Ahead of our meeting regarding custodians, we are attaching a list of 27 priority custodians for whom we request
Amedisys produce documents on an expedited basis. For clarity, our position remains that the 99 custodians identified
in our January 22, 2025 email are the appropriate custodians for this suit—though we remain open to discussing and
further refining that list. The attached "expedited" list is intended to identify a starting point for the rolling production,
particularly as we negotiate the remainder of the custodians.

We are happy to discuss further during our meeting tomorrow.


Best,
Giancarlo

---

**From:** Ambrogio, Giancarlo (ATR)
**Sent:** Wednesday, January 29, 2025 12:45 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us;
bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov;
yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy
<amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-
LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Dan,

Thanks for your email. Those times still work for us – can you please circulate the dial-ins?

For the custodian list, if you have any information or materials that you would like to send us in advance that might help
us to refine our list, that would be helpful for our discussions. In particular,  we reiterate our request that Amedisys
please let us know of any changes relating to our listed custodians as soon as possible – including changes to titles, the
geographic areas associated with or covered by the position, or changes relating to the identity of the employee holding
the position. We'd also welcome, in writing, any information as to why any employees should not be included on our
custodian list.

Additionally, please let us know if we can schedule the Monday meeting for from 12:30pm to 2:00pm. We'd like to ensure we leave sufficient time to discuss the materials from last evening.


Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Wednesday, January 29, 2025 11:41 AM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

Assuming the windows you mentioned below still work for the Division, we would be happy to speak further about the Division's proposed custodian list on Friday, Jan 31 at 1-2 pm ET, and we could meet and confer regarding objections to the RFPs and interrogatories on Monday, Feb 3 at 12:30-1:30 pm.

I am happy to send a dial-in for both.

Very best,
Dan

---

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Tuesday, January 28, 2025 4:19 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us;

bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov;
yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy
<amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov>, List-AMED-STB-LitTeam <List-AMED-STB-
LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Thanks very much Giancarlo, we'll come back as soon as we can on the times you flagged.

Best,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Tuesday, January 28, 2025 3:59 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Owsley, Daniel <Daniel.Owsley@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us;
bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov;
yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy
<amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov>, List-AMED-STB-LitTeam <List-AMED-STB-
LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Daniel and Preston,

Thanks for your emails. We are double checking our calendars regarding the data call and will revert back shortly with
some windows tomorrow and later this week for follow-up data calls.

Additionally, we wanted to schedule a call to discuss any questions or thoughts from Amedisys on our proposed
custodian list. Do you have availability Friday between 1pm and 3pm ET for that call?

For the meet and confer regarding objections to the RFP and interrogatories, can you let me know your availability
Monday, February 3 between 12:30-4:00pm?

Best,
Giancarlo

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Tuesday, January 28, 2025 3:56 PM

**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo – Just checking back in on this, as we are keen to keep the conversation(s) going without delay.

Many thanks,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Monday, January 27, 2025 5:35 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

Does the Division have any availability on Wednesday to continue today's data RFP discussion for the remaining Requests?

In addition, please let us know if any windows later this week work for the Division to meet and confer regarding objections to Requests for Production of Documents to Amedisys.

Very best,
Dan

---

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue

New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Owsley, Daniel
**Sent:** Thursday, January 23, 2025 8:42 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

As discussed, we plan to utilize two TAR models to identify documents responsive to the majority of the requests in Plaintiff's First Requests for Production of Documents ("RFP"). We generally describe each of those models below. Note that the documents included in each model will be limited to certain custodians, over the agreed-upon time period, and subject to any limitations in connection with data sources. In addition, the below is subject to Amedisys, Inc.'s Objections and Responses to Plaintiffs' First Request for the Production of Documents ("R&Os") and is not intended to broaden what we are agreeing to produce in the R&Os.

The first model will include document families categorized by TAR as non-responsive in connection with the Second Request. We will train this model to identify documents responsive to certain "All documents" requests included in the RFP that were not, in substance, included in the Second Request. In other words, the model seeks to identify documents that were categorized as non-responsive in connection with the Second Request which are now responsive to the broader RFP.

The second model will include documents that we collect in connection with the RFP which were not previously considered for responsiveness to the Second Request because they were outside of the Second Request time period, did not include a Second Request custodian, or otherwise. We will train this model on a broader set of "All documents" requests, including the requests that are substantively the same as those included in the Second Request.

<mark>We are likely to take a different approach with respect to requests 43 and 44, which we are still evaluating.</mark>

If you have specific questions as to the processes we will be using in connection with TAR, please let us know.

Best,
Dan

---

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 23, 2025 8:28 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** Re: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Dan,

Thanks for the update.

Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Thursday, January 23, 2025 8:16:41 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com <kforrest@paulweiss.com>; Chepiga, Geoffrey <gchepiga@paulweiss.com>;
jsoven@paulweiss.com <jsoven@paulweiss.com>; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J
<AEllis@stblaw.com>; julwick@kg-law.com <julwick@kg-law.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us <swalker@oag.state.md.us>; bwarren@oag.state.md.us
<bwarren@oag.state.md.us>; richard.schultz@ilag.gov <richard.schultz@ilag.gov>; jennifer.coronel@ilag.gov
<jennifer.coronel@ilag.gov>; john.milligan@ilag.gov <john.milligan@ilag.gov>; yale.leber@law.njoag.gov
<yale.leber@law.njoag.gov>; isabella.pitt@law.njoag.gov <isabella.pitt@law.njoag.gov>; saami.zain@ag.ny.gov
<saami.zain@ag.ny.gov>; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
<elinor.hoffmann@ag.ny.gov>; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

We are finalizing and will share this with you by tomorrow morning if not sooner.

Very best,
Dan

---

Daniel Owsley
Simpson Thacher & Bartlett LLP

13

425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 23, 2025 5:40 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Daniel,

Thank you very much. Separately, during our meeting on Tuesday you mentioned you would send us descriptions of the
two proposed TAR models by today. Do you have any updates on that front?

Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Thursday, January 23, 2025 11:21 AM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

Thank you, I can send a dial in now for 12pm on Monday.

Best,
Dan

---

Daniel Owsley

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 23, 2025 10:11 AM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

**\*\*\* External Email \*\*\***

Daniel,

We can be available Monday between 12 and 2pm ET to discuss data. If that window works on your end, can you please
circulate an invite?

Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Thursday, January 23, 2025 8:47 AM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

I apologize for the short notice, but would any times work for your team on **Friday** (or if needed Monday) for the data
call, instead of 11-12 today?

Very best,
Dan

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Wednesday, January 22, 2025 2:01 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

<span style="color:red">*** External Email ***</span>

Daniel,

Thanks for your email. 11-12pm ET tomorrow works for us. Would you mind circulating an invite?

Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Wednesday, January 22, 2025 10:53 AM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

With respect to your note below offering times for scheduling a call to discuss the data portions of the RFP, we are
available along with Compass Lexecon on Thursday from 11-12 pm ET.  Provided that still works we can send a dial-in
(unless you prefer to for technical reasons).

Best,

16

Dan

---

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Tuesday, January 21, 2025 7:58 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Owsley, Daniel <Daniel.Owsley@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

Thank you again for the initial meet and confer today regarding Plaintiff's First Requests for Production of Documents
("RFP"), sent to Amedisys on January 13, 2025.

During the call we discussed scheduling a meeting later this week concerning data portions of the RFP. We are available
this Thursday between 11am-12:30pm ET or 3:30-5pm ET if either of those windows would work for you.

A summary of today's discussion is below:

**Timing:**

- The parties agreed that discovery opened on January 13, 2025; Amedisys will send objections by January
  28, and the parties will meet-and-confer regarding objections within four days after Plaintiffs receive
  objections.

**TAR:**

- Amedisys confirmed that it will be using TAR to respond to the RFP; Amedisys proposes using two separate
  TAR models, and will send a written description of the models and associated processes to Plaintiffs
  within the next two days. Amedisys does not plan to use TAR for Requests 43 or 44, nor for any requests for
  "documents sufficient to show." Amedisys is still considering the best approach to collect documents for
  these requests.

- Consistent with the approach used during the investigation preceding this lawsuit, Plaintiffs request mutual
  engagement on the training of the TAR models to ensure proper validation and responsiveness. Plaintiffs

17

request the ability to review null sets, and request that Amedisys make the validation data associated with the TAR models available to Plaintiffs.

**Data:**

- Amedisys will be using Compass Lexecon to assist with data collection.
- Plaintiffs request that Amedisys discuss the format of the data with Plaintiffs, and provide samples of data responsive to data requests before producing data.
- The parties agreed to collaborate as appropriate on Plaintiffs' data requests, including with regard to arranging calls with personnel at Amedisys who are familiar with Amedisys's data systems.
- Amedisys explained that some data cannot be organized to match the requests from the RFP, and that it may not be possible to collect some data within the time period envisioned by the CMO; in some cases, Amedisys may propose producing raw data for certain requests. The parties will discuss this topic further during the upcoming data call this week and through further data discussions.

**Custodians:**

- Plaintiffs are finalizing their custodian list, and intend to send the list to Amedisys as soon as feasible and no later than tomorrow, January 22. Plaintiffs conveyed that the custodian list will be broader than the list proposed by Amedisys.
- Plaintiffs conveyed that the investigatory materials used to compile the list may be outdated, and that Amedisys should timely apprise plaintiffs of any changes relating to the positions of employees identified on the custodian list – including, but not limited to, changes to the employee who holds the position, and to the geographic area covered by the position.
- To ensure that Plaintiffs have the opportunity to select appropriate divestiture custodians, Plaintiffs request that Amedisys timely apprise Plaintiffs of any updates or changes regarding Amedisys employees that have been involved with the divestiture for this transaction. Plaintiffs reserve the right to add more custodians relating to the divestiture beyond Plaintiffs' initial custodian list—including additions that track changes in divestiture buyer, the divestiture package, or the general composition of the Amedisys employees performing functions related to the divestiture.

**Other:**

- Amedisys proposed using the date of the Complaint (Nov. 12, 2024) as the cutoff date for purposes of responding to both document and data requests contained within the RFPs. Plaintiffs cannot commit to the cutoff date at this time, as the cutoff date appears inconsistent with Instruction 15 of the RFPs. The parties can discuss further as appropriate as discovery unfolds.

Please let me know if there is anything I did not capture from our discussion.

Best,
Giancarlo

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Saturday, January 18, 2025 2:27 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;

saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo,

Thanks for your note.  3:30 Tuesday works for us, and we'll send an invite.  Regarding the substance of your email, we
understand and had anticipated that you may propose a few additional custodians beyond those included in our list, and
are happy to discuss on Tuesday.  That said, a few things about your email surprise us.

First, regarding your comment that our proposed list is smaller than the initial list proposed in the Second Request
context: this is entirely consistent with our experience.  Unlike the Second Request process, the Federal Rules of Civil
Procedure now apply, including their protections against discovery that presents undue burden.  We're glad to discuss,
but we have observed litigation custodian lists to be materially narrower than Second Request lists for precisely this
reason, and that is certainly our expectation here.

Second, more generally, we would like to note that it was DOJ, not Defendants, that pushed for the relatively short fuse
that the CMO imposes on document discovery.  Already, the Feb. 12 30-day target imposed by the CMO looms
large.  Particularly considering the incredibly large number of requests contained in the First RFP (72 requests, when
disaggregating the compound Second Request refresh request), there are practical limitations on what we will be able to
achieve within your preferred timeline, for instance in terms of the number of custodians and types of documents
collected from those custodians.  We think the list we provided is both reasonably achievable and thoughtfully tailored
to provide the information requested in the First RFP, including the topics identified in your email.

That all said, to the extent you would like to request or propose additional document custodians, we would be grateful if
you could do so on or before our call on Tuesday, which already would leave us only 22 calendar days to collect and
produce before the target deadline.

Many thanks,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Saturday, January 18, 2025 1:16 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Dan,

Thank you for the email. Our schedules have somewhat shifted since I sent my original email. Would 3:30pm ET on Tuesday work instead?  If not,  we also remain available between 2:00-3:00pm ET that day. If either of those windows work, can you please circulate an invite?

We are presently working to assemble our own list of custodians, and can provide initial thoughts on that process during our call Tuesday. We note preliminarily, however, that the list you propose entirely omits the many employees at Amedisys that have direct responsibility over and oversight for the many local markets in which Amedisys operates. We additionally note that list you propose is even smaller than the August 2023 list that Amedisys proposed when negotiating the Second Request.

While we work to assemble our own list, we can confirm that our list will include a substantial focus on more local levels of the company, which will be necessary to conduct discovery into the local competitive conditions and effects that are a key issue in this suit. In part, because of the need for discovery into local conditions, along with the discovery relating to Defendants' continually evolving divestiture package and Plaintiffs' 7A claim, our custodial list will be more extensive than the list of 14 individuals that you include below.

We look forward to discussing further on Tuesday, and can also discuss your cutoff proposal at that time.

Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Friday, January 17, 2025 5:33 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

Following back up, we are available Tuesday at 3 pm ET; we can send an invite shortly assuming that still works.  On that call we would be happy to discuss our planned approach for responding to the RFPs, including with respect to TAR and custodians.  In advance of that call, we wanted to provide you with our list of proposed document custodians for purposes of responding to the RFP, which is below.  If you are able to provide any reactions in advance of our call, that may be helpful.

1.  Richard Ashworth, CEO
2.  Paul Kusserow, BOD Chair, Former CEO
3.  Caitlin Franklin, Acting Chief People Officer (and her predecessor, Adam Holton, Chief People Officer)
4.  Scott Ginn, CFO, COO
5.  Nick Muscato, Chief Strategy Officer

6.  Tammy Peebles-Forest, President, Home Health
7.  Anessa Johnson, SVP Growth, Home Health
8.  Geoffrey Abraskin, President, Hospice
9.  Kendall Hagood, SVP Operations, High Acuity Care
10.  Andrew Galbierz, SVP, Managed Care
11.  Carl Luther, Director of Corporate Development
12.  Joseph Randy Giattino, VP Talent Acquisition
13.  Jennifer Guckert Griffin, General Counsel
14.  Keith Blanchard, CIO, CTO

Additionally, for your consideration, we contemplate using the date of the Complaint, i.e., Nov. 12, 2024, as the cutoff date for purposes of responding to both document and data requests contained within the RFPs. This makes them more practically manageable, and is consistent with the approach we have taken in other merger cases, including UHG/Change. We are happy to discuss that as well.

Very best,
Dan

---

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Friday, January 17, 2025 4:10 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Hi Preston,

We wanted to touch base ahead of the Holiday weekend. Do you have any updates regarding scheduling for our first meeting?

Best,
Giancarlo

21

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Thursday, January 16, 2025 11:08 AM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo – Thanks for reaching back out.  We've should be in a position to have a preliminary discussion at least on the RFPs by then.  We'll revert with a specific window.

Best
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 16, 2025 10:32 AM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

We would like to find some time early next week to discuss the RFPs and Interrogatories, including initial steps regarding Amedisys custodians and TAR protocols. We are available Tuesday, January 21 between 1:30pm and 4:00pm ET. Please let us know a time in that window that would work for you.

Best,
Giancarlo

22

**From:** Ambrogio, Giancarlo (ATR)
**Sent:** Tuesday, January 14, 2025 6:47 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey
<gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Preston,

Thank you for your email and for agreeing to accept service of discovery electronically. We cannot agree, however, to
exchange our preliminary witness list tomorrow, which is three months in advance of the date Plaintiffs proposed in the
CMO.

We look forward to hearing from you on scheduling for our first meeting regarding the RFPs and Interrogatories.

Best,
Giancarlo

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Tuesday, January 14, 2025 6:25 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; kforrest@paulweiss.com; Chepiga, Geoffrey
<gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo – We confirm receipt and agree to accept service of this and future discovery electronically in this
lawsuit.  Consistent with the message you will have received from United's counsel, we also agree, despite the
competing provisions in the proposed CMO, to open fact discovery effective 1/13/2025.  That said, we ask that Plaintiff
agree to adopt the earlier of the two proposed dates in the CMO for exchanging the parties' preliminary fact witness list
(i.e., Jan 15).

We will come back to you with some times for an initial discussion regarding the RFPs and Interrogatories.

Many thanks,
Preston

---

Preston Miller

Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Tuesday, January 14, 2025 3:23 PM
**To:** kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Good evening,

I am following up on my email below. Can you please confirm receipt of these materials, and confirm Amedisys's agreement to accept service of discovery electronically for this lawsuit?

We look forward to meeting to discuss initial steps with regard to these materials, and would like to arrange a discussion as soon as convenient. Please let us know a time that would work for you.

Best,
Giancarlo

---

**From:** Ambrogio, Giancarlo (ATR)
**Sent:** Monday, January 13, 2025 5:19 PM
**To:** kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; sara.razi@stblaw.com; aellis@stblaw.com; preston.miller@stblaw.com; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Counsel,

Consistent with the Plaintiffs' proposed discovery date (*see* proposed Case Management Order, filed January 3, 2025, at ¶ 1), please find attached Plaintiffs' Requests for Production, Plaintiffs' First Set of Interrogatories, and the Antitrust Division's ESI Standard Specifications. Please let us know as soon as possible a date and time to discuss these Requests and Interrogatories, and any questions that you might have.

Please confirm receipt of these materials. Additionally, please confirm Defendant's agreement to accept service of discovery electronically for this lawsuit. Pending your answer regarding electronic service, we will also arrange to send these materials via certified mail.

Best,
Giancarlo Ambrogio


Giancarlo Ambrogio
Trial Attorney
Antitrust Division | Healthcare and Consumer Products Section
U.S. Department of Justice
450 5th Street, NW
Suite 4100
Washington, DC 20530
**Mobile:** (202) 549-4551

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any retention or use of this email (including attachments) is strictly prohibited. If you have received this email in error, please delete it and notify us immediately. For information about how Simpson Thacher & Bartlett LLP collects and processes your personal information, please refer to our Privacy Notice available at https://www.stblaw.com/other/privacy-notice.