# EXHIBIT D

| | |
|---|---|
| **From:** | Miller, Preston |
| **Sent:** | Monday, March 10, 2025 10:56 AM |
| **To:** | Ali, Serajul (ATR); Ambrogio, Giancarlo (ATR); Owsley, Daniel; kforrest@paulweiss.com; Chepiga, Geoffrey; jsoven@paulweiss.com; Razi, Sara Y.; Ellis, Abram J; julwick@kg-law.com |
| **Cc:** | Murdock-Park, Erin (ATR); Able, Benjamin (ATR); Stoltzfus, David (ATR); Riblet, Sarah (ATR); Wood, Abigail (ATR); swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam |
| **Subject:** | RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc |

Hi Serj – Thanks for your email. I wanted to respond to and clarify a few points.

First, regarding document productions: as you've seen, we made the first of our rolling productions for DOJ's "priority custodians" except for Keith Blanchard, who is relevant only to the 7A issues, over the weekend. We will endeavor to follow a weekly or bi-weekly cadence going forward. There may be exceptions or variations depending on the circumstances associated with specific productions.

Second, regarding the "additional custodians": we did agree to propose a timing framework this week, and will aim to do so. You expressed a desire to have all productions completed 6-8 weeks before the close of fact discovery, including for "additional custodians," and we agreed to consider that in putting our proposed framework together.

Third, regarding Keith Blanchard: your characterization looks correct to me. We understand that Plaintiffs would like to receive Mr. Blanchard's documents on a priority basis. We are seeking to balance that with Defendants' interest in avoiding the exact sort of unnecessary and distracting discovery that Defendants' Motion to Stay Count II seeks to postpone. We will try to provide a proposal regarding timing/approach that balances those considerations, for your review.

Fourth, regarding Amedisys' approach to responding to the 7A requests (Request Nos. 43-45) and the agreed 7A custodians (Blanchard, Griffin and Hogan): we stated that we continue to contemplate the search terms will be used, though would reserve our right to adapt approach as needed as we evaluate the effectiveness of a search term-based approach. We agree to provide Plaintiffs with the search terms Amedisys uses if we do indeed proceed with search terms as anticipated.

We have considered your new request to apply the 7A search terms to non-7A custodians, namely Ashworth, Muscato and Ginn. In all our discussions lasting nearly two months now, this is the first time any mention has been made of applying 7A search terms for 7A requests to non-7A custodians. For instance, in your message of Feb. 3, you requested: *"Confirmation that search terms will be used only for the Section 7A related issues, and only as to proposed custodians— to the extent they are subsequently agreed-upon— **Jennifer Guckert-Griffin, Rachel Hogan, Monica Guidroz, Keith Blanchard, Todd Daigle, and Jon Eval**"*. You have since agreed to remove Guidroz, Daigle and Eval as custodians, leaving only Blanchard, Griffin, and Hogan as the agreed 7A custodians. At no point before Thursday had there ever been any mention of including Ashworth, Muscato or Ginn as 7A custodians. We cannot agree to apply the 7A search terms to these three custodians that have no apparent connection to the 7A issues. Unlike the agreed 7A custodians, none were asked a single question about any 7A-related issues during their depositions, and no reason has been given as to why Plaintiffs suddenly believe they may have 7A-relevant documents. In fact, it seems clear from the nature of the 7A claims and our prior discussions that they would not. We also ask that Plaintiffs stop posturing for purposes of the pending Motion to Stay Count II, as that appears to be the only basis for this request.

Fifth, we agree to your proposed framework for refreshing document productions from divestiture custodians.  For clarity, those are: Matthew Crapanzano, Nick Muscato, Richard Ashworth, and Scott Ginn.  We also agree to inform Plaintiffs if additional persons at Amedisys become involved in the divestiture, though we do not agree that anyone that becomes "involve" according to your definition should automatically be designated as an additional custodian.  Nonetheless, we agree to inform you should anyone new qualify.  We will revert separately on your proposal regarding the interrogatory responses.

Finally, we are working to respond on the issues raised regarding the priv log and Instruction No. 11, and, as you indicate, will do so this week.

Thanks,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>
**Sent:** Friday, March 7, 2025 11:00 AM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

**\*\*\* External Email \*\*\***

Preston,

Thank you for speaking with us yesterday regarding two "open issues" from my February 27th email below, as well as several other items and issues.  A summary of our call is below.

Amedisys stated that rolling productions of documents for the agreed-upon custodians would commence this week, and follow a weekly—or at least bi-weekly—cadence.

With respect to placing timelines on the designation of the three "additional custodians" (Open Issue #1), we agreed to negotiate a timeline by which all documents for the three "additional custodians" would be fully produced 6-8 weeks before the close of discovery (July 15th).  We agreed that such a framework would be most effective if it included (a) a timetable for Amedisys to complete its production of documents for the 50 agreed-upon custodians; (b) a deadline by which Plaintiffs would thereafter identify the potential "additional custodians," and (c) a subsequent deadline by which Amedisys would produce documents for the "additional custodians."  Amedisys agreed to send Plaintiffs a proposed framework relating to (a)-(c) early next week.

We also discussed Amedisys's plan to delay custodial document productions for Keith Blanchard given the possibility of a stay for Count II (Open Issue #2). Plaintiffs requested that Amedisys promptly move forward with the production if the motion for stay is not granted within 7-10 days after completion of briefing. Amedisys stated that it would follow-up with Plaintiffs on this request, and that the issue may ultimately blend with the proposed the timeline on the completion of initial custodian productions under Open Issue #1.

Amedisys confirmed that "search terms" (rather than a TAR model) will being used to search the documents of Keith Blanchard, Rachel Hogan, and Jennifer Guckert Griffin. Plaintiffs requested that Amedisys make the list of search terms available to Plaintiffs before they are applied to the collection of documents for these three custodians. Plaintiffs further requested that Amedisys apply these search terms to document collections for Richard Ashworth, Nicholas Muscato, and Scott Ginn.

Additionally, we also discussed establishing a framework for Amedisys's refresh of divestiture-custodian documents and rolling responses to Interrogatory No. 4. As discussed on the call, Plaintiffs propose the following:

- Plaintiffs propose that Amedisys make two refresh productions for divestiture-related custodians:
  - A production on April 15, 2025, that reflects documents collected from divestiture custodians through March 31, 2025;
  - A production on May 30, 2025, that reflects documents collected from divestiture custodians through May 15, 2025;
  - Plaintiffs reserve the right to seek additional productions of divestiture documents if the divestiture buyer(s), assets, divestiture agreements, or other material terms of the divestiture change after May 15, 2025;
  - We also request that Amedisys agree to inform Plaintiffs if additional persons at Amedisys become involved in the divestiture. Although we have not yet proposed this to UnitedHealth—though intend to—we propose that an Amedisys employee be considered "involved" in the divestiture if they either (1) regularly spend at least 5 hours or more per week working on divestiture-related assignments; (2) are included on any lists that Amedisys has compiled since January 1, 2025 to track Amedisys employees who are assigned to work on the divestiture or (3) are included on any email listservs specifically dedicated to the divestiture process.

- Plaintiffs propose that Amedisys supplement its interrogatory responses related to the divestiture on the following schedule:
  - On April 2, 2025 (covering updates through March 31, 2025);
  - On May 5, 2025 (covering updates through May 1, 2025);
  - On an as-needed basis thereafter, promptly in response to any material change to Amedisys's responses.
    - Plaintiffs are willing to consider regular updates that continue beyond May 5, 2025, if Amedisys expects that its divestiture responses are likely to materially change on a frequent basis after May 1, 2025.

Finally, Amedisys stated that it would follow up next week on open issues concerning Amedisys's privilege log fields—specifically with regard to "[the] magnitude and burdens associated with omitting documents that are to, from, or copying attorneys from Simpson Thacher & Bartlett LLP or Paul, Weiss, Rifkind, Wharton & Garrison LLP from the privilege log." (*See* Letter from P. Miller to S. Ali, dated February 26, 2025 at 2). Amedisys also will follow up with Plaintiffs next week regarding its Objection to RFP Instruction No. 11 (*see* Letter from P. Miller to S. Ali, dated February 26, 2025 at 2).

Thank you for your engagement and cooperation. Please let us know if there is anything we did not capture from our discussion.

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Thursday, February 27, 2025 8:11 PM
**To:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Serj – thank you for the call and for this summary. We will review and let you know if we believe any further clarifications are necessary.

Best,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>
**Sent:** Thursday, February 27, 2025 6:00 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

Thank you for speaking with us today to follow up on our February 25, 2025 email and your February 26, 2025 response.

During the call, we acknowledged that three open issues remain with regard to custodian negotiations (discussed further below). Despite these issues, we are confirming our agreement to the terms outlined in the bullet points in your February 26, 2025 email below, with the additional understanding that Plaintiffs will be permitted to request up to 100

named files from SharePoint and network drives to the extent that they are not produced from SharePoint and network drive custodians. With this agreement, and as agreed-upon during the call, Amedisys can begin its rolling production of documents for the custodians identified in our February 25, 2025 letter—starting with the 27 Priority Custodians. Amedisys stated that it is aiming to have a first production of documents for Priority Custodians delivered to Plaintiffs next week.

With respect to TAR review, our respective sides also resolved outstanding issues highlighted in the email from G. Ambrogio to P. Miller and D. Owsley, dated February 21, 2025. We agreed that Amedisys would not need to re-train a finalized TAR model for "additional custodians" named after the TAR model is finalized. Instead, you clarified that Amedisys would begin a rolling production starting with documents that were highly scored within the TAR model, and that Amedisys would thereafter continue training the TAR model until the documents from all initial custodians were collected.

During the call, we discussed three "open issues," which we agreed would not prevent rolling document productions from commencing: (1) placing time limitations on the designation of the three "additional custodians" (referenced in the last three bullet points of your February 26, 2025 email); (2) Amedisys delaying the processing of documents from Keith Blanchard—a Priority Custodian that relates to Count II of the complaint—during the pendency of the motion to stay Count II of the Complaint ; and (3) the issue of responsive documents that KLDiscovery and Paul, Weiss might possess, and their associated privilege and confidentiality— as discussed in the Letter from S. Ali to P. Miller, dated February 20, 2025 at pgs. 5-6, and the Letter from P. Miller to S. Ali dated February 26, 2025, at pg. 4.

With respect to issue (1), you raised the concern that late designation of "additional custodians" could potentially delay the current discovery end-date listed in the CMO; in turn, we observed that Plaintiffs' ability to designate additional custodians would hinge on the timely production of documents for the initial custodians. Our respective sides decided to discuss this further to develop guidelines to protect both sides' interests.

As for issue (2), given the uncertainty regarding when the motion to stay Count II might be decided, we are concerned about a delay tied to a decision on the motion. Our respective sides agreed to discuss this issue further.

Finally, our respective sides agreed to delay further discussion on issue (3) until the motion to stay Count II is decided.

Thank you for your engagement and cooperation.

Serj

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Wednesday, February 26, 2025 9:21 PM
**To:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Serj,

Thanks for your email.  I think we are largely in agreement.  Please see below summarizing, and let us know if helpful to discuss again.

- **Predecessors/Successors:** We agree that collections will include predecessors/successors where applicable.

- **"Category 1" Custodians:** We agree that this will include Emails, Teams Chats, Teams Channels, and OneDrive.

- **Total Custodians:** We agree to the 50 custodians you have listed + 3 additional based on review of the materials produced.  For any of the additional 3 that may be later designated, we will expect Plaintiffs to be able to articulate a good faith explanation as to why there is reason to believe they will have responsive documents.  Any such individuals later added will be limited to Emails, Teams Chats, Teams Channels and OneDrive, unless addressed in the Text or SharePoint/Network Drive sections below.  For any such additional individuals, we would not retrain the TAR model to account for their documents.

- **Text Messages:** We agree to the 13 custodians you have listed + 3 additional, to the extent there are responsive texts to collect.  For any of the additional 3 that may be later designated, we will expect Plaintiffs to be able to articulate a good faith explanation as to why there is reason to believe they will have responsive text messages.

- **SharePoint and Network Drives:** We agree to the 12 custodians you have listed + 3 additional, again to the extent there are responsive documents to collect.  For any of the additional 3 that may be later designated, we will expect Plaintiffs to be able to articulate a good faith explanation as to why there is reason to believe they will have responsive SharePoint sites.  For any such additional individuals, we would not retrain the TAR model to account for their documents.


Regarding TAR: we look forward to discussing further tomorrow.  To preview for you, based on where we are with collections and processing, and your stated desire to receive rolling productions starting as soon as possible, we are willing to begin our productions from the priority custodians in the near term before our TAR model has been finalized.  As we have mentioned, we are reluctant to produce documents that a preliminary TAR model has categorized as responsive which may be deemed non-responsive by the final model.  To mitigate that risk, we plan to initially produce the highest scoring documents which are least likely to shift in responsiveness to the extent that they do not implicate privilege concerns.  We will aim to make our first production late next week.  From there, we will continue to roll in productions of documents from our priority custodians to the extent additional high-scoring documents are identified.  Once we have finished the required interviews and collected from the various data sources discussed above (SharePoint, Network Drives, etc.), we can finalize the model and produce the lower-scoring documents.


Thanks,
Preston

_____

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

_____

**From:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>
**Sent:** Tuesday, February 25, 2025 9:14 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;

jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>

**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

Thank you for speaking with us today regarding document collection custodians for Amedisys.

While we disagree with several of the characterizations included your February 19, 2025 email below, in an effort to advance our negotiations, I am writing to follow up on our custodian counter-proposal, which corresponds with the four numbered points in your email.

Although not explicitly discussed on our call, to be clear, we wanted to state that we understand that collection from agreed upon custodians would include predecessors and successors if applicable, and even if predecessors/successors are not specifically listed in the charts below.

As part of our counter-proposal, you confirmed that Amedisys has, and will continue to adhere to its document preservation obligations even as to individuals that are not included among our agreed-upon custodians.

For Category "1. Emails, Teams, and OneDrive," Amedisys confirmed that the reference to "Teams" collection is intended to include Teams chats. Accordingly, we are willing to agree to 50 custodians, provided that Amedisys agrees to produce Emails, Teams, and OneDrive documents for (i) any additional custodians related to the evolving divestiture (i.e., people who become involved in the divestiture in the future) and (ii) up to 3 additional non-divestiture custodians of Plaintiffs' choosing, based upon review of the materials that will be produced.

To reduce our request to 50 custodians, we would remove the following individuals from our prior list of 56 custodians:

| No. | Name | Title |
|-----|------|-------|
| | **Custodians to be Removed** | |
| 1 | Davis, Barbara "Nikki" | Vice President, Palliative Care Programs |
| 2 | Difraia, Kelly | Talent Acquisition Manager – Home Health |
| 3 | Galbierz, Andrew | Senior Vice President, Managed Care – Home Health |
| 4 | Jarman, Drake | Senior Vice President, Growth – Hospice |
| 5 | Johnson, Anessa | Senior Vice President, Growth – Home Health |
| 6 | Schrauf, Sandra | SVP Transformation |

With respect to Category "2" (Text Messages), we cannot agree limit our request for text messages to 10 custodians. However, we can agree to 13 initial text message custodians if Amedisys agrees that Plaintiffs can choose up to an additional 3 text message custodians, based upon review of the material that will be produced. Our list of

proposed initial text message Custodians is below, and we note that 3 individuals were custodians for the Second Request, which we understand reduces the collection burden for those three individuals significantly:

| Text Message Custodians | | |
|---|---|---|
| No. | Name | Title |
| 1 | Abraskin, Geoffery | President, Hospice |
| 2 | Carmicle, Eboni | Vice President, Business Development - Home Health |
| 3 | Garmany, Sharon | Area Vice President, Operations - Hospice |
| 4 | Gregory, Jemia | Area Vice President, Operations - Home Health |
| 5 | Kidd, Nyda | Area Vice President, Operations - Home Health |
| 6 | Lasater, Josh | Area Vice President, Operations - Hospice |
| 7 | Lawrence, Kay | Area Vice President, Business Development - Home Health |
| 8 | Oravetz, Cami | Vice President, Operations - Home Health |
| 9 | Thompson, Regarner | Senior Vice President, Operations - Hospice, South |
| 10 | Ward, Kim | Talent Acquisition Manager - Hospice |
| 11 | Weber, Wendy | Area Vice President, Business Development - Home Health |
| 12 | Wilson, Zach | Talent Acquisition Director - Home Health |
| 13 | Yardley, Danielle | Area Vice President, Operations - Hospice |

As for Category "3. SharePoint and Network Drives," we can agree to limit our request to 12 initial custodians provided that Amedisys also agrees to (i) provide SharePoint and Network Drive files for up to 3 additional custodians of Plaintiffs' choosing, based upon review of the materials that will be produced, and (ii) produce up to 100 named SharePoint or Network Drive files identified by Plaintiffs, to the extent those files are not included in the productions for any of the designated custodians. We understand that to accommodate the reservation of 3 names for later designation, Amedisys requests that any agreed-upon TAR model would not need to be "re-trained" for the addition of those custodians. We will be prepared to respond to that request during our ongoing TAR model discussions, which we understand will resume this week pending additional updates from Amedisys. Please let us know if there is a time on Thursday the 27th that works to continue our discussions.

Listed below are the initial 12 custodians we propose to designate for SharePoint and Network Drive collection:

| SharePoint/Network Drive Custodians | | |
|---|---|---|
| No. | **Name** | **Title** |
| 1 | Ashworth, Richard | Chief Executive Officer |
| 2 | Brewer, Jennifer | Vice President, Business Development - Hospice |
| 3 | Crapanzano, Matthew | Director, Mergers & Acquisitions |
| 4 | Eades, Justin | Vice President, Business Development - Hospice |
| 5 | Ginn, Scott | Chief Financial Officer/Chief Operating Officer |
| 6 | Muscato, Nicholas | Chief Strategy Officer |
| 7 | Nebelski, Stephanie | Vice President, Operations - Hospice |
| 8 | Oravetz, Cami | Vice President, Operations - Home Health |
| 9 | Safer, Sandy | Director of Payor Contracting - Home Health |
| 10 | Sims, Jason | Vice President, Clinical Practice - Home Health |
| 11 | Ward, Kim | Talent Acquisition Manager - Hospice |
| 12 | Wilson, Zach | Talent Acquisition Director - Home Health |

Finally, our respective sides had previously agreed that Category "4" (Hard Copy Documents) would be limited to 4 custodians:  Richard Ashworth, Geoffrey Abraskin, Scott Ginn, and Amy Moss.

We have attached a separate chart summarizing the categories of custodians in our counter-proposal, which also specifies Priority Custodians in addition to the four categories in your email.

We look forward to your response.  Plaintiffs reserve all rights.

Serj

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Wednesday, February 19, 2025 11:45 PM
**To:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;

jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>

**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Serj,

Thank you for the discussion last Friday and for your emails on Sunday and Tuesday.  We appreciate the efforts Plaintiffs have made to narrow your custodian list and the good discussion we have had around different document types and differentiated treatments, etc.  We wanted to provide a little more context before responding to your proposal.

First, we observe the minimal overlap that exists between DOJ's proposed litigation document custodians and your Second Request investigation custodians.  Indeed, of the 38 Second Request custodians, only 14 appear on this list.  Conversely, of these 55 proposed custodians, only 14 were Second Request custodians.  This is significant because "new" custodians are dramatically more burdensome and costly to collect and produce documents from: for "back-end" documents (Emails, Teams) alone, KLDiscovery estimates over $300,000 per person in onetime costs, plus monthly fees.  In other words, we estimate that DOJ's proposed list would cost over $12 million to collect and produce.  The lack of overlap between Second Request and litigation custodians is surprising.  What DOJ's list seems to amount to is a proposed "do-over" of document discovery, in an attempt to find documents supporting DOJ's speculative theories given that the Second Re-quest produced a dearth of such evidence.  This cannot be justified given the burdens described above.

Second, we want to clarify that as between text messages and hard copy documents, the costs for text messages alone for "new" custodians are anticipated to cost approx. $80,000 per custodian, based on the Second Request.  Hard copy collections are anticipated to cost approx. $10,000 per custodian.  And again, your list of proposed phone custodians consists almost entirely of "new" phone collections (at least 13/17), costing over $1 million for cell phone collections alone.  As we previously articulated, this is unacceptable given the tiny fraction of text messages that are actually responsive, and taking into account the fact that cell phones are personal devices and the invasion into personal privacy that cell phone collections represent.

Third, regarding SharePoint and network drive collections: those would require an interview with the relevant custodian to identify the relevant SP sites and network drive folders, and then could be collected on the back end, without further business disruption.  That said, these sources contain massive amounts of data (terabytes upon terabytes), and the vast majority of our productions from SP and network drives would comprise files that custodians do not access regularly and would be collateral to the actual responsive documents, again, at great cost to Amedisys.

Taking the above into account, Amedisys would be prepared to agree to the following:

1.  Email, Teams, and OneDrive collections for 50 custodians, which already would cost Amedisys over $10 million (a conservative estimate based on "new" custodians only).  No ability to add more custodians.  The difference between 50 and 55 could cost Amedisys up to $1.5 million dollars, which cost is not reasonable or justifiable in the circumstances.

2.  Phone collections for 10 custodians of the Division's choosing.  Amedisys is unwilling to provide phones for more than 10 custodians given the enormous cost and miniscule responsiveness rate for phone collections in the Second Request.

3.  SharePoint and Network Drives for 15 custodians of the Division's choosing.

4.  We agree to hard copy collections for the 4 custodians Plaintiffs have quested.

Finally, in terms of your question about whether there are any other data sources we would need to discuss: we can confirm that the only pertinent Amedisys data sources are SharePoint, Network Drives, Hard Copies, and Mobile devices.

We'll respond separately regarding the feasibility of a separate TAR model for your proposed 27 priority custodians, which we continue to evaluate with KLDiscovery.

We look forward to discussing this with you further, however we note that we are likely comfortable holding firm on the parameters articulated in points 1-4 above, given the expansive discovery already taken on Amedisys at the cost of tens of millions of dollars and the comprehensive and very costly nature that the above limitations still permit.

Best,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>
**Sent:** Tuesday, February 18, 2025 6:25 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

I am writing to follow up on two issues raised in our call on February 14th.

During that call, you described some challenges surrounding Amedisys's collection and production of documents from Amedisys's Sharepoint and network drive folders.  Since the call, Plaintiffs have attempted to think through ways to limit the collection of documents from these workspaces, but were unable to find a well-reasoned and consistent approach—particularly insofar as we do not have the same knowledge or visibility into these systems as Amedisys does.  Nonetheless, we appreciate that a key goal of this discussion should be to limit the collection of documents from Sharepoint/network drive folders that custodians use in the ordinary course, as opposed to the broader categories of folders that they have mere *access* to.

To advance this discussion, we request that Amedisys (1) provide a proposal on how to limit collections from these workspaces, (2) provide further detail regarding how Sharepoint and Amedisys's network drives are structured and (3) provide any information regarding differences in employees' access to Sharepoint/network drive folders (e.g., whether lower-level custodians—like Area Vice Presidents, and Talent Acquisition Managers—have more restricted access to these workspaces than the more senior-level employees).

Additionally, as a follow-up to Friday's call, we are confirming that we have no objections to use of separate TAR model for 27 "Priority Custodians" that we identified in our January 30, 2025 email, and request that Amedisys begin producing documents for these Priority Custodians as soon as practicable. That said, we would like to have a follow-up discussion on how the model would eventually be expanded to include any remaining agreed-upon or Court-ordered custodians. Specifically, we'd like to confirm whether Amedisys would further train the model after it is expanded, and whether Amedisys will perform an additional elusion test (i.e., null review) at that time. We would be happy to arrange a call between our tech teams on these points. Nonetheless, we do not envision these questions or discussions delaying Amedisys training and deploying an initial TAR model for the 27 Priority Custodians.

Thanks,

Serj

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Sunday, February 16, 2025 2:12 PM
**To:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Serj – Thanks for the note, and for getting back to us over the weekend. We will review and revert to you as soon as we can.

Best
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>
**Sent:** Sunday, February 16, 2025 10:54 AM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

Thank you for speaking with us again on Friday.

I am writing to outline our counter-proposal to your February 10, 2025 email below (i.e., with regard to your points corresponding to the titles "First," "Second," "Third," and "Fourth"), as well as other topics that we discussed during Friday's call.

With respect to your "First" category below, we can remove Sandra Schrauf as you requested, but cannot agree to the remaining requests for this category.   As we discussed, the significance of Palliative Care is referenced in ¶ 40 of the Complaint and is an issue in this case, so we cannot agree to remove Barbara Davis.  Moreover, as illustrated in Andrew Galbierz's deposition, we understand that both Brian Eber and Sandy Safer are involved in regional and geography-specific contracting with payers, and we believe the dynamics underlying their documents would not be fully captured by those of Kim Thevenot.  We also confirmed on the call that we are seeking documents for both Zach Wilson, and Kelly Difraia—and that our removal of Justin McLoryd was an attempt to compromise on this point.

As for the "Second" category, as illustrated in Kerry Moorer's deposition testimony, we understand that Operations AVPs help to manage care center capacity, oversee local care center operations, and oversee issues relating to clinician hiring and turnover, among other things.  We believe these functions are probative to the allegations raised in our complaint, and we have already trimmed the number of Operations custodians significantly compared to our original list.  Accordingly, we cannot agree to further remove Operations custodians.

Regarding the "Third" category, we proposed limiting any future additions to the custodians list to new Divestiture related custodians, and 5 additional (non-divestiture) custodians based on review of the productions for the initial group of custodians (for which an agreement has not yet been reached).  To be clear, we would not seek hard copy documents, text messages, and voicemails/messages for these 5 additional custodians.

With respect to the "Fourth" category, we proposed limiting manual collections as follows.  We would request (1) hard copy documents from only 4 custodians (Richard Ashworth, Geoffrey Abraskin, Scott Ginn, and Amy Moss), and (2) text messages for 17 custodians—with the option to receive text messages for up to 5 additional custodians based on the review of the text messages of the initial 17 text message custodians.  We list our proposed text message custodians below.  Although not part of our counter-proposal, based on our discussion on Friday, our respective sides are considering whether to agree that voicemails/messages will be limited to text message custodians.

Your February 10, 2025 email also indicated that unless otherwise agreed to for specific custodians, "Amedisys would produce only Office-365 environment documents that can be collected on the 'back-end:' emails, Teams Chats, and Teams channels."  During Friday's call, we further discussed this point—especially insofar as it related to the collection of documents from "Sharepoint" and "network drive" files for custodians.  You indicated that both "Sharepoint" and the local "network drives" can both be accessed by KLDiscovery remotely.  You raised concerns, however, about the difficulty in collecting documents from Sharepoint, particularly given that some custodians might have access to company-wide SharePoint sites (comprising up to terabytes of data) that they don't actually access in the ordinary course.  You indicated that costly and time-consuming interviews of each custodian would be required to determine which SharePoint sites a custodian actually uses, and to ensure that the custodial productions only included files from such sites.  With respect to network drives, you raised similar concerns, but acknowledged that collection from network drives would not be as difficult as from Sharepoint.  Our respective sides will discuss Sharepoint and network drives further. Though we did not discuss this on the call, we request that Amedisys confirm whether its February 10, 2025 proposal relating to "back end" collections intended to exclude any other categories of documents (e.g., any other documents from other shared or collaborative workspaces apart from SharePoint or network drives).

13

Finally, on Friday's call, we re-visited the idea of producing documents on an expedited basis for the 27 priority custodians that Plaintiffs identified on January 30, 2025 and briefly discussed the feasibility of using a separate TAR model to facilitate production with respect to priority custodians.  Our respective sides will also discuss that further.

We look forward to continued discussions with your team.

Thanks,

Serj

**List of Proposed "Text Message Custodians"**

| Name (*Successor*) | Title |
|---|---|
| Amruso, Andrew | Vice President, Operations - Home Health |
| Ashworth, Richard | Chief Executive Officer |
| Blanchard, Keith | Chief Technology Officer |
| Brewer, Jennifer (*Ignacio Quinones*) | Vice President, Business Development - Hospice |
| Carmicle, Eboni | Vice President, Business Development - Home Health |
| Difraia, Kelly | Talent Acquisition Manager - Home Health |
| Eades, Justin | Vice President, Business Development - Hospice |
| Fowler, Heather | Talent Acquisition Manager - Hospice |
| McCormick, Jennifer | Vice President, Business Development |
| Moorer, Kerry | Vice President, Business Development - Home Health |
| Muscato, Nicholas | Chief Strategy Officer |
| Nebelski, Stephanie | Vice President, Operations - Hospice |
| Oravetz, Cami | Vice President, Operations - Home Health |
| Shelton, Elissa | Vice President, Business Development - Home Health |
| Stevens, Andrea | Vice President, Business Development - Home Health |
| Ward, Kim | Talent Acquisition Manager - Hospice |
| Wilson, Zach | Talent Acquisition Director - Home Health |

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Monday, February 10, 2025 8:13 AM
**To:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;

saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Serj – Thank you for your email regarding custodians.  We have reviewed the list of 56 proposed custodians you have provided and discussed with Amedisys and have the following feedback.

_First_, we would request the following changes, for the reasons described below:

1. **Remove Sandra Schrauf.**  Her role is focused on identifying tools to improve day-to-day efficiency, and possible new partnerships or business strategies that fall outside the scope of the relevant product markets at issue in this case.

2. **Remove Barbara Davis.**  As VP of Palliative Care Programs, we do not understand why she has been included in your list.  Palliative Care is a separate division, outside of Home Health and Hospice, and not at issue in this case.

3. **Remove Zach Wilson:** You agreed to remove his counterpart Justin McLoryd and are requesting the relevant Talent Acquisition Manager that reports to him.  We believe Kelly Difraia would be sufficient.

4. **Replace Brian Eber and Sandy Safer with Kim Thevenot.**  Brian and Sandy are primarily responsible for day-to-day administration of contracts and are not involved in competing for or negotiating them.  We believe Kim Thevenot is more likely to have relevant documents.

_Second_, we do not understand Plaintiffs' continued insistence on including _Operations_ AVPs.  As we described previously, AVPs within the "Operations" function (as opposed to the Business Development function) are unlikely to possess responsive documents.  AVPs of Operation are more involved in the administrative operation of the office and managing logistics, and do not have involvement in or knowledge of local competitive dynamics.  By my count, your list contains seven AVPs across the Home Health and Hospice organizations.  Given the large number of AVP Ops custodians you propose and the fact that they are new custodians (vs. the Second Request) and therefore the burden of collection, review and production would be far greater than a Second Request custodian, we believe Plaintiffs should provide some compelling justification for their inclusion, and so far, no justification has been provided at all.  Please explain what you are specifically believe you will receive from these custodians that is not available elsewhere through less burdensome means, and how it is of importance to this case, or else remove them from your list.

_Third_, we are concerned by the possible suggestion that this may not be a final list, and that Plaintiffs may "assess [Amedisys'] position" once we produce the relevant documents and could at that time insist on the addition of more custodians.  We are engaging in these discussions with the expectation that any list we agree will be the final list of custodians from whom documents are produced in response to Plaintiffs' First RFPs.

_Fourth_, we believe that documents requiring a "manual" collection, involving a custodian interview and in many instances a subsequent in-person visit—e.g., cell phones/text messages, and hard copy documents—should only be produced for a very limited number of custodians.  There are numerous reasons why this position is reasonable and defensible.  For example, Plaintiffs' proposed custodian list, by your own explanation, focuses on "local" custodians.  Given the disparate geographic locations of the various AVPs and other custodians Plaintiffs are requesting, conducting in-person collections for all custodians would require dozens of flights, could take weeks to accomplish, and would result in immense cost.  Furthermore, these document types are often not able to be machine-reviewed and require manual review of every single message or page, dramatically increasing the burden vs. other electronic document types.  And, despite the significant burden involved in collecting and reviewing them, these types of document sources are unlikely to yield material numbers of responsive documents.  During the Second Request, for instance, less than 1% of text messages collected were responsive: Amedisys reviewed _over 3 million text messages_ and produced only 25,534 responsive texts.  And, text messages and hard copy documents _combined_ comprised _less than 2% of pages_ produced to the Department of Justice.  Considering the above, Amedisys would be willing to conduct "manual" collections for _five_ custodians of Plaintiffs' choosing.  For all other custodians, Amedisys would produce only Office 365-environment documents that can be collected on the "back-end": emails, Teams Chats, and Teams Channels.

We look forward to discussing this further with you once you have digested the above.

15

Best,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>
**Sent:** Wednesday, February 5, 2025 4:08 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>;
Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR)
<Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

As an initial matter, I wanted to respond to a couple of points in your January 30th email below. We do not believe our
initial custodian proposal was "dramatically overbroad" or disproportional under Rule 26. Moreover, we do not believe
that other cases are a reliable benchmark for determining the appropriate number of custodians in this case—especially
given the number of theories and local markets at issue.

We also cannot commit to only receiving documents from either Vice Presidents *or* Area Vice Presidents. Some
evidence from our investigation—such as testimony from Keery Moorer regarding the Operations and Business
Development team structures—clearly demonstrates that the documents of Vice Presidents and Area Vice Presidents
would not be overly duplicative. Even so, as we discussed on the January 31st call, we believe the production of
documents from some combination of both positions is appropriate for us to more thoroughly assess your position.

That said, in the interests of building on the progress that has been made, we would like to focus on the proposal we
previewed on the January 31st call. In formulating this proposal of 56 custodians, we considered the parameters you
raised in your January 30th email and on the January 31st call. While we recognize that our proposal may not meet all the
parameters you suggested, we hope it can lead to an agreement on custodians.

Our revised list of proposed custodians is below.

We look forward to discussing it with your team.

Thanks,

16

| # | Name (*Successor*) | Title |
|---|---|---|
| 1 | Abraskin, Geoffery | President, Hospice |
| 2 | Amruso, Andrew | Vice President, Operations - Home Health |
| 3 | Ashworth, Richard | Chief Executive Officer |
| 4 | Becher, Shannon (*Tanya Champion*) | Area Vice President, Operations - Hospice |
| 5 | Blanchard, Keith | Chief Technology Officer |
| 6 | Brewer, Jennifer (*Ignacio Quinones*) | Vice President, Business Development - Hospice |
| 7 | Burnett, Rebecca | Area Vice President, Business Development - Home Health |
| 8 | Carmicle, Eboni | Vice President, Business Development - Home Health |
| 9 | Crapanzano, Matthew | Director, Mergers & Acquisitions |
| 10 | Davis, Barbara "Nikki" | Vice President, Palliative Care Programs |
| 11 | Dearth, Ginger | Area Vice President, Business Development - Home Health |
| 12 | Difraia, Kelly | Talent Acquisition Manager - Home Health |
| 13 | Eades, Justin | Vice President, Business Development - Hospice |
| 14 | Eber, Brian | Director of Payor Contracting - Home Health |
| 15 | Egle, Darrell | Area Vice President, Business Development - Home Health |
| 16 | Fowler, Heather | Talent Acquisition Manager - Hospice |
| 17 | Franklin, Caitlin | Acting Chief People Officer |
| 18 | Galbierz, Andrew | Senior Vice President, Managed Care - Home Health |
| 19 | Garmany, Sharon (*Scott Nason*) | Area Vice President, Operations - Hospice |
| 20 | Ginn, Scott | Chief Financial Officer/Chief Operating Officer |
| 21 | Gregory, Jemia | Area Vice President, Operations - Home Health |
| 22 | Guckert Griffin, Jennifer | General Counsel |
| 23 | Hogan, Rachel | Senior Counsel |
| 24 | Hoosier, Sarah | Director of Operations (Vienna, WV) |
| 25 | Jahn, Brenda | Area Vice President, Business Development - Home Health |
| 26 | Jarman, Drake | Senior Vice President, Growth - Hospice |
| 27 | Johnson, Anessa | Senior Vice President, Growth - Home Health |
| 28 | Jones-Morway, Amie | Area Vice President, Operations - Home Health |
| 29 | Kanwisher, Johnna | Area Vice President, Business Development - Home Health |
| 30 | Kidd, Nyda | Area Vice President, Operations - Home Health |
| 31 | Kmiec, Mindy | Area Director of Operations |

| 32 | Kusserow, Paul | Amedisys Board Chairman |
|----|----------------|-------------------------|
| 33 | Lasater, Josh (*Stephanie Bondi*) | Area Vice President, Operations - Hospice |
| 34 | Lawrence, Kay (*Chevelle Donkor-Beckett*) | Area Vice President, Business Development - Home Health |
| 35 | Mashburn, Billie | Area Vice President, Business Development - Home Health |
| 36 | McCormick, Jennifer | Vice President, Business Development |
| 37 | Moorer, Kerry | Vice President, Business Development - Home Health |
| 38 | Morris, Lafonda | Area Vice President, Business Development - Home Health |
| 39 | Moss, Amy | Senior Vice President, Clinical Operations, Hospice and Palliative Care |
| 40 | Muscato, Nicholas | Chief Strategy Officer |
| 41 | Nebelski, Stephanie | Vice President, Operations - Hospice |
| 42 | Oravetz, Cami | Vice President, Operations - Home Health |
| 43 | Plummer-Prince, Rochelle | Area Vice President, Business Development - Home Health |
| 44 | Ramey, Gerald | Area Vice President, Business Development - Home Health |
| 45 | Safer, Sandy | Director of Payor Contracting - Home Health |
| 46 | Schrauf, Sandra | Senior Vice President, Transformation |
| 47 | Shelton, Elissa | Vice President, Business Development - Home Health |
| 48 | Sims, Jason | Vice President, Clinical Practice - Home Health |
| 49 | Sims, Lawrence | Area Vice President, Business Development - Home Health |
| 50 | Stevens, Andrea | Vice President, Business Development - Home Health |
| 51 | Thompson, Regarner (*Laura Scripp*) | Senior Vice President, Operations - Hospice, South |
| 52 | Ward, Kim | Talent Acquisition Manager - Hospice |
| 53 | Weber, Wendy | Area Vice President, Business Development - Home Health |
| 54 | Wilson, Deana | Senior Vice President, Operations - Hospice, North |
| 55 | Wilson, Zach | Talent Acquisition Director - Home Health |
| 56 | Yardley, Danielle | Area Vice President, Operations - Hospice |

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Saturday, February 1, 2025 4:43 PM
**To:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley,

Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR)
<Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Serj,

Thanks for the email.  We look forward to receiving Plaintiffs' responsive custodian proposal.  As we discussed, we hope
Plaintiffs do not view 60 custodians as a "target" to hit but rather apply thoughtful principles taking into account the
burden each incremental custodian imposes on Amedisys (from the perspective of document collections; privilege
review; hosting and production expense; and so on) and provides a counter-proposal as narrowly tailored as you believe
possible.  We will try to provide responses to the other questions in your email early next week.

Thanks,
Preston

---

**From:** Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>
**Sent:** Friday, January 31, 2025 9:41 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>;
Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Wood, Abigail (ATR)
<Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

**\*\*\* External Email \*\*\***

Preston,

Again, I wanted to thank you and the rest of Amedisys team for your engagement in these discussions about custodians,
as well as the progress we have made in narrowing our differences.

While we intend to follow-up next week on additional points that you raised in your email below, I wanted to summarize
the major points discussed in our call today so that we can continue to build on our progress.

Given the differences that remain in the positions of our respective sides, as detailed in emails, DOJ asked if Amedisys
would be willing to consider a proposal of no more than 60 custodians.  Specifically, DOJ proposed making some
substitutions to your list of 38 custodians and adding some additional custodians so long as the overall number of
custodians does not exceed 60 custodians.  We appreciate that Amedisys is willing to consider the proposal that we are
contemplating, and that Amedisys is willing to make productions on a rolling basis.  Furthermore, we understand that
your concern is not solely the overall number of custodians, but also includes avoiding duplicative custodians and the
variability of collection costs based on the level of data collection (e.g., time and costs associated with collecting texts

and hard copy documents from Area Vice Presidents).  We will take into consideration your suggestion to vary the level of data collection requested when formulating our proposal.  In light of today's discussion, DOJ will aim to formulate a proposal and share it with you by Wednesday.

While DOJ formulates a proposal, we would appreciate it if Amedisys could provide us with the additional information we cited on today's call:

- Additional information on the TAR protocol Amedisys intends to use (we understand from our discussion and from your email to my colleague Ben Able that you can provide this by Tuesday);
- Confirmation that the geographic areas associated with the proposed custodians in our January 22 list have not changed (e.g., the geographies associated with the custodians as identified in AMED-2R-00002163);
- Confirmation that there are no additional potential custodians relevant to divestiture related issues;
- Additional information on Kendall Hagood's current status as a "consultant" for the company, including whether she still has a company email account;
- Whether there are any replacement custodians for certain proposed custodians who have left their positions--Andrew Galbierz, Cynthia Shook, Drake Jarman, and Laura Scripp (specifically, for her former Vice President of Operations role);
- Confirmation that search terms will be used only for the Section 7A related issues, and only as to proposed custodians—to the extent they are subsequently agreed-upon— Jennifer Guckert-Griffin, Rachel Hogan, Monica Guidroz, Keith Blanchard, Todd Daigle, and Jon Eval;
- Confirmation of Amy Sutton-Feld's current position and supervisor;
- Additional information on Amedisys's remote work policies—including for the business development and operations teams; and
- Additional information on the sample "merger litigations" used as a benchmark for the custodian number comparison in your email below.

We look forward to continued discussions and hope to reach an agreement regarding custodians with you soon.

Best,

Serj

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Thursday, January 30, 2025 10:58 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo – We write in response to your custodian proposal of January 22.  In particular, in your email on that date, you expressed a desire to engage with Defendant Amedisys to determine the custodians who are likely to have responsive information relevant to the allegations in Plaintiffs' complaint.  We share that desire, and write to provide further information regarding various individuals and categories of individuals included in your proposal.  Ultimately, our goal is to identify a narrower group of custodians that balances Plaintiffs' interest in obtaining responsive documents

with Defendant Amedisys' protections under FRCP 26(d)(1), including the requirement that discovery be proportional to the needs of the case, considering, among other things, the parties' resources and the burden and expense of the proposed discovery.

Preliminarily, we note our view that Plaintiffs' initial proposal was dramatically overbroad; did not take into account the burden the proposal places on Amedisys; and appeared to us to be in complete disregard for Rule 26 principles of proportionality that restrain the party propounding discovery requests and prevent discovery from becoming a complete free-for-all.  Rather, the proposal seems to be an exhaustive list of anyone and everyone that Plaintiffs believe could conceivably be in possession of relevant information.  With a sample size of at least 8 merger litigations in the last decade, in many cases looking at custodian figures for both merging parties (i.e., over 10 individual custodian negotiation examples), Defendants are not aware of *any* merger case that involved even *half* the number of custodians Plaintiffs have proposed.

Furthermore, we want to address your comment that you believe the issues raised in Plaintiffs' complaint require greater discovery into the ordinary course documents connected with the local markets at issue, which are most likely to be found in the files of employees at or below the "Vice President" (VP) and "Area Vice President" (AVP) level.  As you are aware, Plaintiffs' Complaint alleges harm to competition on quality and service (Section II.C); on price (Section II.D); and to hire and retain trained professionals (Section II.E).  As Defendants have described in the past, quality and service levels are measured, evaluated, and strategically directed at the national level, not by individuals at the "local market" level.  Price likewise is either set by CMS, or in the case of Medicare Advantage, negotiated nationally, again not by individuals at the "local market" level.  Further, while recruitment efforts are aided by individuals at the "local market" level, recruitment strategy is evaluated and set nationally and regionally, and regional managers have supervisory authority over hiring at the "local market" level; those regional managers are well-familiar with the competitive conditions and strategies for recruitment in the local geographies within their purview.  We do agree that some discussion of local competitive conditions in terms of competition for *referrals* (not listed as a harm to competition in Plaintiffs' complaint) will exist in the files of VPs and AVPs, but even then we note the following:

1.  Such discussions will typically be prepared by the AVPs *for purposes of discussion with the VPs*, and therefore the relevant documents will often be found in the files of <u>both</u> the VPs <u>and</u> the AVPs.  As a result, documents need only be produced from either VPs or AVPs, not both, to capture the relevant documents.

2.  Given the above, by far the more efficient avenue to providing Plaintiffs with the documents you are seeking (setting aside their relevance to Plaintiffs' theories of harm) would be to produce documents from the files of VPs only, and not AVPs.  This approach best follows the principles of Rule 26, alleviating undue burden on Amedisys and considering the proportionality of the burden of discovery with the likelihood of producing documents of material importance to the case.

3.  In any event, both VPs and AVPs within the "Operations" function (as opposed to the Business Development function) are unlikely to possess responsive documents at all.  AVPs of Operation are more involved in the administrative operation of the office and managing logistics, and do not have involvement in or knowledge of local competitive dynamics.

That all said, we are still hopeful we can close the gap and reach agreement on the custodians from whom Amedisys would agree to collect and produce documents.  The below lists those individuals from your proposal from whom Defendant Amedisys would be willing to produce documents.  Indeed, at 38 custodians, it is nearly three times larger than our initial proposal (for comparison: a list three times smaller than Plaintiffs' initial proposal would be only 33 custodians).  Within each segment listed below, we also briefly discuss and explain the individuals included in your proposed list of custodians that we have excluded.

Finally, please note that just because an individual is listed below does not mean we are willing to collect any and all document types from them: we are willing to conduct manual collections (cell phones, hard copy, etc.) from a *small number of key custodians* most likely to have relevant documents outside the Office 365 environment (which includes

Outlook, Teams, etc.), the selection of which we are glad to discuss with you.  Further, as previewed already, not each custodian will be subjected to the TAR model trained to cover the full spectrum of Requests in the First RFP—for instance, we anticipate that relevant files for the individuals in the IT and Legal departments will be identified using narrow search terms relating to the small sub-set of Requests relevant to them.

**I. COMPANY LEADERSHIP**

We agree to include both of Plaintiffs' proposed custodians:

| NAME | TITLE | STILL IN ROLE? |
|------|-------|----------------|
| 1. Paul Kusserow | Amedisys Board Chairman | Yes |
| 2. Richard Ashworth | Chief Executive Officer | Yes |

**II. STRATEGY**

We agree to include the following individuals:

| NAME | TITLE | STILL IN ROLE? |
|------|-------|----------------|
| 3. Nicholas Muscato | Chief Strategy Officer | Yes |
| 4. Matthew Crapanzano | Director, Mergers & Acquisitions | Yes |
| 5. Carl Luther | Director of Corporate Development | Yes |
| 6. Kendall Hagood* | Senior Vice President, Operations - High Acuity Care | Yes* |

\* Now employed as a consultant rather than employee.

We have excluded the following custodians proposed by Plaintiffs:

- Sandra Schrauf, whose role in "Transformation" is to search for potential products and innovations that Amedisys might purchase, license, subscribe to, or otherwise acquire (e.g., "voice to text" technology); and
- Barbara "Nikki" Davis, whose role relates exclusively to palliative care, which is not at issue in this case.

**II. INFORMATION TECHNOLOGY**

We agree to include both of Plaintiffs' proposed custodians:

| NAME | TITLE | STILL IN ROLE? |
|------|-------|----------------|
| 7. Keith Blanchard | Chief Technology Officer | Yes |
| 8. Todd Daigle | Vice President, Enterprise Systems | Yes |

**III. LEGAL DEPARTMENT**

We agree to include the following individuals:

| NAME | TITLE | STILL IN ROLE? |
|------|-------|----------------|
| 9. Jennifer Guckert Griffin | General Counsel/Chief Legal Officer | Yes |
| 10. Rachel Hogan | Senior Counsel | Yes |

We have excluded the following custodians proposed by Plaintiffs:

- Amy Sutton-Feld, who effectively acts as a project manager for M&A activity and would not originate or possess strategic documents that are not in the possession of other custodians (e.g., within the Strategy segment, above); and
- Monica Guidroz, who implements legal holds and was not substantively involved in any issues relevant to this case.

## IV. HUMAN RESOURCES

We agree to include the following individuals:

| NAME | TITLE | STILL IN ROLE? |
|---|---|---|
| 11. Caitlin Franklin | Acting Chief People Officer | Yes |
| 12. Kim Ward | Talent Acquisition Manager - Hospice | Yes |
| 13. Heather Fowler | Talent Acquisition Manager - Hospice | Yes |
| 14. Kelly Difraia | Talent Acquisition Manager - Home Health | Yes |
| 15. Brandy Stark | Talent Acquisition Manager - Home Health | Yes |

We have excluded the following custodians proposed by Plaintiffs:

- Justin McLoryd and Zach Wilson, both Talent Acquisition Directors, who would typically only see information about recruiting on an aggregated regional basis and would not have incrementally additional documents discussing competition to recruit nurses and other skilled employees not in the possession of the relevant Talent Acquisition Managers listed above that report to them;
- Elizabeth Palermo-Hedberg, who is only involved in recruiting for corporate functions, not nurses and other skilled employees that deliver patient care; and
- The individual recruiters identified by Plaintiffs—Adam Frazier, Ashley Bankston, Tiffany Davis, Sonia Jones, and Jennifer Spruiell.  Talent Acquisition Managers, which we have included in our list above, are the best positioned employees within the HR organization to provide information on employment competition at a local level; incremental additional documents uniquely in the possession of recruiters will be administrative in nature and not accretive to the case.

## V. OPERATIONS

We agree to include the following individuals:

| NAME | TITLE | STILL IN ROLE? |
|---|---|---|
| 16. Scott Ginn | Chief Financial Officer/Chief Operating Officer | Yes |
| **HOME HEALTH** | | |
| 17. Andrew Galbierz | Senior Vice President, Managed Care - Home Health | No—no replacement |
| 18. Kimberly Thevenot | Vice President, Payor Contracting | Yes |
| 19. Jon Eval | Procurement Executive | Yes |
| 20. Anessa Johnson | Senior Vice President, Growth - Home Health | Yes |
| 21. Loraine "Lori" Bryan | Vice President, Growth Solutions - Home Health | Yes |
| 22. Cynthia Shook | Senior Vice President, Clinical Operations - Home Health | No—no replacement |
| 23. Melissa Chase | Vice President, Business Development - Home Health, Northeast Homecare West | Yes |
| 24. Kerry Moorer | Vice President, Business Development - Home Health, Northeast Homecare East | Yes |
| 25. Elissa Shelton | Vice President, Business Development - Home Health, Southeast Homecare South | Yes |
| 26. Andrea Stevens | Vice President, Business Development - Home Health, Mid-Atlantic Homecare West | Yes |
| 27. Denise Hawsey | Senior Vice President, Operations - Home Health, Central Home Health | Yes |
| 28. Jason Sims | Vice President, Clinical Practice - Home Health | Yes |

| 29. Eboni Carmicle | Vice President, Business Development - Home Health, Central Homecare East and West | Yes |
| **HOSPICE** | | |
| 30. Geoffery Abraskin | President, Hospice | Yes |
| 31. Amy Moss | Senior Vice President, Clinical Operations, Hospice and Palliative Care | Yes |
| 32. Thomas (Drake) Jarman | Senior Vice President, Growth – Hospice | No—no replacement |
| 33. Deana Wilson | Senior Vice President, Operations - Hospice, North | Yes |
| 34. Jennifer McCormick | Vice President, Business Development – Hospice, North Hospice-2 | Yes |
| 35. Justin Eades | Vice President, Business Development – Hospice, North Hospice-1 | Yes |
| 36. Regarner Thompson | Senior Vice President, Operations - Hospice, South | No—now Laura Scripp |
| 37. Jennifer Brewer | Vice President, Business Development – Hospice, South Hospice-East | No—now Ignacio Quinones |
| 38. Marjaree "Jan" Moore | Vice President, Business Development – Hospice, South Hospice-West | No—now Kimberly Sledd |

We have excluded the following custodians proposed by Plaintiffs:

- Brian Eber and Sandy Safer, who are both Directors of Payor Contracting, would not possess strategic documents that are not in the possession of Kimberly Thevenot, the VP of Payor Contracting.
- Lisa Kirker (Parker), who would not possess strategic documents that are not in the possession of Amy Moss, the Senior VP of Clinical Operations.
- For the reasons discussed above, Home Health AVPs in Business Development: Ginger Dearth, Amanda Devey, Darrell Egle, Rochelle Plummer-Prince, Johnna Kanwisher, Wendy Weber, Kay Lawrence, Brenda Jahn, Kristi Dooley, Rebecca Burnett, Billie Mashburn, Lawrence Sims, Gerald Ramey, and Lafonda Morris, who would generally not possess strategic documents that are not also in the possession of Home Health VPs of Business Development.
- For the reasons discussed above, Home Health VPs and AVPs in Operations: Christopher Worm, Jemia Gregory, Ann Racculia, Cami Oravetz, Nyda Kidd, Laura Prince, Kristin Paulk, Andrew Amruso, Todd Edgecomb, Melissa Leake, Kristi Spires, Robin Daywalt, Travis Daga, and Amie Jones-Moray, who are generally more involved in the administrative operation of the office, and generally will not have knowledge or involvement in local competitive dynamics.
- For the reasons discussed above, Home Health AVP in Clinical Practice: William Skinner.
- For the reasons discussed above, Hospice AVPs in Business Development: Greg Goss, Keena DeAngelo, and Miguel Colon, who would generally not possess strategic documents that are not also in the possession of Hospice VPs of Business Development.
- For the reasons discussed above, Hospice VPs and AVPs in Operations: Heather Prince, Mindy Kmiec, Laura Scripp, Elaine Hayes, Scott Nason, Danielle Yardley, Sarah Hoosier, Donnie Castleberry, Shannon Becher, Sharon Germany, Amy Jones, Stephanie Nebelski, and Josh Lasater, who are generally more involved in the administrative operation of the office, and generally will not have knowledge or involvement in local competitive dynamics.

To be very clear, Amedisys' position is that there is no scenario where both VPs and AVPs for the same territories should both serve as custodians. We believe VPs will provide Plaintiffs with the documents relevant to the case while observing the limitations on burden and need for proportionality required by Rule 26.

Finally, please find attached an updated version of the list of 99 custodians you sent on Jan 22, indicating which of these custodians remain in the role you identified as associated with them in your proposal, and, for those custodians no longer in the relevant role, who the current individual filling that role is (if anyone).

We look forward to discussing the above tomorrow.

Best,
Preston

24

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 30, 2025 11:33 AM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us;
bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov;
yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy
<amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-
LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

**\*\*\* External Email \*\*\***

Preston and Dan,

Ahead of our meeting regarding custodians, we are attaching a list of 27 priority custodians for whom we request
Amedisys produce documents on an expedited basis. For clarity, our position remains that the 99 custodians identified
in our January 22, 2025 email are the appropriate custodians for this suit—though we remain open to discussing and
further refining that list. The attached "expedited" list is intended to identify a starting point for the rolling production,
particularly as we negotiate the remainder of the custodians.

We are happy to discuss further during our meeting tomorrow.


Best,
Giancarlo

---

**From:** Ambrogio, Giancarlo (ATR)
**Sent:** Wednesday, January 29, 2025 12:45 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us;
bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov;
yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy
<amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-
LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Dan,

Thanks for your email. Those times still work for us – can you please circulate the dial-ins?

For the custodian list, if you have any information or materials that you would like to send us in advance that might help
us to refine our list, that would be helpful for our discussions. In particular,  we reiterate our request that Amedisys
please let us know of any changes relating to our listed custodians as soon as possible – including changes to titles, the

geographic areas associated with or covered by the position, or changes relating to the identity of the employee holding the position. We'd also welcome, in writing, any information as to why any employees should not be included on our custodian list.

Additionally, please let us know if we can schedule the Monday meeting for from 12:30pm to 2:00pm. We'd like to ensure we leave sufficient time to discuss the materials from last evening.


Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Wednesday, January 29, 2025 11:41 AM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov>; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

Assuming the windows you mentioned below still work for the Division, we would be happy to speak further about the Division's proposed custodian list on Friday, Jan 31 at 1-2 pm ET, and we could meet and confer regarding objections to the RFPs and interrogatories on Monday, Feb 3 at 12:30-1:30 pm.

I am happy to send a dial-in for both.

Very best,
Dan

---

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Tuesday, January 28, 2025 4:19 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com

**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Thanks very much Giancarlo, we'll come back as soon as we can on the times you flagged.

Best,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Tuesday, January 28, 2025 3:59 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; Wood, Abigail (ATR) <Abigail.Wood@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Daniel and Preston,

Thanks for your emails. We are double checking our calendars regarding the data call and will revert back shortly with some windows tomorrow and later this week for follow-up data calls.

Additionally, we wanted to schedule a call to discuss any questions or thoughts from Amedisys on our proposed custodian list. Do you have availability Friday between 1pm and 3pm ET for that call?

For the meet and confer regarding objections to the RFP and interrogatories, can you let me know your availability Monday, February 3 between 12:30-4:00pm?

Best,
Giancarlo

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Tuesday, January 28, 2025 3:56 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo – Just checking back in on this, as we are keen to keep the conversation(s) going without delay.

Many thanks,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Monday, January 27, 2025 5:35 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

Does the Division have any availability on Wednesday to continue today's data RFP discussion for the remaining Requests?

In addition, please let us know if any windows later this week work for the Division to meet and confer regarding objections to Requests for Production of Documents to Amedisys.

Very best,
Dan

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Owsley, Daniel
**Sent:** Thursday, January 23, 2025 8:42 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

As discussed, we plan to utilize two TAR models to identify documents responsive to the majority of the requests in Plaintiff's First Requests for Production of Documents ("RFP"). We generally describe each of those models below. Note that the documents included in each model will be limited to certain custodians, over the agreed-upon time period, and subject to any limitations in connection with data sources. In addition, the below is subject to Amedisys, Inc.'s Objections and Responses to Plaintiffs' First Request for the Production of Documents ("R&Os") and is not intended to broaden what we are agreeing to produce in the R&Os.

The first model will include document families categorized by TAR as non-responsive in connection with the Second Request. We will train this model to identify documents responsive to certain "All documents" requests included in the RFP that were not, in substance, included in the Second Request. In other words, the model seeks to identify documents that were categorized as non-responsive in connection with the Second Request which are now responsive to the broader RFP.

The second model will include documents that we collect in connection with the RFP which were not previously considered for responsiveness to the Second Request because they were outside of the Second Request time period, did not include a Second Request custodian, or otherwise. We will train this model on a broader set of "All documents" requests, including the requests that are substantively the same as those included in the Second Request.

We are likely to take a different approach with respect to requests 43 and 44, which we are still evaluating.

If you have specific questions as to the processes we will be using in connection with TAR, please let us know.

Best,
Dan

---

Daniel Owsley

29

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 23, 2025 8:28 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** Re: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Dan,

Thanks for the update.

Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Thursday, January 23, 2025 8:16:41 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com <kforrest@paulweiss.com>; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com <jsoven@paulweiss.com>; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com <julwick@kg-law.com>
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us <swalker@oag.state.md.us>; bwarren@oag.state.md.us <bwarren@oag.state.md.us>; richard.schultz@ilag.gov <richard.schultz@ilag.gov>; jennifer.coronel@ilag.gov <jennifer.coronel@ilag.gov>; john.milligan@ilag.gov <john.milligan@ilag.gov>; yale.leber@law.njoag.gov <yale.leber@law.njoag.gov>; isabella.pitt@law.njoag.gov <isabella.pitt@law.njoag.gov>; saami.zain@ag.ny.gov <saami.zain@ag.ny.gov>; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov <elinor.hoffmann@ag.ny.gov>; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

We are finalizing and will share this with you by tomorrow morning if not sooner.

Very best,
Dan

30

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 23, 2025 5:40 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Daniel,

Thank you very much. Separately, during our meeting on Tuesday you mentioned you would send us descriptions of the two proposed TAR models by today. Do you have any updates on that front?

Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Thursday, January 23, 2025 11:21 AM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

Thank you, I can send a dial in now for 12pm on Monday.

Best,
Dan

31

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 23, 2025 10:11 AM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y.
<Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

**\*\*\* External Email \*\*\***

Daniel,

We can be available Monday between 12 and 2pm ET to discuss data. If that window works on your end, can you please
circulate an invite?

Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Thursday, January 23, 2025 8:47 AM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

I apologize for the short notice, but would any times work for your team on **Friday** (or if needed Monday) for the data
call, instead of 11-12 today?

32

Very best,
Dan

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Wednesday, January 22, 2025 2:01 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Daniel,

Thanks for your email. 11-12pm ET tomorrow works for us. Would you mind circulating an invite?

Best,
Giancarlo

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Wednesday, January 22, 2025 10:53 AM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

33

With respect to your note below offering times for scheduling a call to discuss the data portions of the RFP, we are available along with Compass Lexecon on Thursday from 11-12 pm ET. Provided that still works we can send a dial-in (unless you prefer to for technical reasons).

Best,
Dan

---

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Tuesday, January 21, 2025 7:58 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; Owsley, Daniel <Daniel.Owsley@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

Thank you again for the initial meet and confer today regarding Plaintiff's First Requests for Production of Documents ("RFP"), sent to Amedisys on January 13, 2025.

During the call we discussed scheduling a meeting later this week concerning data portions of the RFP. We are available this Thursday between 11am-12:30pm ET or 3:30-5pm ET if either of those windows would work for you.

A summary of today's discussion is below:

<u>Timing:</u>

- The parties agreed that discovery opened on January 13, 2025; Amedisys will send objections by January 28, and the parties will meet-and-confer regarding objections within four days after Plaintiffs receive objections.

<u>TAR:</u>

- Amedisys confirmed that it will be using TAR to respond to the RFP; Amedisys proposes using two separate TAR models, and will send a written description of the models and associated processes to Plaintiffs within the next two days. Amedisys does not plan to use TAR for Requests 43 or 44, nor for any requests for

"documents sufficient to show." Amedisys is still considering the best approach to collect documents for these requests.

- Consistent with the approach used during the investigation preceding this lawsuit, Plaintiffs request mutual engagement on the training of the TAR models to ensure proper validation and responsiveness. Plaintiffs request the ability to review null sets, and request that Amedisys make the validation data associated with the TAR models available to Plaintiffs.

**Data:**

- Amedisys will be using Compass Lexecon to assist with data collection.
- Plaintiffs request that Amedisys discuss the format of the data with Plaintiffs, and provide samples of data responsive to data requests before producing data.
- The parties agreed to collaborate as appropriate on Plaintiffs' data requests, including with regard to arranging calls with personnel at Amedisys who are familiar with Amedisys's data systems.
- Amedisys explained that some data cannot be organized to match the requests from the RFP, and that it may not be possible to collect some data within the time period envisioned by the CMO; in some cases, Amedisys may propose producing raw data for certain requests. The parties will discuss this topic further during the upcoming data call this week and through further data discussions.

**Custodians:**

- Plaintiffs are finalizing their custodian list, and intend to send the list to Amedisys as soon as feasible and no later than tomorrow, January 22. Plaintiffs conveyed that the custodian list will be broader than the list proposed by Amedisys.
- Plaintiffs conveyed that the investigatory materials used to compile the list may be outdated, and that Amedisys should timely apprise plaintiffs of any changes relating to the positions of employees identified on the custodian list – including, but not limited to, changes to the employee who holds the position, and to the geographic area covered by the position.
- To ensure that Plaintiffs have the opportunity to select appropriate divestiture custodians, Plaintiffs request that Amedisys timely apprise Plaintiffs of any updates or changes regarding Amedisys employees that have been involved with the divestiture for this transaction. Plaintiffs reserve the right to add more custodians relating to the divestiture beyond Plaintiffs' initial custodian list—including additions that track changes in divestiture buyer, the divestiture package, or the general composition of the Amedisys employees performing functions related to the divestiture.

**Other:**

- Amedisys proposed using the date of the Complaint (Nov. 12, 2024) as the cutoff date for purposes of responding to both document and data requests contained within the RFPs. Plaintiffs cannot commit to the cutoff date at this time, as the cutoff date appears inconsistent with Instruction 15 of the RFPs. The parties can discuss further as appropriate as discovery unfolds.

Please let me know if there is anything I did not capture from our discussion.

Best,
Giancarlo

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Saturday, January 18, 2025 2:27 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Owsley, Daniel <Daniel.Owsley@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;

jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;
jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov;
saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-
LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo,

Thanks for your note.  3:30 Tuesday works for us, and we'll send an invite.  Regarding the substance of your email, we understand and had anticipated that you may propose a few additional custodians beyond those included in our list, and are happy to discuss on Tuesday.  That said, a few things about your email surprise us.

First, regarding your comment that our proposed list is smaller than the initial list proposed in the Second Request context: this is entirely consistent with our experience.  Unlike the Second Request process, the Federal Rules of Civil Procedure now apply, including their protections against discovery that presents undue burden.  We're glad to discuss, but we have observed litigation custodian lists to be materially narrower than Second Request lists for precisely this reason, and that is certainly our expectation here.

Second, more generally, we would like to note that it was DOJ, not Defendants, that pushed for the relatively short fuse that the CMO imposes on document discovery.  Already, the Feb. 12 30-day target imposed by the CMO looms large.  Particularly considering the incredibly large number of requests contained in the First RFP (72 requests, when disaggregating the compound Second Request refresh request), there are practical limitations on what we will be able to achieve within your preferred timeline, for instance in terms of the number of custodians and types of documents collected from those custodians.  We think the list we provided is both reasonably achievable and thoughtfully tailored to provide the information requested in the First RFP, including the topics identified in your email.

That all said, to the extent you would like to request or propose additional document custodians, we would be grateful if you could do so on or before our call on Tuesday, which already would leave us only 22 calendar days to collect and produce before the target deadline.

Many thanks,
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Saturday, January 18, 2025 1:16 PM
**To:** Owsley, Daniel <Daniel.Owsley@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>;
kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>;
jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>;
Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR)
<Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov;

jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>

**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

**\*\*\* External Email \*\*\***

Dan,

Thank you for the email. Our schedules have somewhat shifted since I sent my original email. Would 3:30pm ET on Tuesday work instead?  If not,  we also remain available between 2:00-3:00pm ET that day. If either of those windows work, can you please circulate an invite?

We are presently working to assemble our own list of custodians, and can provide initial thoughts on that process during our call Tuesday. We note preliminarily, however, that the list you propose entirely omits the many employees at Amedisys that have direct responsibility over and oversight for the many local markets in which Amedisys operates. We additionally note that list you propose is even smaller than the August 2023 list that Amedisys proposed when negotiating the Second Request.

While we work to assemble our own list, we can confirm that our list will include a substantial focus on more local levels of the company, which will be necessary to conduct discovery into the local competitive conditions and effects that are a key issue in this suit. In part, because of the need for discovery into local conditions, along with the discovery relating to Defendants' continually evolving divestiture package and Plaintiffs' 7A claim, our custodial list will be more extensive than the list of 14 individuals that you include below.

We look forward to discussing further on Tuesday, and can also discuss your cutoff proposal at that time.

Best,
Giancarlo

---

**From:** Owsley, Daniel <Daniel.Owsley@stblaw.com>
**Sent:** Friday, January 17, 2025 5:33 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Giancarlo,

Following back up, we are available Tuesday at 3 pm ET; we can send an invite shortly assuming that still works.  On that call we would be happy to discuss our planned approach for responding to the RFPs, including with respect to TAR and custodians.  In advance of that call, we wanted to provide you with our list of proposed document custodians for purposes of responding to the RFP, which is below.  If you are able to provide any reactions in advance of our call, that may be helpful.

1. Richard Ashworth, CEO
2. Paul Kusserow, BOD Chair, Former CEO
3. Caitlin Franklin, Acting Chief People Officer (and her predecessor, Adam Holton, Chief People Officer)
4. Scott Ginn, CFO, COO
5. Nick Muscato, Chief Strategy Officer
6. Tammy Peebles-Forest, President, Home Health
7. Anessa Johnson, SVP Growth, Home Health
8. Geoffrey Abraskin, President, Hospice
9. Kendall Hagood, SVP Operations, High Acuity Care
10. Andrew Galbierz, SVP, Managed Care
11. Carl Luther, Director of Corporate Development
12. Joseph Randy Giattino, VP Talent Acquisition
13. Jennifer Guckert Griffin, General Counsel
14. Keith Blanchard, CIO, CTO

Additionally, for your consideration, we contemplate using the date of the Complaint, i.e., Nov. 12, 2024, as the cutoff date for purposes of responding to both document and data requests contained within the RFPs. This makes them more practically manageable, and is consistent with the approach we have taken in other merger cases, including UHG/Change. We are happy to discuss that as well.

Very best,
Dan

_____

Daniel Owsley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2678
daniel.owsley@stblaw.com

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Friday, January 17, 2025 4:10 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Hi Preston,

We wanted to touch base ahead of the Holiday weekend. Do you have any updates regarding scheduling for our first meeting?

Best,
Giancarlo

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Thursday, January 16, 2025 11:08 AM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov; List-AMED-STB-LitTeam <List-AMED-STB-LitTeam@lists.stblaw.com>
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo – Thanks for reaching back out.  We've should be in a position to have a preliminary discussion at least on the RFPs by then.  We'll revert with a specific window.

Best
Preston

---

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

---

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Thursday, January 16, 2025 10:32 AM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Preston,

We would like to find some time early next week to discuss the RFPs and Interrogatories, including initial steps regarding Amedisys custodians and TAR protocols. We are available Tuesday, January 21 between 1:30pm and 4:00pm ET. Please let us know a time in that window that would work for you.

Best,
Giancarlo

---

**From:** Ambrogio, Giancarlo (ATR)
**Sent:** Tuesday, January 14, 2025 6:47 PM
**To:** Miller, Preston <Preston.Miller@stblaw.com>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Preston,

Thank you for your email and for agreeing to accept service of discovery electronically. We cannot agree, however, to exchange our preliminary witness list tomorrow, which is three months in advance of the date Plaintiffs proposed in the CMO.

We look forward to hearing from you on scheduling for our first meeting regarding the RFPs and Interrogatories.

Best,
Giancarlo

---

**From:** Miller, Preston <Preston.Miller@stblaw.com>
**Sent:** Tuesday, January 14, 2025 6:25 PM
**To:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>; kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** [EXTERNAL] RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Hi Giancarlo – We confirm receipt and agree to accept service of this and future discovery electronically in this lawsuit. Consistent with the message you will have received from United's counsel, we also agree, despite the competing provisions in the proposed CMO, to open fact discovery effective 1/13/2025. That said, we ask that Plaintiff agree to adopt the earlier of the two proposed dates in the CMO for exchanging the parties' preliminary fact witness list (i.e., Jan 15).

We will come back to you with some times for an initial discussion regarding the RFPs and Interrogatories.

Many thanks,
Preston

Preston Miller
Simpson Thacher & Bartlett LLP
900 G St NW, Washington D.C. 20001
T: +1-202-636-5822
M: +1-240-271-1915
preston.miller@stblaw.com

**From:** Ambrogio, Giancarlo (ATR) <Giancarlo.Ambrogio@usdoj.gov>
**Sent:** Tuesday, January 14, 2025 3:23 PM
**To:** kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; Razi, Sara Y. <Sara.Razi@stblaw.com>; Ellis, Abram J <AEllis@stblaw.com>; Miller, Preston <Preston.Miller@stblaw.com>; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** RE: UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

*** External Email ***

Good evening,

I am following up on my email below. Can you please confirm receipt of these materials, and confirm Amedisys's agreement to accept service of discovery electronically for this lawsuit?

We look forward to meeting to discuss initial steps with regard to these materials, and would like to arrange a discussion as soon as convenient. Please let us know a time that would work for you.

Best,
Giancarlo

**From:** Ambrogio, Giancarlo (ATR)
**Sent:** Monday, January 13, 2025 5:19 PM
**To:** kforrest@paulweiss.com; Chepiga, Geoffrey <gchepiga@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; jsoven@paulweiss.com; sara.razi@stblaw.com; aellis@stblaw.com; preston.miller@stblaw.com; julwick@kg-law.com
**Cc:** Murdock-Park, Erin (ATR) <Erin.Murdock-Park@usdoj.gov>; Able, Benjamin (ATR) <Benjamin.Able@usdoj.gov>; Stoltzfus, David (ATR) <David.Stoltzfus@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Ali, Serajul (ATR) <Serajul.Ali2@usdoj.gov>; swalker@oag.state.md.us; bwarren@oag.state.md.us; richard.schultz@ilag.gov; jennifer.coronel@ilag.gov; john.milligan@ilag.gov; yale.leber@law.njoag.gov; isabella.pitt@law.njoag.gov; saami.zain@ag.ny.gov; McFarlane, Amy <amy.mcfarlane@ag.ny.gov>; elinor.hoffmann@ag.ny.gov
**Subject:** UHG-Amedisys - First Set of RFPs and Interrogatories to Amedisys Inc

Counsel,

Consistent with the Plaintiffs' proposed discovery date (*see* proposed Case Management Order, filed January 3, 2025, at ¶ 1), please find attached Plaintiffs' Requests for Production, Plaintiffs' First Set of Interrogatories, and the Antitrust Division's ESI Standard Specifications. Please let us know as soon as possible a date and time to discuss these Requests and Interrogatories, and any questions that you might have.

Please confirm receipt of these materials. Additionally, please confirm Defendant's agreement to accept service of discovery electronically for this lawsuit. Pending your answer regarding electronic service, we will also arrange to send these materials via certified mail.

Best,
Giancarlo Ambrogio


Giancarlo Ambrogio
Trial Attorney
Antitrust Division | Healthcare and Consumer Products Section
U.S. Department of Justice
450 5th Street, NW
Suite 4100
Washington, DC 20530
**Mobile:** (202) 549-4551


This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any retention or use of this email (including attachments) is strictly prohibited. If you have received this email in error, please delete it and notify us immediately. For information about how Simpson Thacher & Bartlett LLP collects and processes your personal information, please refer to our Privacy Notice available at https://www.stblaw.com/other/privacy-notice.