UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITEDHEALTH GROUP INCORPORATED, *et al.,* <br><br> *Defendants*. | Case No. 1:24-cv-3267 <br><br> Judge James K. Bredar |

**JOINT MOTION TO ADJUST SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rule 105.9 and Appendix A of the District of Maryland Local Rules, and the Schedule and Case Management Order (ECF No. 114), Plaintiffs the United States of America and the States of Maryland, Illinois, New Jersey, and New York, and Defendants UnitedHealth Group Incorporated and Amedisys, Inc., jointly move for a two-week adjustment of certain of the Parties' respective discovery and pre-trial deadlines. The Parties do not propose any change to the current trial date. Due to the limited and joint nature of this motion, the Parties respectfully request the Court permit this motion to proceed without Local Rule 105's requirement that all motions be accompanied by a supporting memorandum. In support of this motion, the Parties state as follows:

1.  Defendant UnitedHealth Group Incorporated seeks to acquire Defendant Amedisys, Inc. Plaintiffs filed their Complaint on November 12, 2024, seeking to enjoin the merger, (ECF No. 1). The Parties filed their Joint Report and Motion for a Scheduling and Case Management Order on January 3, 2025. (ECF No. 72; *see* ECF No. 111 (Revised Proposed Schedule)). The Court entered the Schedule and Case Management Order on February 21, 2025,

ordering fact discovery to close on July 15, 2025, and permitting the Parties up to sixty (60) fact depositions per side. (ECF No. 114). Trial is currently scheduled for October 27, 2025. (ECF No. 114).

2. Plaintiffs and Defendants have worked in good faith to complete fact discovery within the time permitted by the Court. Since discovery began, the Parties have, among other things, served reciprocal written discovery on the other, produced millions of pages of documents, served third party subpoenas on a variety of companies and state entities, and have noticed and taken dozens of depositions.

3. On March 28, 2025, Defendants identified BrightSpring Health Services, Inc. and The Pennant Group (together, the "Potential Buyers") as the putative buyers of proposed divested assets. (*See* ECF No. 114 at 1–2). Plaintiffs served subpoenas on the Potential Buyers on April 4, 2025, seeking information on the Potential Buyers' evaluation of the proposed divested assets, their finances, how they run their existing home health and hospice businesses, and other topics. Defendants provided Plaintiffs with the signed agreements with the Potential Buyers on May 1, 2025. (*See* ECF No. 114 at 2).

4. Despite the Parties' best faith efforts to serve and obtain discovery expeditiously, and working in good faith to obtain necessary materials related to the product and labor markets at issue in this case as well as the proposed divestiture, discovery remains to be completed. Custodial document productions and deposition testimony from and regarding the Potential Buyers, in particular, remains outstanding. Plaintiffs timely served discovery to the Potential Buyers and responses from the Potential Buyers are being provided on a rolling basis, but a significant volume of custodial documents is still forthcoming.

5.      To permit time for the Parties to review productions from the Potential Buyers and other third parties, and to facilitate reasonable scheduling of related depositions, the Parties request a modest two-week adjustment of the schedule. The Parties propose to amend the existing schedule as follows:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Close of fact discovery | 7/15/25 | 8/1/25 |
| Parties exchange supplemental fact witness lists | 7/16/25 | 8/4/25 |
| Joint Status Report | 7/22/25 | 8/8/25 |
| Plaintiffs to serve any Initial Expert(s) Report(s) | 8/4/25 | 8/11/25 |
| Deadline to produce Backup Materials for Plaintiffs' Initial Expert(s) Report(s) | 8/5/25 | 8/12/25 |
| Defendants to serve any Expert(s) Report(s) | 9/3/25 | 9/10/25 |
| Deadline to produce Backup Materials for Defendants' Opposition Expert(s) Report(s) | 9/4/25 | 9/11/25 |
| Plaintiffs to serve any Reply Expert(s) Report(s) | 9/29/25 | 10/2/25 |
| Deadline to produce Backup Materials for Plaintiffs' Reply Expert(s) Report(s) | 9/30/25 | 10/3/25 |
| Close of Expert Discovery | 10/7/25 | 10/10/25 |

6.      The Parties do not propose to move any other deadline in the case, including the existing deadlines for pre-trial proceedings, scheduled ADR proceedings, and trial.

7.      The adjusted case schedule is supported by good cause and is not sought to extend the final resolution of this matter or for any other improper purpose. *Innovative Therapies, Inc. v. Meents*, 302 F.R.D. 364, 382 (D. Md. 2014).

Dated: June 18, 2025                                     Respectfully submitted,

/s/ *Erin K. Murdock-Park*
Erin K. Murdock-Park
David M. Stoltzfus
Sarah V. Riblet
Paul J. Torzilli
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: 202-445-8082
Fax: (202) 307-5802
Email: Erin.Murdock-Park@usdoj.gov

*Attorneys for Plaintiff United States of America*

/s/ Schonette J. Walker
Schonette J. Walker (USDC Md Bar No. 19490)
Byron Warren (USDC Md Bar No. 30169)
Melissa English (USDC Md Bar No. 19864)
Maryland Office of the Attorney General 200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6470
Email: swalker@oag.state.md.us
Email: bwarren@oag.state.md.us
Email: menglish@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

/s/ Richard S. Schultz
Richard S. Schultz
Jennifer Coronel
John Milligan
Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Telephone: (312) 814-3000
Email: Richard.Schultz@ilag.gov
Email: Jennifer.Coronel@ilag.gov
Email: John.Milligan@ilag.gov

*Attorneys for Plaintiff State of Illinois*

4

/s/ Leslie Prentice
Leslie Prentice
Yale A. Leber
New Jersey Office of Attorney General
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (862) 381-4150
Email: Leslie.Prentice@law.njoag.gov
Email: Yale.Leber@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

/s/ Saami Zain
Saami Zain
Isabella Pitt
Amy E. McFarlane
Elinor R. Hoffmann
Christopher D'Angelo
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8262
Email: Saami.Zain@ag.ny.gov
Email: Isabella.Pitt@ag.ny.gov
Email: Amy.McFarlane@ag.ny.gov
Email: Elinor.Hoffmann@ag.ny.gov
Email: Christopher.D'Angelo@ag.ny.gov

*Attorneys for Plaintiff State of New York*

/s/ Rich Cunningham
Matthew Reilly (*pro hac vice*)
Michael F. Williams (*pro hac vice*)
K. Winn Allen (*pro hac vice*)
Rich Cunningham (*pro hac vice*)
Jeffrey Ayer (*pro hac vice*)
T.J. McCarrick (*pro hac vice*)
Catie Ventura (D. Md. # 19848)
Don Hong (*pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

5

matt.reilly@kirkland.com
michael.williams@kirkland.com
winn.allen@kirkland.com
rich.cunningham@kirkland.com
jeffrey.ayer@kirkland.com
tj.mccarrick@kirkland.com
catie.ventura@kirkland.com
don.hong@kirkland.com

Anna Rotman (*pro hac vice*)
Kirkland & Ellis LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
anna.rotman@kirkland.com

Amarto Bhattacharyya (*pro hac vice*)
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
amarto.bhattacharyya@kirkland.com

*Attorneys for Defendant UnitedHealth Group Incorporated*

*/s/ Katherine B. Forrest*
Katherine B. Forrest (*pro hac vice*)
Geoffrey Chepiga (*pro hac vice*)
Andrew C. Finch (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
kforrest@paulweiss.com
gchepiga@paulweiss.com
afinch@paulweiss.com

Joshua H. Soven (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
jsoven@paulweiss.com

Sara Y. Razi (*pro hac vice*)

6

N. Preston Miller (*pro hac vice*)
Abram J. Ellis (*pro hac vice*)
Simpson Thacher & Bartlett LLP
900 G Street, NW
Washington, DC 20001
sara.razi@stblaw.com
preston.miller@stblaw.com
aellis@stblaw.com

*Attorneys for Defendant Amedisys, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of June, 2025, a copy of the foregoing Joint Motion to Adjust Schedule was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants.

*/s/ Erin K. Murdock-Park*
Erin K. Murdock-Park