UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITEDHEALTH GROUP INCORPORATED, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-03267-JKB <br><br> Judge James K. Bredar |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Adjust Schedule, it is hereby

**ORDERED**:

1. The Schedule and Case Management Order (ECF No. 114) is **AMENDED** as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of fact discovery | 7/15/25 | 8/1/25 |
| Parties exchange supplemental fact witness lists | 7/16/25 | 8/4/25 |
| Joint Status Report | 7/22/25 | 8/8/25 |
| Plaintiffs to serve any Initial Expert(s) Report(s) | 8/4/25 | 8/11/25 |
| Deadline to produce Backup Materials for Plaintiffs' Initial Expert(s) Report(s) | 8/5/25 | 8/12/25 |
| Defendants to serve any Expert(s) Report(s) | 9/3/25 | 9/10/25 |
| Deadline to produce Backup Materials for Defendants' Opposition Expert(s) Report(s) | 9/4/25 | 9/11/25 |
| Plaintiffs to serve any Reply Expert(s) Report(s) | 9/29/25 | 10/2/25 |
| Deadline to produce Backup Materials for Plaintiffs' Reply Expert(s) Report(s) | 9/30/25 | 10/3/25 |

| Close of Expert Discovery | 10/7/25 | 10/10/25 |

Date: _____

_____
Honorable James K. Bredar
United States District Judge