

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

June 29, 2025

*Via ECF*

The Honorable Judge James K. Bredar
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re: Case No. 1:24-cv-3267, *United States, et al. v. UnitedHealth Group Incorporated & Amedisys, Inc.* (D. Md.), Response to Defendant Amedisys's Letter to Chambers (ECF No. 102)

Dear Judge Bredar,

    We write to inform the Court of the attached motion to compel discovery and enforce Plaintiffs' subpoena for documents against nonparty Humana, Inc., which the United States filed today in the Western District of Kentucky, the jurisdiction housing Humana's headquarters. We will update this Court on the motion against Humana when available. Please let us know if we can answer any additional questions.

                                      Respectfully,

                                        /s/ Erin K. Murdock-Park
                                        Erin K. Murdock-Park
                                        Senior Litigation Counsel
                                        U.S. Department of Justice,
                                        Antitrust Division

Attachments