**Schedule A**

| | Service Line | CCN | CMS Branch ID | Address | Acquirer |
|---|---|---|---|---|---|
| 1 | Hospice | 011662 | N/A | 1706 HIGHWAY 78 E, JASPER, AL, 35501 | Pennant |
| 2 | Home Health | 017014 | 01Q7014000 | 1979 AL HWY.157, CULLMAN, AL, 35058 | Brightspring |
| 3 | Home Health | 017020 | 01Q7020000 | 3262 OLD SHELL ROAD SUITE B MOBILE, AL 36607 | Pennant |
| 4 | Home Health | 017037 | 01Q7037000 | 400 S. UNION STREET, SUITE 285, MONTGOMERY, AL 36104 | Brightspring |
| 5 | Home Health | 017039 | 01Q7039000 | 400 MERIDIAN STREET SUITE 100, HUNTSVILLE, AL, 35801 | Brightspring |
| 6 | Home Health | 017069 | 01Q7069000 | 200 W. LAUREL AVENUE, SUITE 210, FOLEY, AL, 36535 | Pennant |
| 7 | Home Health | 017069 | 01Q7069001 | 107 NORTH HOYLE AVENUE, BAY MINETTE, AL, 36507 | Pennant |
| 8 | Home Health | 017072 | 01Q7072000 | 525 GREENVILLE BYPASS, GREENVILLE, AL, 36037 | Brightspring |
| 9 | Home Health | 017085 | 01Q7085000 | 640 W. FORT WILLIAMS STREET, SUITE A, SYLACAUGA, AL, 35150 | Brightspring |
| 10 | Home Health | 017086 | 01Q7086000 | 15 CLAIBORNE STREET, SUITE C, CAMDEN, AL, 36726 | Brightspring |
| 11 | Home Health | 017088 | 01Q7088000 | 102 2ND AVENUE, SE, FAYETTE, AL, 35555 | Brightspring |
| 12 | Home Health | 017094 | 01Q7094000 | 104C NORTHWOOD DR., SUITE A-1, CENTRE, AL, 35960 | Brightspring |
| 13 | Home Health | 017097 | 01Q7097000 | 83825 HIGHWAY 9, ASHLAND, AL, 36251 | Brightspring |
| 14 | Home Health | 017100 | 01Q7100000 | 234 1ST AVENUE SW, SUITE 2, HAMILTON, AL, 35570 | Brightspring |
| 15 | Home Health | 017107 | 01Q7107000 | 222-224 7TH STREET SOUTH, CLANTON, AL 35045 | Brightspring |
| 16 | Home Health | 017115 | 01Q7115000 | 300 MEDICAL CENTER DRIVE, SUITE 102, GADSDEN, AL 35903 | Brightspring |
| 17 | Home Health | 017118 | 01Q7118000 | 14765 COURT STREET, MOULTON, AL, 35650 | Brightspring |
| 18 | Home Health | 017123 | 01Q7123000 | 1806 44TH STREET, VALLEY, AL, 36854 | Brightspring |
| 19 | Home Health | 017129 | 01Q7129000 | 2178 MOORES MILL ROAD, AUBURN, AL, 36830 | Brightspring |
| 20 | Home Health | 017158 | 01Q7158000 | 124 MCCURDY AVE S SUITE C, RAINSVILLE, AL, 35986 | Brightspring |
| 21 | Home Health | 017159 | 01Q7159000 | 2560 COUNTY ROAD 112, DOTHAN, AL, 36303 | Brightspring |
| 22 | Home Health | 017163 | 01Q7163000 | 15 MAYFIELD STREET, MONROEVILLE, AL, 36460 | Brightspring |
| 23 | Home Health | 017165 | 01Q7165000 | 412 S. COURT STREET SUITE 403, FLORENCE, AL, 35630 | Brightspring |
| 24 | Home Health | 017327 | 01Q7327000 | 1301 HIGHWAY 78 E., SUITE E & D, JASPER, AL 35501 | Brightspring |
| 25 | Home Health | 017328 | 01Q7328000 | 2554 DOUGLAS AVENUE, BREWTON, AL, 36426 | Brightspring |
| 26 | Home Health | 047056 | 04Q7056000 | 307 W. STILLWELL AVENUE, DEQUEEN, AR, 71832 | Brightspring |
| 27 | Home Health | 047057 | 04Q7057000 | 404 LLAMA DRIVE, SEARCY, AR, 72143 | Brightspring |
| 28 | Home Health | 047057 | 04Q7057001 | 10800 FINANCIAL CENTER PKWY, SUITE 485, LITTLE ROCK, AR, 72211 | Brightspring |
| 29 | Home Health | 047080 | 04Q7080000 | 2236 HARRISON STREET, BATESVILLE, AR, 72501 | Brightspring |
| 30 | Home Health | 047108 | 04Q7108000 | 1103 E MAIN ST., SUITE C, MOUNTAIN VIEW, AR, 72560 | Brightspring |
| 31 | Home Health | 108168 | 10Q8168000 | 8880 UNIVERSITY  PARKWAY, SUITE B, PENSACOLA, FL, 32514 | Brightspring |
| 32 | Home Health | 117010 | 11Q7010000 | 101 E. 2ND AVENUE, SUITE 200, ROME, GA, 30161 | Brightspring |
| 33 | Home Health | 117010 | 11Q7010001 | 117 JOHN PHILLIPS ROAD, CEDARTOWN, GA, 30125 | Brightspring |
| 34 | Home Health | 117010 | 11Q7010002 | 10891 COMMERCE ST, SUITE A, SUMMERVILLE, GA, 30747 | Brightspring |
| 35 | Home Health | 117010 | 11Q7010003 | 162 W MAIN STREET, SUITE 302, CARTERSVILLE, GA, 30120 | Brightspring |
| 36 | Home Health | 117025 | 11Q7025000 | 4106 COLUMBIA ROAD, SUITE 202, MARTINEZ, GA, 30907 | Brightspring |

| 37 | Home Health | 117053 | 11Q7053000 | 1105 PLAZA AVENUE, SUITE A, EASTMAN, GA, 31023 | Brightspring |
|----|-------------|--------|------------|------------------------------------------------|--------------|
| 38 | Home Health | 117053 | 11Q7053002 | 145 E. PEACOCK STREET,SUITE 3, COCHRAN, GA, 31014 | Brightspring |
| 39 | Home Health | 117053 | 11Q7053003 | 205 INDUSTRIAL BOULEVARD, DUBLIN, GA, 31021 | Brightspring |
| 40 | Home Health | 117068 | 11Q7068000 | 1101 N. LIBERTY STREET, WAYNESBORO, GA, 30830 | Brightspring |
| 41 | Home Health | 117068 | 11Q7068001 | 632 FERNCREST DRIVE, SANDERSVILLE, GA, 31082 | Brightspring |
| 42 | Home Health | 117087 | 11Q7087000 | 1221 W. 4TH ST, STE 7, ADEL, GA, 31620 | Pennant |
| 43 | Home Health | 117087 | 11Q7087002 | 515 NORTH SAINT AUGUSTINE ROAD, SUITES E & F, VALDOSTA, GA, 31601 | Pennant |
| 44 | Home Health | 117101 | 11Q7101000 | 157 ADAMS DRIVE, DEMOREST, GA, 30535 | Brightspring |
| 45 | Home Health | 117105 | 11Q7105000 | 320 LANIER AVE W, SUITES 240 & 250, FAYETTEVILLE, GA, 30214 | Brightspring |
| 46 | Home Health | 117105 | 11Q7105001 | 2927 ETHERIDGE MILL RD, GRIFFIN, GA, 30224 | Brightspring |
| 47 | Home Health | 117123 | 11Q7123000 | 115 NORTHWEST MAIN STREET, VIDALIA, GA, 30474 | Brightspring |
| 48 | Home Health | 117135 | 11Q7135000 | 1760 BASS ROAD, SUITE 103, MACON, GA, 31210 | Brightspring |
| 49 | Home Health | 117135 | 11Q7135001 | 470 SOUTH HOUSTON LAKE ROAD, SUITE B, WARNER ROBINS, GA, 31088 | Brightspring |
| 50 | Home Health | 117135 | 11Q7135002 | 116 WRIGHTS DRIVE, MILLEDGEVILLE, GA, 31061 | Brightspring |
| 51 | Home Health | 117142 | 11Q7142000 | 1710 BOULEVARD SQUARE, SUITE C, WAYCROSS, GA, 31501 | Brightspring |
| 52 | Home Health | 117153 | 11Q7153000 | 2131 & 2133 PACE STREET, COVINGTON, GA 30014 | Brightspring |
| 53 | Home Health | 117156 | 11Q7156000 | 915 INTERSTATE RIDGE DRIVE, SUITE A1, GAINESVILLE, GA, 30501 | Brightspring |
| 54 | Home Health | 117158 | 11Q7158000 | 9 PARK OF COMMERCE BLVD, SUITE 201, SAVANNAH, GA 31405 | Brightspring |
| 55 | Home Health | 117308 | 11Q7308000 | 136 REMCO SHOPS LANE, RINGGOLD, GA, 30736 | Brightspring |
| 56 | Home Health | 117316 | 11Q7316000 | 302 WESTSIDE DRIVE, DOUGLAS, GA, 31533 | Brightspring |
| 57 | Home Health | 117317 | 11Q7317000 | 664 SCRANTON ROAD, SUITE 204, BRUNSWICK, GA, 31520 | Brightspring |
| 58 | Home Health | 117318 | 11Q7318000 | 1200 BROOKSTONE CENTRE PARKWAY, SUITE 210, COLUMBUS, GA, 31904 | Brightspring |
| 59 | Home Health | 117318 | 11Q7318002 | 300 WEST BROOME STREET, SUITE 108, LAGRANGE, GA, 30240 | Brightspring |
| 60 | Home Health | 148004 | 14Q8004000 | 1901 FRANK SCOTT PKWY., SUITE 4 O'FALLON, IL 62269 | Brightspring |
| 61 | Home Health | 157221 | 15Q7221000 | 303 QUARTERMASTER COURT, JEFFERSONVILLE, IN, 47130 | Brightspring |
| 62 | Home Health | 157583 | 15Q7583000 | 2200 LAKE AVE SUITE 150, FORT WAYNE, IN, 46805 | Brightspring |
| 63 | Home Health | 187059 | 18Q7059000 | 13101 MAGISTERIAL DRIVE SUITE 101, LOUISVILLE, KY, 40223 | Brightspring |
| 64 | Home Health | 187093 | 18Q7093000 | 101 BRUCE PROFESSIONAL PLAZA, MOUNT STERLING, KY, 40353 | Brightspring |
| 65 | Home Health | 187119 | 18Q7119000 | 937 CAMPBELLSVILLE ROAD SUITE 903, COLUMBIA, KY, 42728 | Brightspring |
| 66 | Home Health | 187119 | 18Q7119004 | 1724 ROCKINGHAM AVENUE SUITE 300, BOWLING GREEN, KY, 42104 | Brightspring |
| 67 | Home Health | 187119 | 18Q7119005 | 1332 NORTH RACE STREET, GLASGOW, KY, 42141 | Brightspring |
| 68 | Home Health | 187119 | 18Q7119006 | 124 FOOTHILLS AVENUE, ALBANY, KY, 42602 | Brightspring |
| 69 | Home Health | 187119 | 18Q7119007 | 102 SOUTH MAIN STREET, GREENSBURG, KY, 42743 | Brightspring |
| 70 | Home Health | 187119 | 18Q7119009 | 40 TURPEN COURT SUITE A, SOMERSET, KY, 42503 | Brightspring |
| 71 | Home Health | 187119 | 18Q7119010 | 175 WEST BEAR TRACK ROAD, CAMPBELLSVILLE, KY, 42718 | Brightspring |
| 72 | Home Health | 187119 | 18Q7119015 | 1690 RING ROAD SUITE 200, ELIZABETHTOWN, KY, 42701 | Brightspring |
| 73 | Home Health | 187143 | 18Q7143000 | 9000 WESSEX PLACE SUITE 304, LOUISVILLE, KY, 40222 | Brightspring |
| 74 | Home Health | 187163 | 18Q7163000 | 2480 FORTUNE DRIVE SUITE 120, LEXINGTON, KY, 40509 | Brightspring |

| 75 | Home Health | 187168 | 18Q7168000 | 2200 EAST PARRISH AVENUE, SUITE 103E, OWENSBORO, KY, 42303 | Brightspring |
|---|---|---|---|---|---|
| 76 | Home Health | 187171 | 18Q7171000 | 833 VALLEY COLLEGE DRIVE SUITE 5, LOUISVILLE, KY, 40272 | Brightspring |
| 77 | Home Health | 187302 | 18Q7302000 | 1539 GREENUP AVE SUITE 503, ASHLAND, KY, 41101 | Brightspring |
| 78 | Hospice | 191534 | N/A | 4017 COMMON STREET, LAKE CHARLES, LA, 70607 | Brightspring |
| 79 | Home Health | 217045 | 21Q7045000 | 134 INDUSTRY LANE, SUITE 3, FOREST HILL, MD 21050 | Brightspring |
| 80 | Home Health | 217048 | 21Q7048000 | 511 JERMOR LANE SUITE 200, WESTMINSTER, MD, 21157 | Brightspring |
| 81 | Home Health | 217048 | 21Q7048001 | 7360 GUILFORD DRIVE SUITE 201-A, FREDERICK, MD, 21704 | Brightspring |
| 82 | Home Health | 217111 | 21Q7111000 | 6512 DEER POINTE DRIVE SUITE B, SALISBURY, MD 21804-1669 | Brightspring |
| 83 | Home Health | 217111 | 21Q7111001 | 604 SUNBURST HWY, CAMBRIDGE, MD, 21613 | Brightspring |
| 84 | Home Health | 257087 | 25Q7087000 | 18 MELODY LANE, COLLINS, MS, 39428 | Brightspring |
| 85 | Home Health | 257087 | 25Q7087001 | 132 MAYFAIR ROAD SUITE 1, HATTIESBURG, MS, 39402 | Brightspring |
| 86 | Home Health | 257100 | 25Q7100000 | 925 TOMMY MUNRO DR SUITE K, BILOXI, MS, 39532 | Brightspring |
| 87 | Home Health | 257103 | 25Q7103000 | 2080 SOUTH FRONTAGE ROAD SUITE 105, VICKSBURG, MS, 39180 | Brightspring |
| 88 | Home Health | 257103 | 25Q7103001 | 310 BYRAM PLACE SUITE E, BYRAM, MS, 39272 | Brightspring |
| 89 | Home Health | 257103 | 25Q7103002 | 4294 LAKELAND DRIVE SUITE 200, FLOWOOD, MS, 39232 | Brightspring |
| 90 | Home Health | 257121 | 25Q7121000 | 2900 NORTH HILLS STREET, MERIDIAN, MS, 39305 | Brightspring |
| 91 | Home Health | 257143 | 25Q7143000 | 11010 HIGHWAY 49 SUITE 4, GULFPORT, MS, 39503 | Brightspring |
| 92 | Home Health | 267499 | 26Q7499000 | 1226 LINN STREET, SUITE F, SIKESTON, MO, 63801 | Brightspring |
| 93 | Home Health | 317006 | 31Q7006000 | 149 LEFANTE WAY, SUITE 144 & 146, BAYONNE, NJ, 07002 | Brightspring |
| 94 | Home Health | 337268 | 33Q7268000 | 105 EARHART DRIVE, SUITE 100, AMHERST, NY, 14221 | Brightspring |
| 95 | Home Health | 337268 | 33Q7268001 | 608 W. 3RD STREET, SUITE 608A, JAMESTOWN, NY, 14701 | Brightspring |
| 96 | Home Health | 337268 | 33Q7268002 | 88 N. MAIN STREET, WELLSVILLE, NY, 14895 | Brightspring |
| 97 | Home Health | 368268 | 36Q8268000 | 606 WASHINGTON BLVD, BELPRE, OH, 45714 | Brightspring |
| 98 | Home Health | 397767 | 39Q7767000 | 4000 TOWN CENTER BLVD, SUITE 260, CANONSBURG, PA, 15317 | Brightspring |
| 99 | Home Health | 427034 | 42Q7034000 | 901 W. MEETING ST, SUITE 201, LANCASTER, SC 29720 | Brightspring |
| 100 | Home Health | 427058 | 42Q7058000 | 1945 W. PALMETTO STREET, SUITE 105, FLORENCE, SC, 29501 | Brightspring |
| 101 | Home Health | 427119 | 42Q7119000 | 690 MEDICAL PARK DR, SUITE 400, AIKEN, SC, 29801 | Brightspring |
| 102 | Home Health | 427300 | 42Q7300000 | 802 EAST MARTINTOWN ROAD, SUITE 401, NORTH AUGUSTA, SC, 29841 | Brightspring |
| 103 | Hospice | 441529 | N/A | 116 JACK WHITE DRIVE, SUITE 6, KINGSPORT, TN, 37664 | Pennant |
| 104 | Hospice | 441529 | N/A | 903 MAIN STREET, NEW TAZEWELL, TN, 37825 | Pennant |
| 105 | Hospice | 441547 | N/A | 4435 VALLEY VIEW DRIVE, SUITE 104, KNOXVILLE, TN, 37917 | Pennant |
| 106 | Hospice | 441578 | N/A | 3301 WEST ANDREW JOHNSON HIGHWAY, SUITE 102, MORRISTOWN, TN, 37814 | Pennant |
| 107 | Hospice | 441581 | N/A | 1939 CEDAR STREET, SUITE A, MCKENZIE, TN 38201 | Pennant |
| 108 | Hospice | 441581 | N/A | 37 SANDSTONE CIRCLE, SUITE 96, JACKSON, TN 38305 | Pennant |
| 109 | Hospice | 441581 | N/A | 1539 ASHLAND CITY ROAD, STE C, CLARKSVILLE, TN 37040 | Pennant |
| 110 | Home Health | 447138 | 44Q7138000 | 1010 PLEASANT GROVE PLACE, SUITE 200, MT. JULIET, TN, 37122 | Pennant |
| 111 | Home Health | 447138 | 44Q7138001 | 2527 HIGHWAY 111 NORTH, SUITE A, COOKEVILLE, TN, 38506 | Pennant |
| 112 | Home Health | 447150 | 44Q7150000 | 1225 E. WEISGARBER  ROAD, SUITE 370S, KNOXVILLE, TN, 37909 | Pennant |

| 113 | Home Health | 447176 | 44Q7176000 | 117 C EAST BRYANT STREET, SMITHVILLE, TN 37166 | Pennant |
|---|---|---|---|---|---|
| 114 | Home Health | 447176 | 44Q7176002 | 1101 NEAL STREET, SUITE 101, COOKEVILLE, TN, 38501 | Pennant |
| 115 | Home Health | 447176 | 44Q7176004 | 417 NORTH CHANCERY STREET, MCMINNVILLE, TN 37110 | Pennant |
| 116 | Home Health | 447176 | 44Q7176005 | 115 WINWOOD DRIVE, SUITE 210, LEBANON, TN 37087 | Pennant |
| 117 | Home Health | 447230 | 44Q7230000 | 900 E. HILL AVE, SUITE 310, KNOXVILLE, TN, 37915 | Pennant |
| 118 | Home Health | 447230 | 44Q7230002 | 629 SMITHVIEW DR, MARYVILLE, TN, 37803 | Pennant |
| 119 | Home Health | 447230 | 44Q7230003 | 1101 FOX MEADOWS BLVD., SUITE 104, SEVIERVILLE, TN, 37862 | Pennant |
| 120 | Home Health | 447269 | 44Q7269000 | 2440 OAKLAND DRIVE NW, CLEVELAND, TN, 37311 | Pennant |
| 121 | Home Health | 447277 | 44Q7277000 | 1255 LYNNFIELD ROAD, SUITE 110, MEMPHIS, TN, 38119 | Pennant |
| 122 | Home Health | 447277 | 44Q7277001 | 1921 HIGHWAY 51 SOUTH, UNIT C, COVINGTON, TN, 38019 | Pennant |
| 123 | Home Health | 447278 | 44Q7278000 | 8 STONEBRIDGE BOULEVARD SUITE L, JACKSON, TN, 38305 | Pennant |
| 124 | Home Health | 447278 | 44Q7278001 | 2490 PARR AVENUE SUITE 1, DYERSBURG, TN, 38024 | Pennant |
| 125 | Home Health | 447278 | 44Q7278002 | 331 JIM ADAMS DRIVE SUITE A, PARIS, TN, 38242 | Pennant |
| 126 | Home Health | 447278 | 44Q7278003 | 880 PICKWICK STREET, UNIT 1, SAVANNAH, TN, 38372 | Pennant |
| 127 | Home Health | 447278 | 44Q7278004 | 1509 E REELFOOT AVENUE, UNION CITY, TN, 38261 | Pennant |
| 128 | Home Health | 447451 | 44Q7451000 | 1655 WYNNE ROAD SUITE 101, CORDOVA, TN, 38016 | Pennant |
| 129 | Home Health | 447471 | 44Q7471000 | 2030 HAMILTON PLACE, SUITE 120, CHATTANOOGA, TN, 37421 | Pennant |
| 130 | Home Health | 447500 | 44Q7500000 | 3301 WEST ANDREW JOHNSON HIGHWAY, SUITE 100, MORRISTOWN, TN, 37814 | Pennant |
| 131 | Home Health | 447500 | 44Q7500004 | 661 E. BROADWAY  BLVD, SUITE A, JEFFERSON CITY, TN, 37760 | Pennant |
| 132 | Home Health | 447513 | 44Q7513000 | 220 TOWN CENTER PARKWAY, SUITE 105, SPRING HILL, TN, 37174 | Pennant |
| 133 | Home Health | 447513 | 44Q7513001 | 762 HIGHWAY 46 S, DICKSON, TN, 37055 | Pennant |
| 134 | Home Health | 447513 | 44Q7513007 | 125 TOWN CREEK ROAD E, SUITE 4, LENOIR CITY, TN 37772 | Pennant |
| 135 | Home Health | 447528 | 44Q7528000 | 661 E. BROADWAY BLVD, SUITE B2, JEFFERSON CITY, TN, 37760 | Pennant |
| 136 | Home Health | 447528 | 44Q7528001 | 116 JACK WHITE DRIVE, SUITE 10, KINGSPORT, TN, 37664 | Pennant |
| 137 | Home Health | 447538 | 44Q7538000 | 8245 TOURNAMENT DRIVE SUITE 255, MEMPHIS, TN, 38125 | Pennant |
| 138 | Home Health | 447552 | 44Q7552000 | 4245 NORTH OCOEE STREET, SUITE 4, CLEVELAND, TN, 37312 | Pennant |
| 139 | Home Health | 447558 | 44Q7558000 | 900 CONFERENCE DRIVE, SUITE 1A, GOODLETTSVILLE, TN 37072 | Pennant |
| 140 | Home Health | 447563 | 44Q7563000 | 537 STONECREST PARKWAY, SUITE 109, SMYRNA, TN 37167 | Pennant |
| 141 | Home Health | 447563 | 44Q7563001 | 1127 E. COLLEGE STREET, SUITE B, PULASKI, TN 38478 | Pennant |
| 142 | Home Health | 447563 | 44Q7563002 | 220 TOWN CENTER PARKWAY, SUITE 201, SPRING HILL, TN 37174 | Pennant |
| 143 | Home Health | 497289 | 49Q7289000 | 6 DOCTORS DRIVE, SUITE A, EMPORIA, VA, 23847 | Brightspring |
| 144 | Home Health | 497463 | 49Q7463000 | 1330 ARMORY DRIVE, FRANKLIN, VA 23851 | Brightspring |
| 145 | Hospice | 511509 | N/A | 417 GRAND PARK DRIVE, SUITE 204, PARKERSBURG, WV, 26105 | Brightspring |
| 146 | Hospice | 511516 | N/A | 21 EAST MAIN STREET, SUITE 301, BUCKHANNON, WV 26201 | Brightspring |
| 147 | Home Health | 517054 | 51Q7054000 | 108 SUNSET DRIVE, BECKLEY, WV, 25801 | Brightspring |
| 148 | Home Health | 517054 | 51Q7054001 | 545 AIRPORT ROAD SUITE 101, BLUEFIELD, WV, 24701 | Brightspring |
| 149 | Home Health | 517074 | 51Q7074000 | 2200 GRAND CENTRAL AVE. SUITE 101, VIENNA, WV, 26105 | Brightspring |
| 150 | Home Health | 517074 | 51Q7074001 | 208 STONE STREET, RIPLEY, WV, 25271 | Brightspring |

| 151 | Home Health | 517115 | 51Q7115000 | 2345 CHESTERFIELD AVENUE SUITE 201, CHARLESTON, WV, 25304 | Brightspring |
|---|---|---|---|---|---|
| 152 | Home Health | 517115 | 51Q7115001 | 5447 MAPLE LANE SUITE A, FAYETTEVILLE, WV, 25840 | Brightspring |
| 153 | Home Health | 517115 | 51Q7115002 | 8942 SENECA TRAIL SOUTH, RONCEVERTE, WV, 24970 | Brightspring |
| 154 | Home Health | 517115 | 51Q7115003 | 3135 16TH STREET SUITE 22, HUNTINGTON, WV, 25701 | Brightspring |
| 155 | Home Health | 517122 | 51Q7122000 | 5007 MID ATLANTIC  DRIVE, MORGANTOWN, WV, 26508 | Brightspring |
| 156 | Home Health | 517122 | 51Q7122001 | 67 CASINO DRIVE SUITE 104, ANMOORE, WV, 26323 | Brightspring |
| 157 | Home Health | 517122 | 51Q7122002 | 215 WARWOOD AVENUE, WHEELING, WV, 26003 | Brightspring |
| 158 | Palliative Care | DY5311 / 0685 | N/A | 4435 VALLEY VIEW DRIVE, SUITE 102, KNOXVILLE, TN, 37917 | Pennant |