Schedule B

|   | Service Line | CCN | CMS Branch ID | Address | Acquirer |
|---|---|---|---|---|---|
| 1 | Home Health | 047010 | 04Q7010000 | 117 NORTHRIDGE DRIVE SUITE C, VAN BUREN, AR, 72956 | Brightspring |
| 2 | Home Health | 317017 | 31Q7017000 | 777 PASSAIC AVENUE, SUITE 595, CLIFTON, NJ, 07012 | Brightspring |
| 3 | Home Health | 317017 | 31Q7017005 | 299 MARKET ST, STE 400, SADDLE BROOK, NJ, 07663 | Brightspring |
| 4 | Home Health | 447107 | 44Q7107003 | 2690 MADISON STREET SUITE 200, CLARKSVILLE, TN, 37043 | Pennant |
| 5 | Home Health | 447291 | 44Q7291000 | 119 & 121 NORTH IRWIN ST., MANCHESTER, TN, 37355 | Pennant |
| 6 | Home Health | 497275 | 49Q7275001 | 1077 SPRUCE STREET, MARTINSVILLE, VA, 24112 | Brightspring |