Schedule C

|   | Service Line | CCN | CMS Branch ID | Address | Potential Acquirer |
|---|---|---|---|---|---|
| 1 | Home Health | 047010 | 04Q7010001 | 83 W COLT SQUARE DR, FAYETTEVILLE, AR, 72703 | Brightspring |
| 2 | Home Health | 317017 | 31Q7017004 | 1700 ROUTE 23 N, SUITE 125, WAYNE, NJ, 07470 | Brightspring |
| 3 | Home Health | 317017 | 31Q7017006 | 299 CHERRY HILL ROAD, SUITE 302, PARSIPPANY, NJ, 07054 | Brightspring |
| 4 | Home Health | 447107 | 44Q7107000 | 783 OLD HICKORY BLVD SUITE 300, BRENTWOOD, TN, 37027 | Pennant |
| 5 | Home Health | 447291 | 44Q7291003 | 215 CASTLEWOOD DRIVE, SUITE C, MURFREESBORO, TN, 37129 | Pennant |
| 6 | Home Health | 497275 | 49Q7275000 | 5221 VALLEY PARK DRIVE SUITE 1A, ROANOKE, VA, 24019 | Brightspring |
| 7 | Home Health | 497275 | 49Q7275003 | 2050 LANGHORNE ROAD SUITE 103, LYNCHBURG, VA, 24501 | Brightspring |
| 8 | Home Health | 497275 | 49Q7275004 | 305 N WASHINGTON AVENUE SUITE 305, PULASKI, VA, 24301 | Brightspring |