**Schedule D**

| | Counterparty ("JV Partner") | JV Legal Entity Name(s) | JV DBA(s) | Service Lines in JV(s) | Divested Service Lines | Acquirer |
|---|---|---|---|---|---|---|
| 1 | UHS Ventures, Inc. c/o University of Tennessee Medical Center | University of TN Medical Center Home Care Services, LLC<br>Morristown-Hamblen HomeCare and Hospice, LLC<br>University of TN Medical Center Home Care Services, LLC<br>LHCG CXXXII, LLC | University of TN Medical Center Home Care Services - Home Health<br>University of TN Medical Center Home Health Services<br>University of TN Medical Center Hospice Services<br>University of TN Medical Center Home Care Services - Hospice<br>University of TN Medical Center Palliative Care Services | Home Health, Hospice, Palliative Care | Home Health, Hospice, Palliative Care | Pennant |
| 2 | Clay County Healthcare Authority | Clay County Hospital Home Care, LLC | Clay County Hospital Home Care | Home Health | Home Health | BrightSpring |
| 3 | Fayette Medical Center | Fayette Medical Center HomeCare, LLC | Fayette Medical Center HomeCare | Home Health | Home Health | BrightSpring |
| 4 | Marion Regional Medical Center d/b/a NMMC-Hamilton | Marion Regional HomeCare, LLC | Marion Regional HomeCare | Home Health | Home Health | BrightSpring |
| 5 | East Alabama Health Care Authority d/b/a East Alabama Medical Center | East Alabama Medical Center HomeCare, LLC | HomeCare of East Alabama Medical Center | Home Health | Home Health | BrightSpring |
| 6 | EAMC-Lanier, LLC | LHCG LI, LLC | EAMC - Lanier Home Health | Home Health | Home Health | BrightSpring |
| 7 | Northeast Georgia Health Resources | LHCG CLXI, LLC | Northeast Georgia Home Health | Home Health | Home Health | BrightSpring |
| 8 | University Health Resources, Inc. ("UHR") | Eastern Georgia Partnership, LLC | Trinity Home Health, Trinity Home Health of Aiken, Trinity Hospice, Trinity Hospice of Aikem, University Home Health Services | Home Health, Hospice | Home Health | BrightSpring |
| 9 | Board of Trustees of the University of Arkansas acting for and on behalf of University of Arkansas for Medical Sciences | UAMS Health Comprehensive Care at Home, LLC | UAMS Health-Home Health, an Amedisys Partner | Home Health, Hosptial at Home | Home Health | BrightSpring |
| 10 | Attentus Moulton, LLC | Amedisys Home Health, a Lawrence Medical Center Partner, LLC | Amedisys Home Health, a Lawrence Medical Center Partner | Home Health | Home Health | BrightSpring |