**Schedule E to the proposed Final Judgment**

| Excluded Assets |
|---|
| The Alabama state trademarks for "ALABAMA HOMECARE" (No. 111 – 632) and "COOSA VALLEY HOMECARE" (No. 111 – 532), and unregistered equivalents of and commercial names and d/b/a names incorporating the same. |
| All commercial names and d/b/a names incorporating "LHC", "LHC Group", "Amedisys", "Suncrest", "Suncrest Omni", "Housecalls Hospice", "Housecalls Home Health", "Omni Homecare", "Home Care Solutions", "Willcare", "Georgia Home Health", "Alabama Hospice Care", "Patient Care", "Erlanger", "Deaconess HomeCare", and/or "Tennova", as well as the logos used at the branches and facilities operating under such names. |
| All licenses, permits, certifications, approvals, consents, registrations, waivers, and authorizations, including those issued or granted by any governmental organization, and all pending applications or renewals for the agency with a parent location at 5221 Valley Park Drive Suite 1A, Roanoke, VA, 24019 (CCN 497275), provided however that this will cease to be an Excluded Asset if the location at 5221 Valley Park Drive Suite 1A, Roanoke, VA, 24019 (CMS Branch ID 49Q7275000) is divested pursuant to Paragraph IV.B. |
| All licenses, permits, certifications, approvals, consents, registrations, waivers, and authorizations, including those issued or granted by any governmental organization, and all pending applications or renewals for the agency with a parent location at 783 Old Hickory Blvd Suite 300, Brentwood, TN, 37027 (CCN 447107), provided however that this will cease to be an Excluded Asset if the location at 783 Old Hickory Blvd Suite 300, Brentwood, TN, 37027 (CMS Branch ID 44Q7107000) is divested pursuant to Paragraph IV.B. |
| The right to operate in Morris County, NJ held on July 17, 2025 by the agency with parent location at 777 Passaic Avenue, Suite 595, Clifton, NJ, 07012 (CCN 317017). *Provided, however,* that Excluded Assets do not include any licenses, permits, certifications, approvals, consents, registrations, waivers, or authorizations held on July 17, 2025 by the agency with parent location at 777 Passaic Avenue, Suite 595, Clifton, NJ, 07012 (CCN 317017) that are required to operate in Bergen County, NJ and Passaic County, NJ. |
| All of the rights, titles, and interests of Eastern Georgia Partnership, LLC in and to property and assets, tangible and intangible, primarily used to support hospice locations at 4106 Columbia Road, Suite 201, Martinez, GA 30907 and 690 Medical Park Drive, Suite 200, Aiken, SC 29801 |
| All of the rights, titles, and interests of UAMS Health Comprehensive Care at Home, LLC in and to property and assets, tangible and intangible, primarily used to support hospital at home or other high acuity care locations at 4301 West Markham Street, Little Rock, AR 72205 and 10800 Financial Center Pkwy, Suite 485, Little Rock, AR 72211, including the License Agreement, dated as of October 7, 2022, by and among UAMS Health Comprehensive Care at Home, L.L.C., Board of Trustees of the University of Arkansas, acting for and on behalf of the University of Arkansas for Medical Sciences and Contessa Health Management, LLC. |
| All assets primarily relating to or used in the business of providing home health services by the location at 6512 Deer Pointe Drive Suite B, Salisbury, MD 21804 (CMS Branch ID 21Q7111000) other than the real estate lease, Certificate of Need, license, Medicare/Medicaid identifiers, and all other licenses, registrations, and permits required to operate the agency with parent location at 6512 Deer Pointe Drive Suite B, Salisbury, MD 21804 (CCN 217111) within its service area as of July 17, 2025. |
| All information technology hardware and equipment at branches and agencies identified in the Divestiture Schedules other than computer monitors, keyboards, and mice for desktop computers. |