IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-24-3267 |
| UNITEDHEALTH GROUP INCORPORATED, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court is in receipt of Plaintiffs' Unopposed Motion to Stay the Action and Explanation of Procedures Under the Antitrust Procedures and Penalties Act. (ECF No. 198.) In the Motion, Plaintiffs state that "the United States will file a Competitive Impact Statement explaining the proposed settlement." (*Id.*) By 5:00 p.m. on August 8, 2025, in relation to the United States' obligations under 15 U.S.C. § 16(b), the United States shall state when it intends to file its competitive impact statement, and provide an explanation for that timing. SO ORDERED.

DATED this 7 day of August, 2025.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
United States District Judge