# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-24-3267 |
| UNITEDHEALTH GROUP INCORPORATED, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Plaintiffs filed an Unopposed Motion to Stay the Action and Explanation of Procedures Under the Antitrust Procedures and Penalties Act. (ECF No. 198.) The parties advised the Court that they reached a settlement, and they filed a proposed Asset Preservation and Hold Separate Stipulation and Order and a proposed Final Judgment. (*Id.*) The Court has now entered the Asset Preservation and Hold Separate Stipulation and Order as an order of the Court. (ECF No. 203.) The parties have also sought a stay of the case during the process required by the Tunney Act. (*See* ECF No. 198.)

As the parties work to comply with the requirements of the Tunney Act, they will be required to submit periodic joint status reports to the Court, advising the Court of the parties' progress with respect to the Tunney Act requirements and any other matters the parties wish to bring to the Court's attention.

Further, the Court will vacate the October 21, 2025 pretrial conference and the trial that was scheduled to begin on October 27, 2025. The Court will stay all other dates associated with the trial. To the extent the parties wish to reschedule trial, they must promptly notify the Court.

Accordingly, it is ORDERED that:

1. The parties SHALL SUBMIT a joint status report within 30 days of the date of this Order and every 30 days thereafter until the Court orders otherwise.

2. The October 21, 2025 pretrial conference and the trial scheduled to begin on October 27, 2025 are VACATED. All other dates and deadlines associated with the trial are STAYED. If the parties wish to reschedule trial, they must promptly notify the Court.

DATED this 12th day of August, 2025.

BY THE COURT:

/S/ JAMES K. BREDAR
James K. Bredar
United States District Judge