UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, *et al.*,

    *Plaintiffs,*

    v.

UNITEDHEALTH GROUP INCORPORATED, *et al.,*

    *Defendants*.

Case No. 1:24 cv-3267

Judge James K. Bredar

**STATUS REPORT ON REQUIREMENTS UNDER THE ANTITRUST PROCEDURES AND PENALTIES ACT**

Pursuant to the order entered by this Court on August 12, 2025 (ECF No. 204), Plaintiffs the United States of America and the States of Maryland, Illinois, New Jersey, and New York, and Defendants UnitedHealth Group Incorporated and Amedisys, Inc., jointly submit this report on compliance with the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16 (the "APPA" or "Tunney Act").

The steps taken thus far in compliance with the Tunney Act are:

1.    On August 7, 2025, the United States filed the proposed Final Judgment and Stipulation and Order (ECF No. 198-1), to which the United States, Plaintiff States, and Defendants have agreed.

2.    On August 8, 2025, the United States filed a Competitive Impact Statement (ECF No. 202) further explaining the proposed settlement.

3. On August 15, 2025, Defendants filed their Description and Certification of Written or Oral Communications Concerning the Proposed Final Judgment (ECF No. 205).

4. On August 14, 2025, the United States published the proposed Final Judgment and Competitive Impact Statement in the *Federal Register* and invited the public to comment for 60 days, or until October 13, 2025. *United States, et al. v. UnitedHealth Group Incorporated, et al.; Proposed Final Judgment and Competitive Impact Statement*, 90 FR 39268-01 (Aug. 14, 2025).

5. Defendants published notice of the proposed Final Judgment in *The Washington Post*, which ran from August 17 to August 23, 2025, and in the *Baltimore Sun*, which ran from August 16 to August 22, 2025.

The United States will prepare a response to any comments received during the comment period, which will be filed with the Court and published in the *Federal Register*. The United States and Defendants have agreed that the Court may enter the proposed Final Judgment after the requirements of the Tunney Act have been satisfied.[1] If the United States moves the Court to enter the proposed Final Judgment after compliance with the Tunney Act, the Court may enter the Final Judgment without a hearing if the Court concludes that the Final Judgment is in the public interest.

Defendants also advise the Court that UnitedHealth merged with Amedisys on August 14, 2025. Amedisys is now a wholly owned subsidiary of UnitedHealth.

---

[1] The Plaintiff States are not party to this agreement.

Dated: September 11, 2025                        Respectfully submitted,

*/s/ Erin K. Murdock-Park*
Erin K. Murdock-Park
David Stoltzfus
United States Department of Justice
Antitrust Division
450 Fifth St. NW
Washington DC 20530
Telephone: 202-445-8082
Email: Erin.Murdock-Park@usdoj.gov

*Attorneys for Plaintiff United States of America*


*/s/ Schonette Jones Walker*
Schonette Jones Walker
Assistant Attorney General
Division Chief
Antitrust Division
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
Tel: 410-576-6473
swalker@oag.state.md.us

*Attorney for Plaintiff State of Maryland*


*/s/ Jennifer M. Coronel*
Jennifer M. Coronel (admitted pro hac vice)
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
(872) 272-0996
Jennifer.Coronel@ilag.gov
Attorney for Plaintiff State of Illinois

*Attorney for Plaintiff State of Illinois*

/s/ Leslie Prentice
Leslie Prentice
Deputy Attorney General/Assistant Chief
New Jersey Office of Attorney General
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (609) 937-8944
Email: Leslie.Prentice@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*


/s/ Saami Zain
Saami Zain
Assistant Attorney General
Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6260
Saami.Zain@ag.ny.gov

*Attorney for Plaintiff State of New York*


/s/ Catie Ventura
Catie Ventura (D. Md. # 19848)
Jeffrey D. Ayer (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
catie.ventura@kirkland.com
jeffrey.ayer@kirkland.com

*Attorneys for Defendants UnitedHealth Group, Incorporated and Amedisys, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of September, 2025, a copy of the foregoing status report on requirements under the Antitrust Procedures and Penalty Act was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants.

                                                */s/ Catie Ventura*
                                                Catie Ventura