# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>*Defendants*. | Case No. 1:24 cv-3267<br><br>Judge James K. Bredar |

## MOTION FOR A STAY OF THE CASE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the entire case, including all status reports and briefing regarding Tunney Act requirements, in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department, including the Department's Antitrust Division, lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the entire case, including all status reports and briefing regarding Tunney Act requirements, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the defendants do not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the entire case, including all status reports and briefing regarding Tunney Act requirements, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA:

/s/ Erin K. Murdock-Park
Erin K. Murdock-Park
United States Department of Justice
Senior Litigation Counsel
Antitrust Division
450 Fifth St. NW
Washington, DC 20530
Telephone: (202) 445-8082
Email: erin.murdock-park@usdoj.gov