IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-24-3267 |
| | * | |
| UNITEDHEALTH GROUP INCORPORATED, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the Court is the United States' Motion for a Stay of the Case in Light of Lapse of Appropriations (ECF No. 232). The Court finds that granting a stay would contravene the public's substantial interest in a prompt and final resolution of this significant case.

In accordance with the Antitrust Procedures and Penalties Act, 15 U.S.C. §§ 16(b)–(h) ("Tunney Act"), the parties' proposed Final Judgment is subject to a 60-day notice and comment period, after which the Court must determine whether entry of the Final Judgment "is in the public interest." *Id.* § 16(e)(1). By delaying the United States' filing of its responses to public comments, and its motion for entry of the Final Judgment, a stay would hinder the Court in expeditiously evaluating the public interest in the settlement. Such a result would engender continued uncertainty surrounding the transactions at issue in this case, and the Court finds that the internal dysfunction of one party to the case does not justify this outcome.

For these reasons, and those stated in open court, the Motion (ECF No. 232) is DENIED, and all dates and deadlines in the case remain unchanged.

It is FURTHER ORDERED that the parties SHALL INCLUDE in their upcoming Status

Report, due on October 14, 2025, proposed deadlines for the filing of responses to public comments concerning the proposed Final Judgment and the filing of a motion for entry of the Final Judgment.

DATED this 9 day of October, 2025.

BY THE COURT:

_James K. Bredar_
James K. Bredar
United States District Judge