IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-24-3267 |
| | * | |
| UNITEDHEALTH GROUP INCORPORATED, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Second Joint Status Report on Compliance with Requirements Under the Antitrust Procedures and Penalties Act (ECF No. 237), it is hereby ORDERED that:

1. On or before November 14, 2025, the United States SHALL FILE its responses to public comments concerning the proposed Final Judgment; and

2. On or before November 14, 2025, the parties SHALL FILE their Third Joint Status Report and shall state therein whether publication of the comments and the Unites States' response thereto shall be made in the Federal Register, or whether the United States will move the Court to authorize an alternative method of publication. The Status Report shall also include a proposed deadline by which the United States will move for entry of the Final Judgment.

DATED this _16_ day of October, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge