UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, et al.,<br><br>*Defendants.* | Case No: 1:24-cv-03267<br><br>Judge James K. Bredar |

## ORDER APPOINTING MONITOR

Upon consideration of the United States' Unopposed Motion to Appoint William Berlin as Monitor, and for good cause shown, it is hereby ordered: William Berlin is appointed as Monitor effectively immediately, with the responsibilities set forth in the proposed Final Judgment (Dkt. 198-2).

SO ORDERED.

ENTERED this 4 day of Nov., 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge